# Exhibit 1

**INNOPEAK TECHNOLOGY**                           HOME   RESEARCH   ABOUT   CONTACT   CAREER

# 3D SENSING AND PERCEPTION ENGINEER

Hiring Manager · February 8, 2019

Location: Palo Alto, CA

Key Responsibilities:

- Research and develop advanced real-time robotic SLAM (Simultaneous Localization and Mapping) solutions including 3D sensing, position tracking, 3D mapping / reconstruction, and sensor fusion (RGB-D and inertial sensors).
- Research and develop practical solutions for 3D scene understanding (e.g., object detection) using state-of-the-art deep learning (DL) and machine learning (ML) methods.
- SDK development to support applications utilizing the above solutions.
- Analyze and optimize computer vision and deep learning algorithms on mobile/embedded devices, e.g., using hardware acceleration such as DSP/GPU.
- Investigate and enable various perception sensors on Android/Linux platforms.
- We encourage publishing papers to top-tier conferences such as CVPR / ICCV / ECCV / ICML / NIPS / ICRA / IROS / ISMAR.

Read More →

# CAMERA ALGORITHM R&D ENGINEER

Hiring Manager · October 1, 2018

Location: Palo Alto, CA

Key Responsibilities:

- Develop camera algorithms and use cases with ISP, computer vision and AI for smartphone platforms. Image quality improvement with traditional ISP or CV/AI methods.
- Work with the Camera and AI team leads to push new photography user experience by working with software, research, product teams across the company.
- Understand and analyze the effects of the interplay between hardware and software architectures on performance, efficiency and optimization of algorithms and applications.

Read More →

# JUNIOR AND SENIOR DEEP LEARNING ENGINEERS

Hiring Manager · October 1, 2018

Location: Palo Alto, CA

Key Responsibilities:

- Work in a collaborative environment to develop cutting-edge deep learning algorithms and software.
- Engage in cutting-edge research in computer vision and deep learning to solve real-world problems for mobile use cases.
- Ideate, prototype, test and launch future technologies.

Read More →

# DEEP LEARNING ARCHITECT

Hiring Manager · October 1, 2018

Location: Palo Alto, CA

Key Responsibilities:

- Develop innovative software architectures to build, analyze and prototype key deep learning and data analytic algorithms and applications for smartphone platforms.
- Understand and analyze the effects of the interplay between hardware and software architectures on performance, efficiency and optimization of algorithms and applications.
- Work with internal AI team lead to guide the technical direction of machine learning by working with software, research, product teams across the company.

Read More →

InnoPeak Technology

info@innopeaktech.com

2479 E Bayshore Road, Suite 110,
Palo Alto, CA 94303