# Exhibit 3





