# Exhibit 5

# TRANSLATION CERTIFICATION

Date: 2025/08/03

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- 'OPPO围绕5G、AI、影像等成立研究院 下设6大研究所_凤凰科技.pdf'
- 'OPPO在深圳开设研究院总部，在全球内下设六大研究所.pdf'
- 'OPPO研究院_百度百科.pdf'
- 'www.bilibili.com-video-BV1ir4y187Gh.pdf'

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of **Samuel Wu**, Managing Director

4001 S 700 East, Suite 500 #B17
Salt Lake City, UT 84107

Website News Tieba Zhidao Cloud Drive Images Videos Maps Library Information Procurement Encyclopedia Baidu Homepage Login

Baidu百科 OPPO Research Institute Enter Entry Site-wide Search Help

Home Understand Encyclopedia Featured Encyclopedia Knowledge Topics Join Encyclopedia Encyclopedia Team Authoritative Cooperation

Favorites | 0 | 0

# OPPO Research Institute

Broadcast Edit Discussion Upload Video

A frontier technology research and core technology reserve institution under OPPO

Founded in April 2018, OPPO Research Institute is headquartered in Shenzhen, with six subordinate research institutes located in Beijing, Shanghai, Dongguan, Yokohama (Japan), and Silicon Valley (USA), among other places. The institution focuses on frontier fields such as artificial intelligence, 5G/6G communications, computer vision, and image processing. It conducts pre-research and reserve of core technologies around three major research sectors: software, hardware, and standards, providing technical support for OPPO's product matrix. By establishing joint laboratories with top global universities and launching innovation accelerator programs, it has built an industry-university-research collaborative innovation system, forming a full-cycle R&D mechanism covering technology pre-research, achievement transformation, and commercialization.

| | | | |
|---|---|---|---|
| **Chinese Name** | OPPO Research Institute | **Research Fields** | AI, 5G/6G, Imaging Technology, New Material Technology[3-5] |
| **English Name** | OPPO RESEARCH INSTITUTE | **Subordinate Institutions** | 6 Domestic and Foreign Research Institutes[1] [3] [5] |
| **Time of Establishment** | April 2018[4-5] [8] | **Current Dean** | Liu Chang |
| **Headquarter** | Shenzhen, China[1] [3-4] | **Industry-University-Research Cooperation** | Established Innovation Centers with 16 Universities[6] |

Table of Contents

1 Organizational Structure
2 Core Technology Directions
3 Industry-University-Research Cooperation
4 Innovation Accelerator Program
5 Major Technical Achievements
6 R&D Investment Mechanism

## Organizational Structure

Broadcast Edit

Headquartered in Shenzhen, it has established research institutes in Beijing, Shanghai, Dongguan, Yokohama (Japan), and Silicon Valley (USA), forming a global R&D network covering North America and Asia. The research system is divided into three major sectors: software (algorithms and operating systems), hardware (displays and chips), and standards (communication protocols and industry specifications)[3][5][8]. A Hyderabad, India development center was added in 2022 to build a "dual-wheel drive model of R&D + research"[8].

## Core Technology Directions

Broadcast Edit

Focusing on four frontier fields:

- **Artificial Intelligence**: Developing visual semantic understanding algorithms and generative AI technologies, which are applied to algorithm optimization of flagship imaging products[9].
- **5G/6G Communications**: Leading over 11,000 3GPP standard proposals and filing 5,700 families of 5G patents worldwide.
- **Ubiquitous Reality**: Exploring application scenarios of integrating 5G and 3D vision, and advancing the R&D of XR devices[3].
- **Fast Charging Technology**: Achieving a technological breakthrough in 240W SuperVOOC flash charging[6].

In terms of research mechanisms, a "dual-track system of free research + project-oriented research" is implemented, where researchers can allocate 30% of their working hours to carry out independent exploratory research[6].

## Industry-University-Research Cooperation

Broadcast Edit

A global industry-university-research network has been established:

- Cooperating with Stanford University's AI Lab to develop speech and semantic technologies.
- Jointly establishing an Innovation Center with Tsinghua University.
- Co-founding an AI Imaging Laboratory with The Hong Kong Polytechnic University (upgraded to an Innovation Research Center in 2024)[9]. Through the "Bell Program", a total of 200 million yuan has been invested to carry out joint talent training with 8 universities including Zhejiang University, covering research directions such as chip design and digital health technology[8].

## Innovation Accelerator Program

Broadcast Edit

Launched in 2022, the Innovation Accelerator focuses on two key areas: "Accessible Technology" and "Digital Health":

This entry lacks an **overview image**. Supplementing relevant content will make the entry more complete and enable quick upgrades. Come and edit it now!

**Entry Statistics**

Views: 12685
Edits: 3 Historical Versions
Last Updated: Moyu Academic School (June 23, 2025)

**Outstanding Contribution List**

Sitting on the Cloud SITU

1 Enterprise Organizational Structure
2 Build Your Own Website
3 Organizational Chart Creation
4 Organizational Structure Software
5 Company Organizational Chart
6 Crawler Websites
7 Organizational Chart
8 Create Your Own Website
9 Virtual Chemistry Laboratory
10 Organizational Chart
11 Public Opinion Monitoring Website
12 Kingdee ERP System
13 Amazon Online Shopping Platform
14 ERP Software Ranking
15 Foreign CDN Websites
16 What to Do About School Weariness
17 ERP Management - Warehouse
18 Learn Traditional Chinese Medicine Online
19 CRM Management System
20 Cells Under the Microscope
21 Magazine Submission
22 ID Card Real-Name Authentication

- A prize pool of 300,000 yuan has been set up, and winning projects can gain opportunities for integration into OPPO products for commercialization and access to a global platform for displaying scientific and technological activities[2].
- The review committee consists of core management personnel such as Levin LIU (Head of OPPO Research Institute) and Leo ZENG (Head of OPPO Health Lab), as well as academic and industry experts from Tsinghua University, Microsoft, etc.[2]
- It focuses on supporting the development of age-friendly smart terminals and technological innovation in AI health monitoring[2].

## Major Technical Achievements

Broadcast Edit

A number of milestone innovations have been accumulated:

- OPPO Air Glass smart glasses prototype (released in 2022)[6].
- Rollable screen concept phone OPPO X 2021 (a breakthrough in flexible display technology)
- The first 5G prototype supporting WeChat video calls (achieving 17 minutes of stable calls in 2022)[3][6]. As of 2024, OPPO Research Institute has filed 5,700 families of 5G invention patents worldwide and declared 2,900 families of 5G standard patents with ETSI.

## R&D Investment Mechanism

Broadcast Edit

Implementing a long-termism R&D strategy:

- R&D investment increased to 10 billion yuan in 2023, with 30% allocated to forward-looking technology research[3].
- Established a three-level R&D system consisting of "engineering technology organization + advanced research organization + basic technology organization"[6].
- Plans to deepen the R&D of AI imaging technology and promote industry-university-research cooperation by 2025[9].

## References

1 OPPO Research Institute Established: Headquartered in Shenzhen with 6 Subordinate Research Institutes . techweb. 05/10/2021

2 OPPO Research Institute Innovation Accelerator | OPPO Global . OPPO Official Website

3 Stable and continuous for 17 minutes! The world's first 5G mobile phone successfully makes a WeChat video call . Tencent News. 08/14/2022

4 OPPO Research Institute Established, Gathers Global Resources to Enhance Innovation Capability . Electronic Technology Application. 04/06/2018

5 OPPO Research Institute Officially Established, Comprehensively Improves Technological Innovation and Research Capabilities . China News Network. 04/04/2018

6 Could the person who "warms the bench" be you? . Tencent News. 05/06/2022

8 OPPO Activates Young People . Tencent News. 10/29/2018

9 OPPO and the Hong Kong Polytechnic University renew their cooperation to upgrade the Innovation Research Center and expand new boundaries of AI imaging . Baijiahao. 11/08/2024

## Guess you Like

**National Institutions for Part-time Graduate Studies: Comprehensive Brochure**

Postgraduate Program for In-Service Students of the Research Institute: National Enrollment Institutions Admission Brochure Includes: Admission Requirements, Registration Time, Exam Time, Exam Subjects, and Majors and Institute

jygww1.zzwldjy.cn

## Related Searches

Mortar Equipment Ground Anti-static Floor Integrated Ceiling Manufacturers Shopping in Hokkaido Flying Mural

Cheap Graphics Cards

**Beginner's Guide**

Growth Tasks Editing Basics

Editing Rules My Edits New

**I Have Questions**

Content Questioning Online Customer Service

Official Tieba Feedback

**Complaints and Suggestions**

Report Harmful Information Entry Appeal Failed

Report Copyright Infringement Block Inquiry and Unblocking

©2025 Baidu Must-read Before Using Baidu | Encyclopedia Agreement | Privacy Policy | Baidu Encyclopedia Cooperation Platform | Beijing ICP License No. 030173

Beijing Public Security Network Security Record No. 11000002000001

  网页 新闻 贴吧 知道 网盘 图片 视频 地图 文库 资讯 采购 百科 | 百度首页 登录

OPPO研究院 进入词条 全站搜索 帮助

首页 秒懂百科 特色百科 知识专题 加入百科 百科团队 权威合作

收藏 | 0 | 0

# OPPO研究院

播报 编辑 讨论 上传视频

OPPO公司旗下的前沿技术研究与核心技术储备机构

OPPO研究院成立于2018年4月，总部设立于深圳，下设北京、上海、东莞、日本横滨和美国硅谷等六大研究所。该机构聚焦人工智能、5G/6G通信、计算机视觉、影像处理等前沿领域，围绕软件、硬件及标准三大研究板块开展核心技术预研与储备，为OPPO产品矩阵提供技术支撑。通过与全球顶尖高校建立联合实验室、设立创新加速器项目等方式，构建产学研协同创新体系，形成了覆盖技术预研、成果转化到商业化落地的全周期研发机制。

| | | | |
|---|---|---|---|
| 中文名 | OPPO研究院 | 研究领域 | AI、5G/6G、影像技术、新材料工艺 [3-5] |
| 外文名 | OPPO RESEARCH INSTITUTE | 下属机构 | 6大国内外研究所 [1] [3] [5] |
| 成立时间 | 2018年4月 [4-5] [8] | 现任院长 | 刘畅 |
| 总部地点 | 中国深圳 [1] [3-4] | 产学研合作 | 与16所高校建立创新中心 [6] |

目录

1 组织架构
2 核心技术方向
3 产学研合作
4 创新加速器项目
5 重大技术成果
6 研发投入机制

## 组织架构

播报 编辑

总部位于深圳，下设北京、上海、东莞、日本横滨和美国硅谷研究所，形成覆盖北美、亚洲的全球研发网络。研究体系划分为软件（算法与操作系统）、硬件（显示与芯片）、标准（通信协议与行业规范）三大板块 [3] [5] [8]。2022年增设印度海得拉巴开发中心，构建'研发+研究'双轮驱动模式 [8]。

## 核心技术方向

播报 编辑

聚焦四大前沿领域：

- **人工智能**：开发视觉语义理解算法与生成式AI技术，应用于影像旗舰产品算法优化 [9]
- **5G/6G通信**：主导3GPP标准提案超11000篇，全球申请5G专利达5700族
- **泛在现实**：探索5G与3D视觉融合应用场景，推进XR设备研发 [3]
- **快充技术**：实现240W SuperVOOC超级闪充技术突破 [6]

在研究机制上实行"自由研究+项目导向"双轨制，科研人员可支配30%工作时间开展自主探索性研究 [6]。

## 产学研合作

播报 编辑

已构建覆盖全球的产学研网络：

- 与斯坦福大学AI实验室合作开发语音语义技术
- 联合清华大学建立联合创新中心
- 同香港理工大学共建AI影像实验室（2024年升级为创新研究中心） [9]通过'贝尔计划'累计投入2亿元，与浙江大学等8所高校开展人才联合培养，培养方向涵盖芯片设计与数字健康技术 [8]。

## 创新加速器项目

播报 编辑

2022年启动的创新加速器聚焦'可及技术'与'数字健康'两大方向：

- 设置30万元人民币奖金池，获奖项目可获得OPPO产品集成商业化机会及全球科技活动展示平台 [2]
- 评审委员会由OPPO研究院负责人Levin LIU、OPPO健康实验室负责人Leo ZENG等核心管理层及清华大学、微软等学术与产业专家组成 [2]
- 重点支持适老化智能终端开发与AI健康监测技术创新 [2]

本词条缺少**概述图**，补充相关内容使词条更完整，还能快速升级，赶紧来编辑吧！

词条统计

浏览次数：12685次
编辑次数：3次历史版本
最近更新：摸鱼学术派 （2025-06-23）

突出贡献榜

坐在云端司图

1 企业组织架构
2 自己建个网站
3 组织架构图制作
4 组织架构软件
5 公司组织架构图
6 爬虫网站
7 组织架构图在线
8 自己创建个网站
9 虚拟化学实验室
10 组织架构图
11 舆情监测网站
12 金蝶ERP系统
13 亚马逊网购
14 ERP软件排名
15 国外cdn网站
16 厌学怎么办
17 ERP管理-仓库
18 学中医
19 crm管理系统
20 显微镜下的
21 杂志社投稿
22 身份证实名

## 重大技术成果

播报 编辑

累计产出多项里程碑式创新：

- OPPO Air Glass智能眼镜原型机（2022年发布）[6]
- 卷轴屏概念机OPPO X 2021（柔性显示技术突破）
- 首款支持微信视频通话的5G原型机（2022年实现17分钟稳定通话）[3] [6]截至2024年，OPPO研究院在全球申请5700族5G发明专利，ETSI声明2900族5G标准专利。

## 研发投入机制

播报 编辑

实行长期主义研发策略：

- 2023年研发投入提升至100亿元，其中30%用于前瞻技术研究 [3]
- 建立"工程技术组织+先行研究组织+基础技术组织"三级研发体系 [6]
- 计划2025年前深化AI影像技术研发并推进产学研合作 [9]

## 参考资料

1 OPPO研究院成立 总部位于深圳下设6个研究所 . techweb．2021-05-10

2 OPPO研究院创新加速器 | OPPO全球 OPPO Research Institute Innovation Accelerator | OPPO Global . OPPO官方网站

3 稳定持续17分钟!全球首个5G手机微信视频成功通话 . 腾讯网．2022-08-14

4 OPPO研究院成立 聚拢全球资源提升创新力 . 电子技术应用．2018-04-06

5 OPPO研究院正式成立 全面提升技术创新与研究能力 . 中国新闻网．2018-04-04

6 把"板凳"坐热的那个人,会是你吗? . 腾讯网．2022-05-06

7 OPPO激活年轻人 . 腾讯网．2018-10-29

8 OPPO与香港理工大学,续约合作升级创新研究中心,拓展AI影像新边界 . 百家号．2024-11-08

## 猜你喜欢

研究院非全日制研究生全国招生院校【简章大全】

研究院在职研究生报考全国招生院校招生简章:含:招生条件、报名时间、考试时间、考试科目、报考专业研究院

jygww1.zzwldjy.cn

©2025 Baidu 使用百度前必读 | 百科协议 | 隐私政策 | 百度百科合作平台 | 京ICP证030173号

京公网安备11000002000001号