# Exhibit 6





Key Account Director
OPPO
London Area, United Kingdom
2 weeks ago

Digital Marketing Analyst
OPPO
São Paulo, São Paulo, Brazil
1 week ago

Manager-Marketing Project
OPPO
Federal Territory of Kuala Lumpur, Malaysia
3 weeks ago

Digital Marketing Manager
OPPO
Shenzhen, Guangdong, China
4 months ago

Brand Campaign & Community Manager
OPPO
Milan, Lombardy, Italy
2 weeks ago

Digital Marketing Intern
OPPO
São Paulo, São Paulo, Brazil
3 weeks ago

Site Reliability Engineer (SRE)
OPPO
Palo Alto, CA
Be an early applicant
1 month ago

Product Marketing
OPPO
Shenzhen, Guangdong, China
5 months ago

Data Scientist Engineer - IN
OPPO
Gurugram, Haryana, India
1 week ago

Senior Product Manager - AI Innovation (Mobile Operating System, Global Market)
OPPO
Palo Alto, CA
2 months ago

Sales Operation Manager
OPPO
São Paulo, São Paulo, Brazil
2 weeks ago

Customer Service Manager
OPPO
Gurugram, Haryana, India
1 week ago

Consumer Insight & Market research Manager
OPPO
Federal Territory of Kuala Lumpur, Malaysia
3 weeks ago

Sr. Data Engineer-Contractor
OPPO
Palo Alto, CA
Be an early applicant
1 month ago

Analista de selección de personal
OPPO
Bogotá, D.C., Capital District, Colombia
3 days ago

Sr. Data Engineer-Contractor
OPPO
Palo Alto, CA
2 months ago

Supply Chain Specialist
OPPO
São Paulo, São Paulo, Brazil
2 weeks ago

Product Planner
OPPO
Shenzhen, Guangdong, China
5 months ago

Sales Director
OPPO





SR. Moderator, Quality Control & Labeling-Contractor
OPPO
Palo Alto, CA
Be an early applicant
3 weeks ago

Manager-Channel Sales
OPPO
Taiwan, Taiwan
3 weeks ago

营销项目专员Marketing Project Specialist
OPPO
Madrid, Community of Madrid, Spain
3 weeks ago

Senior PR Manager
OPPO
Istanbul, Türkiye
1 week ago

Treasury Coordinator
OPPO
São Paulo, São Paulo, Brazil
2 weeks ago

BTL SPECIALIST
OPPO
Bogota, D.C., Capital District, Colombia
1 day ago

Senior/Staff Software Engineer on Computer Vision
OPPO
Seattle, WA
Be an early applicant
2 months ago

Campus Ambassador
OPPO
England, United Kingdom
Be an early applicant
1 day ago

Visual Merchandising Analyst
OPPO
São Paulo, São Paulo, Brazil
2 weeks ago

Customer Service Manager
OPPO
Gurugram, Haryana, India
Actively Hiring
1 week ago

Consumer Insight & Market research Manager
OPPO
Federal Territory of Kuala Lumpur, Malaysia
Actively Hiring
3 weeks ago

Sr. Data Engineer-Contractor
OPPO
Palo Alto, CA
Be an early applicant
1 month ago

Analista de selección de personal
OPPO
Bogota, D.C., Capital District, Colombia
Actively Hiring
3 days ago

Sr. Data Engineer-Contractor
OPPO
Palo Alto, CA
Actively Hiring
2 months ago

Supply Chain Specialist
OPPO
São Paulo, São Paulo, Brazil
Actively Hiring
2 weeks ago

Product Planner
OPPO
Shenzhen, Guangdong, China
Actively Hiring
5 months ago

Sales Director
OPPO

