# Exhibit 7



# Backend Engineer- Wearable Product

On-site · US R&D · Full time

Palo Alto, California, United States

**OVERVIEW**  APPLICATION

## Description

Share this job

OPPO US Research Center is seeking an experienced and highly motivated **Backend Engineer** to join our wearable product development team. In this role, you will be responsible for building and maintaining high-performance backend systems that power our next-generation smart devices. You'll collaborate with cross-functional teams to ensure scalable and reliable infrastructure that supports business innovation and global product deployment.

**Job Responsibilities:**

- Lead the development and maintenance of core backend functions for wearable products, continuously driving business evolution.
- Support new product setup and operations-related backend development.
- Handle technical operations and troubleshooting for local business systems.

## Requirements

- 3+ years of backend development experience, with strong skills in designing and building high-concurrency distributed systems.
- Solid computer science fundamentals; proficient in Java, and familiar with JVM internals, multithreading, networking, design patterns, data structures, and algorithms.
- Hands-on experience with mainstream open-source frameworks such as Spring, Spring Boot, Spring Cloud, Dubbo, MyBatis, etc.
- Familiar with key distributed system components like caching, messaging (MQ), Zookeeper, configuration management, task scheduling, and APM; in-depth source code understanding of at least one major open-source framework.
- Strong proficiency in MySQL with experience in writing high-performance SQL and database tuning; familiarity with NoSQL databases like Redis or MongoDB is a plus;

- experience with distributed databases is preferred.
- Experience with system architecture for large-scale traffic and high availability: load balancing, clustering, disaster recovery, high availability, horizontal scaling, and multi-data center deployment.
- Familiar with microservices architecture; experience with container technologies (e.g., Docker, Kubernetes) is a plus; knowledge of service mesh (e.g., Istio) is a plus.
- Passion for technology, attention to detail, and a strong sense of ownership; excellent communication skills and collaboration spirit.

## Benefits

OPPO is proud to be an equal opportunity workplace. We are committed to equal employment opportunity regardless of race, color, ancestry, religion, sex, national origin, sexual orientation, age, citizenship, marital status, disability, gender identity or Veteran status. We also consider qualified applicants regardless of criminal histories, consistent with legal requirements.

The US base salary range for this full-time position is $100,000-$200,000 + bonus + long term incentives benefits. Our salary ranges are determined by role, level, and location.

Apply for this job

OPPO US Research Center does not discriminate on the basis of race, sex, color, religion, age, national origin, marital status, disability, veteran status, genetic information, sexual orientation, gender identity or any other reason prohibited by law in provision of employment opportunities and benefits.

View website   View all jobs   Help

Powered by Workable   Cookie settings   Accessibility