# Exhibit 11

8/2/2025, kuantingchen04 (Kevin Chen) · GitHub

