# Exhibit 14

## Contact

www.linkedin.com/in/alinazhou-
tjuucsd (LinkedIn)

## Top Skills

深度神经网络 (DNN)

数据挖掘

TensorFlow

## Honors-Awards

Outstanding Student Scholarship

Outstanding Graduate

# Alina Zhou

Data Scientist | Analytics @ UCB | Data Science @UCSD | Ex-
Alibaba Group

美国 加利福尼亚 伯克利

## Summary

Actively looking for DS/ML/DA new-grad positions

―――――

## Experience

OPPO
Machine Learning Engineer Intern
May 2025 - Present (4 months)
美国 加利福尼亚 帕罗奥图

US Research Center

• Recommender System Algorithms

Alibaba Group
Data Science Intern
June 2024 - September 2024 (4 months)
中国 上海市

• User label construction, optimization, and evaluation

• User segmentation and coupon redemption improvement

China Chengxin Credit Management Co. Ltd.
Financial Data Science Intern
January 2022 - December 2022 (1 year)
中国 北京市

• Data engineering for financial data analytics

• Deep learning-based stock prediction model

―――――

## Education

美国加州大学伯克利分校
Master of Engineering - MEng, Analytics · (August 2024 - August 2025)

美国加州大学圣迭戈分校
Master of Science - MS, Data Science · (September 2023 - June 2024)

上海财经大学

Minor, Accounting

同济大学

Bachelor of Engineering - BE, Engineering

## Contact

www.linkedin.com/in/annabel-chang-68b8564 (LinkedIn)

## Top Skills

Courts
Arbitration
Legal Research

## Languages

German (Elementary)
Korean (Native or Bilingual)

# Annabel Chang

Senior Corporate Counsel at Zeku/OPPO

Palo Alto, California, United States

## Summary

With nearly 14 years of combined firm and in-house legal experience spanning various commercial sectors, I provide expert counsel to stakeholders in HR, Product, Privacy, Engineering, Sales and Marketing, and Real Estate teams. I go beyond case law and statutes to give real world, practical advice, and work collaboratively with team members to ensure that implementation is possible.

Over the course of my career I've also negotiated and drafted almost every type of agreement that touches a company - from executive employment agreements and offer letters to SaaS and licensing agreements - and draw upon my litigation skills to spot and prevent contractual compliance problems from becoming a reality.

_____

## Experience

ZEKU Technology
Senior Corporate Counsel
May 2021 - Present (4 years 4 months)
Palo Alto, California, United States

Jeppson & Griffin, LLP
Associate Attorney
August 2019 - May 2021 (1 year 10 months)

Represented corporate clients in a diverse range of transactions, including: commercial real estate lease and purchase negotiations, asset and stock purchases, mergers, trademark and copyright applications. Advised and assisted clients with business operations and statutory compliance, including: corporate formation and maintenance of corporate records, due diligence review, drafting executive employment agreements, severance agreements, and employee handbooks, EEOC communications

Flynn Riley Bailey & Pasek LLP
Associate Attorney
September 2009 - January 2016 (6 years 5 months)

Represented corporate clients in commercial, construction and real estate litigation. Litigated complex commercial disputes arising out of real estate and mortgage transactions, antitrust claims arising out of large public works construction projects, and complex multi-party construction defect claims.

Extensive experience in researching and analyzing complex legal issues and handling every aspect of law and motion, trial preparation, and discovery, including taking and defending depositions, preparing and responding to written discovery, resolving and litigating discovery disputes and performing critical research and case analysis.

Flynn Williams LLP
Summer Associate
June 2008 - August 2008 (3 months)

Researched and drafted memoranda of law regarding issues including personal jurisdiction, limited   partnership and successor liability, easements, breach of real estate and insurance contracts.  Observed arbitration hearings. Attended client meetings.

US District Court, Northern District of CA
Judicial Extern
June 2007 - August 2007 (3 months)

Researched and analyzed law and motion matters pending before the Court.  Drafted bench memoranda with recommendations regarding the Court's actions on motions involving patent infringement, employment and environmental class actions, and criminal matters.  Observed hearings.

_____

## Education

University of California, Hastings College of the Law
Juris Doctor  · (2006 - 2009)

University of California, Berkeley
Bachelor of Arts, Rhetoric · (2001 - 2005)

## Contact

www.linkedin.com/in/ashley-jia-yan
(LinkedIn)

## Top Skills

UML
Async
Kafka

# Ashley(Jia) Yan

AI Researcher Intern @ OPPO U.S. Research Center | Information
Systems

Palo Alto, California, United States

## Summary

As an AI Researcher Intern at OPPO, my focus lies in enhancing
image-to-video algorithms, a skill sharpened during my ongoing
Master of Science in Information Systems at Santa Clara University.
With a foundational Master's degree in Communication from Clark
University, I apply my expertise in software engineering and my
proficiency in technologies like UML, Async, and Kafka to advance
current projects.

At Sanya Radio & Television Station, we rearchitected the TV
management system, resulting in a significant uptick in user
satisfaction, especially among younger viewers. My efforts in
implementing Angular UIs and bolstering security with Spring Boot
contributed to a robust platform transformation. These experiences
underline my commitment to delivering innovative solutions and
dovetail with my academic endeavors to bring a multifaceted
perspective to the tech industry.

―――――

## Experience

### OPPO
AI Researcher Intern
June 2024 - Present (1 year 3 months)
Palo Alto, California, United States

Researched and applied stable diffusion, optimized data loaders and explored
advanced processing
techniques to enhance algorithm performance in the image-to-video domain.

### Sanya Radio & Television Station
Software Engineer Intern
June 2023 - September 2023 (4 months)
Hainan, China

1. Redesigned the TV Station management system in order to migrate a monolithic architecture written in JSP to a frontend backend separation architecture to reduce dependencies between frontend and backend.

2. Implemented  frontend web UI in Angular along with different website layouts, such as Card-style, Split-screen Layouts etc. The positive rates surge from 20% to 80% overall, and 95% in the younger generation.

3. Building a REST service with Spring Boot and secured REST APIs via access tokens with Spring Security to provide robust authentication and authorization and ensure that sensitive data is protected.

Improved system average response times by 90% through introducing a caching layer. And optimized Java CPU overhead by 50% by reducing unnecessary I/O operations.

4. Migrate the traditional on-prem deployment process to cloud based deployment to reduce cost and improve deployment efficiency.

------

## Education

### Santa Clara University

Master of Science - MS,  Science in Information Systems   · (2023 - December 2024)

### Clark University

Master of Science - MS, Communication, General · (May 2019 - May 2020)

## Contact

www.linkedin.com/in/chiumanho
(LinkedIn)

## Top Skills

Machine Learning
Deep Learning
Python

## Languages

Mandarin (Native or Bilingual)
Cantonese (Native or Bilingual)
English (Full Professional)

## Honors-Awards

Prize of International Gravity Essay
Competition

Andrew Mellon Predoctoral
Fellowship

Andrew Mellon Predoctoral
Fellowship

Zaccheus Daniel Predoctoral
Fellowship

Outstanding Teaching Assistant

## Publications

Please see my publications at
Google Scholar:

# Chiuman Ho

Senior Director of AI at OPPO
Palo Alto, California, United States

## Summary

Founding member of OPPO US Research Center. In charge
of building teams, AI research and its commercialization. Also
responsible for developing AI strategies at the company level and
assisting OPPO Ventures in evaluating AI startups.

Delivered many AI technologies to the products across cloud
and mobile platforms, supporting OPPO's Camera, Photo Album,
ColorOS, Assistant, Video Platform, and the NPU. Serving over 500
million users globally, through OPPO's Find, Reno and A series, as
well as its subsidiary brands OnePlus and Realme.

Projects include: LLM, large multimodal models, image/video
generation, AI agents, video understanding (classification, semantic
search, moment search, summarization), image/video enhancement
(denoising, super-resolution, reflection removal, deblurring, HDR),
OCR, image/video object detection and segmentation, image/video
depth estimation, and image classification/search.

IEEE Senior Member.  Published in CVPR, ECCV, ICCV, AAAI,
ICMR, MIPR, etc. Co-organized Mobile AI Workshops at CVPR.
Served various conferences and journals as a referee many times.
Granted 36 US patents.

Formerly trained as a theoretical physicist, with about 50 publications
in particle physics and cosmology. Won a prize in the annual
International Gravity Essay Competition (previous winners included
Stephen Hawking).

Designed AI models to identify the genes responsible for height and
heritable diseases in genomics data from 500k individuals. Familiar
with blockchain and derivatives trading. Had experience analyzing
high-frequency trading data for bond futures.

———

## Experience

### OPPO
7 years 10 months

**Senior Director of AI**
October 2021 - Present (3 years 11 months)
Palo Alto

**Director of AI**
May 2019 - September 2021 (2 years 5 months)
Palo Alto

**Principal AI Architect**
November 2017 - April 2019 (1 year 6 months)
Palo Alto

### Futurewei Technologies, Inc.
1 year 6 months

**Senior Staff Data Scientist**
July 2017 - November 2017 (5 months)
Santa Clara

**Senior Data Scientist**
June 2016 - July 2017 (1 year 2 months)
Santa Clara

### Michigan State University
2 years 11 months

**Research Assistant Professor**
August 2015 - June 2016 (11 months)

**Research Associate**
August 2013 - August 2015 (2 years 1 month)

### Vanderbilt University
**Postdoctoral Scholar**
September 2009 - August 2013 (4 years)

### UC Berkeley
**Postdoctoral Fellow**
September 2007 - August 2009 (2 years)

———

## Education

University of Pittsburgh

Doctor of Philosophy (Ph.D.), Physics · (2002 - 2007)

## Contact

www.linkedin.com/in/eric-
h-867956115 (LinkedIn)

# Eric H

Global Technology Partnership & Investment at OPPO (we're hiring!)
San Francisco Bay Area

## Summary

Looking for great technologies & teams around the world.

---

## Experience

OPPO
Technology Partnership & Investment
2014 - Present (11 years)
San Francisco Bay Area

Finding great technologies.

---

## Education

University of California, Berkeley
Electrical Engineering & Computer Sciences

## Contact

www.linkedin.com/in/fan-
deng-0941b420 (LinkedIn)

## Top Skills

C

Matlab

C++

## Patents

Direction Aware Autofocus

Systems, devices and methods for
displaying pictures in a picture

Sytems. Deivces and Methods for
tracking objects on a Display

system and methods for context-
aware application control

System and method to control an
imaging process

# Fan Deng

Principal Computer Vision Engineer/ Manager

Palo Alto, California, United States

## Experience

### OPPO

Principal Computer Vision Engineer/Manager

April 2018 - Present (7 years 5 months)

San Francisco Bay Area

US Research Center Palo Alto, Lead Perception Lab

Focus on Computer vision/3D geometry/Deep Learning/ Imaging/

### Qualcomm

Senior System Engineer, Computer Vision & Camera R&D

December 2012 - March 2018 (5 years 4 months)

Greater San Diego Area

Camera Feature  Research and Development with latest Computer Vision,

Computational Photography and image processing technologies

### Link Quest Inc

Software Firmware Engineer

July 2011 - December 2012 (1 year 6 months)

Ultrasound Imaging

———

## Education

### University of Pennsylvania

Master of Science (M.S.), Electrical and Electronics

Engineering · (2009 - 2011)

### Wuhan University

Bachelor's Degree, Electrical, Electronics and Communications

Engineering · (2005 - 2009)

## Contact

www.linkedin.com/in/grace-yin-3428a216 (LinkedIn)

## Top Skills

Talent Development

Performance Management

Organizational Development

## Certifications

Certified GBD Talent Recruiting Leadership Academy Series Graduate

# Grace Yin

Senior HR Business Partner @ OPPO | Certified Talent Recruiting Leader

San Jose, California, United States

## Experience

**OPPO**

3 years 7 months

**Regional HRBP**

October 2024 - Present (11 months)

Regional HRBP, managing all HR aspects for OPPO & OnePlus US, including full-cycle recruitment, performance management, employee relations, organization development, HR compliance, immigration, internal mobility, etc.

**Senior Human Resources Business Partner**

October 2023 - October 2024 (1 year 1 month)

Full cycle recruitment,Immigration & Global mobility, Performance management, Employee Relations, HR compliance, etc.

**Senior Recruiting Manager**

April 2022 - October 2023 (1 year 7 months)

Oversea OPPO & OnePlus US Recruiting, Immigration, Global Mobility & HR Compliance

**Technical Recruiter**

February 2022 - April 2022 (3 months)

Palo Alto

**TalentSeer**

Technical Recruiter Lead/Key Account Manager

March 2021 - February 2022 (1 year)

Sunnyvale, California, United States

**Huawei**

Employee Service

June 2019 - August 2020 (1 year 3 months)

Santa Clara, California

**Law Office of Jeasica Meng**

Paralegal

February 2018 - May 2019 (1 year 4 months)
Santa Clara, California

Fmiliar with the immigration regulation and handled varies kinds of immigration applications.

United Technologies
Ethics & compliance officer
July 2007 - July 2017 (10 years 1 month)
Shanghai City, China

––––––

## Education

Xi'an Jiaotong University

Bachelor's degree, Science English

## Contact

www.linkedin.com/in/jia-hui-li
(LinkedIn)

## Top Skills

Hospitality Management
Tourism Management
Food & Beverage

## Languages

**Chinese** (Native or Bilingual)
**English** (Full Professional)
**French** (Professional Working)

## Certifications

Certified server permit
Preparing to Manage Human
Resources

# Jiahui Li

Administrative Assistant at OPPO
San Francisco Bay Area

## Experience

**OPPO**
Senior Operations Specialist
February 2020 - Present (5 years 7 months)
Palo Alto, California, United States

**Dealmoon**
Customer Relationship Specialist
April 2019 - February 2020 (11 months)
Union City, California

• Analyze customer demand and provide customer service support.

• Maintain social media account and manage content distribution on WeChat.

• Support internal cross-team activities between sales team and customer service team

**Fraiche Yogurt**
Assistant Store Manager
October 2016 - May 2017 (8 months)
Palo Alto, CA

• current open purchase orders and contacted food suppliers with telephone and
email.

• Created checklist for daily operations and organized store opening and closing duties.

• Oversaw product and service quality, trained new employees with food handling rules, and
assisted inventory control.

**Flatbreads Restaurant**
Intern Supervisor
May 2016 - August 2016 (4 months)
West Lafayette, IN

• Supervised all daily food service operations.

• Created and maintained workbooks for student employees' distribution timesheet.

## Contact

www.linkedin.com/in/jiang-li
(LinkedIn)

## Top Skills

Computational Photography
Computer Vision
Deep Learning

## Languages

English (Full Professional)
Chinese (Native or Bilingual)

## Publications

Conjugate adaptive optics in widefield microscopy with an extended-source wavefront sensor

View synthesis with a partitioned-aperture microscope

Axial localization with modulated-illumination extended-depth-of-field microscopy

Widefield fluorescence microscopy with sensor-based conjugate adaptive optics using oblique back illumination

Wavefront sensing and conjugate adaptive optics in wide-field microscopy

# Jiang Li

Principal Research Engineer @ OPPO
Palo Alto, California, United States

## Summary

Computer Vision, Computational Photography, Generative AI, and Image Processing.

———

## Experience

**OPPO**
7 years

**Principal Research Engineer**
October 2022 - Present (2 years 11 months)
Palo Alto, California, United States

Develop cutting-edge computer vision and computational photography algorithms that are powering OPPO's next-generation mobile devices, including image & video enhancement, image & video editing, AIGC etc.

**Senior Staff Research Scientist**
October 2021 - September 2022 (1 year)
Palo Alto, California, United States

Tech lead for computational photography.

**Research Scientist**
September 2018 - September 2021 (3 years 1 month)
Palo Alto, California, United States

Tech lead for computational photography at OPPO US Research (InnoPeak Technology ).

**Nanometrics**
**Research Scientist**
June 2017 - September 2018 (1 year 4 months)
San Francisco Bay Area

Machine Vision and Image Processing

- Develop computer vision and image processing algorithms for semiconductor manufacturing metrology and inspection platforms running on FPGA-based

embedded systems, featuring high throughput, superior accuracy, and long-term stability.
- Prototype and validate theories, models, and algorithms in computer/machine vision and image processing.
- Collaborate closely with cross-functional teams in hardware and software development for architectural designs.

## Boston University
### Research Assistant
2012 - 2017 (5 years)
Biomicroscopy Lab, 24 Cummington St. Boston, MA 02215

Computational Imaging.

1. Adaptive Optics Imaging
- Developed automated optical microscopy systems incorporating novel implementations of adaptive optics and high-resolution, high-speed wavefront-sensing techniques.
- Developed image processing algorithms performing high-throughput image acquisition, processing, and feedback system control, achieved highly efficient 3D wavefront reconstruction and real-time correction.

2. 3D reconstruction with Flow Cytometry
- Developed optical flow cytometry systems to perform high-resolution cell identification without labeling.
- Developed fast reconstruction algorithms to acquire 3D cell morphology with high throughput.

3. Stereo View Synthesis
- Designed and built optical microscopy systems incorporating a fast algorithm for 3D stereoview synthesis.

## Institute of Semiconductors, Chinese Academy of Sciences
### Research Assistant
2008 - 2010 (2 years)
The State Key Laboratory of Superlattices and Microstructures, Beijing, China

- Developed optical reflectance interferometry system for real-time monitoring of semiconductor growth.
- Conducted fundamental research studies of spintronics in diluted magnetic semiconductors.

## Education

### Peking University

Bachelor of Science - BS, Physics

### Boston University

Doctor of Philosophy - PhD, Physics

### Chinese Academy of Sciences

Master of Science - MS, Semiconductor Physics

• Oversaw cash handling procedures and policies.

Marco Polo Hotels
Intern
June 2014 - July 2014 (2 months)

• Processed guest check-ins and check-outs, handled corporate invoices, and supplied guests with information regarding hotel facilities, services, and promotions.
• Coordinated with housekeeping, laundry, and storage departments for customer service.
• Supported event manager with organizing corporate events.

_____

## Education

Purdue University

Bachelor, Hospitality and Tourism Management · (2012 - 2016)

## Contact

www.linkedin.com/in/jiangshan-tian
(LinkedIn)
github.com/tianjiangshan
(Personal)

## Top Skills

Blender
Robot Operating System (ROS)
Visual SLAM

## Languages

English (Full Professional)
Chinese (Native or Bilingual)

# Jiangshan Tian

Robotics Software Engineer at OPPO
Palo Alto, California, United States

## Summary

Master in Robotics Technology from Carnegie Mellon University.
Experience in deep learning, machine learning, computer vision.

―――――

## Experience

**OPPO**
6 years 9 months

Senior Robotics Software Engineer
October 2022 - Present (2 years 11 months)

○Face/Eye synthetic data generation for eye tracking using 3d head model in blender.
- Synthetic Dataset Generation with groundtruth landmarks for eye tracking system in blender using 3d head models with self-defined eye ball
- Eye segmentation and iri recognition using synthetic data

○Project Lead: Indoor Wi-Fi Device Localization with Simultaneous Localization and Mapping(SLAM)
- Algorithm Research: Led an in-depth investigation into potential algorithms, ensuring a comprehensive understanding of the best available solutions.
- System Integration: Integrated the algorithm on Android (JAVA,Kotlin) with a well-defined(C++) SLAM interface (get 95% possibility that errors are within 1 meter), supervising its integration within the broader production system architecture.

Robotics Software Engineer
December 2018 - Present (6 years 9 months)
Palo Alto

○Developed SLAM algorithms utilizing mono, stereo, and quad-camera setups along with Inertial Measurement Units (IMU).
- Conducted frontend algorithms and framework
- Conducted outlier rejection for both the frontend and backend and established an evaluation pipeline using Recurrent All Pairs Field Transforms for Optical Flow as the ground truth.

○ Computer vision algorithm analysis and optimization
- Implemented and executed comprehensive analyses and profiling of over ten fundamental computer vision algorithms with C++, such as Sparse Optical Flow, Gaussian Blur, and Fast Corner Detection, etc.
- Employed NEON Intrinsics for CPU optimization on Android for above functions, achieving time performance equivalent to, or superior than OpenCV/FastCV, maintaining bit-exact results.

○ Real-Time plane detection and tracking
- Implemented a real-time plane detection and tracking algorithm for SLAM based on 3d point cloud, achieving 70% IOU with ARcore output.
- Utilized GuideNet to predict depth and surface normals from a single RGB image, enhancing plane detection accuracy

○ Constructed a cross-platform system for SLAM
- Data Collection and Evaluation: Utilized Vicon to gather accurate ground truth data along with SLAM data for both offline dataset creating and online 6DOF evaluation.
- Utilize the NVIDIA Isaac simulation to recreate the hardware setup using the provided calibration files for both stereo and quad-camera configurations, and then generate synthetic data to explore the best sensor layout for SLAM.
- Robot Operating System (ROS) Visualization: Implemented visualization of the SLAM using the ROS. This facilitated both real-time online monitoring and offline review of SLAM performance.

Nanjing King Young Intelligent Technology Co., Ltd.
Computer Vision Engineer (intern)
May 2017 - July 2017 (3 months)
Nanjing, Jiangsu, China

○ Designed a detection and localization framework for box unstacking applications in a cluttered industrial scene.
○ Collected RGB images and point cloud data, and implemented both box versus background and box versus box segmentation with OpenCV and PCL for individual box localization and stacking type classification.
○ Preprocessed RGB images with morphological analysis tools and achieved a 3D localization accuracy of 100%.
○ Extracted features from RGB information to train an SVM for stacking type classification, raising the accuracy from 78.6% to 99.2% compared to using pure RGB data.

———

## Education

**Carnegie Mellon University**

Master of Science - MS, Robotics Technology · (2016 - 2018)

**Nanjing University of Science and Technology**

Bachelor's degree, Computer Science · (2012 - 2016)

## Contact

www.linkedin.com/in/jianming-dong-ph-d-523a841 (LinkedIn)

## Top Skills

User-centered Design

Usability Testing

User Experience

## Languages

English, Chinese

## Honors-Awards

IBM Invention Achievement Award

Presidential Award

IF International Design Award

Outstanding Technical Contribution Award

## Publications

Human-Computer Interaction: User-Centered Design and Evaluation - 2nd Edition

Human-Computer Interaction: User-Centered Design and Evaluation - 4th Edition

Human-Computer Interaction: User-Centered Design and Evaluation - 1st Edition

Human-Computer Interaction: User-Centered Design and Evaluation - 6th Edition

Human-Computer Interaction: User-Centered Design and Evaluation - 3rd Edition

# Jianming Dong, Ph.D.

UX Research, Design, Strategy and Innovation

Palo Alto, California, United States

## Summary

Dr. Jianming Dong is an experienced User Experience executive and innovator with 20 years of experience. He is the Director of User Experience at Oppo based in the Silicon Valley, leading corporate-level UX design innitiatives. Prior to Oppo, he oversaw research, design, strategy and innovation of enterprise and consumer solutions and provided best practices and guidance to a large-scale UX design team a Huawei. When he was the Chief of Technical Staff for HFI Asia, he was responsible for providing UX consulting and training services to many International Fortune 500 companies. He has also led numerous HCI design and innovation projects at IBM, eBay and Paypal.

With over two decades of experience in the area of User Experience research and design, Dr. Dong has accumulated a wealth of expertise in cross-industry UX design and innovation. Early in his career, Dr. Dong created EZSort – the first card-sorting and cluster analysis tool for information architecture design in the HCI field. Dr. Dong holds at least 5 issued US patents, 5 pending US patents and 7 published invention disclosures in the field of HCI design and evaluation.

He was the first author of a bestselling HCI book, "User-Centered Design and Evaluation", which was widely adopted into the university curriculum in China. Dr. Dong presented numerous papers and taught classes in top conferences and journals, including CHI, UPA, and HCII. He is member of the editorial board of International Journal of Human-Computer Interaction, where he reviews academic journal submissions. Dr. Dong received his PhD from Purdue University in 1997.

Specialties:

-- User-Centered Design

-- User experience strategy and institutionalization

-- Design Thinking and innovation

-- Cross-cultural research and design
-- Large-scale UX research and analysis
-- Information architecture
-- Interaction design and standards
-- A variety of qualitative and quantitative research, including ethnography, interview, survey, statistical analysis, etc.
-- UX training, mentoring and developing UX teams

_____

## Experience

OPPO
Chief Expert and Sr. Director of User Experience
May 2021 - May 2024 (3 years 1 month)
San Francisco Bay Area

JD UX Consulting
User Experience Consultant
September 2019 - May 2021 (1 year 9 months)

Stanford University
Visiting Scholar
January 2016 - December 2019 (4 years)
Stanford, CA

Futurewei Technologies, Inc.
Chief User Experience (UX) Architect, Sr. Director
July 2010 - September 2019 (9 years 3 months)
Santa Clara, CA

Human Factors International (HFI)
Chief of Technical Staff - Asia;  Managing Director - Greater China
January 2008 - June 2010 (2 years 6 months)

PayPal
User Experience Research Lead
January 2006 - December 2007 (2 years)

eBay
Senior User Researcher
2003 - 2005 (2 years)

IBM
Software Engineer/User Research Specialist
1997 - 2004 (7 years)

_____

# Education

### Purdue University

PhD, Industrial Engineering: Human Factors and Human Computer
Interaction · (1995 - 1997)

### Tianjin University

Master's degree, Mechanical Engineering · (1989 - 1992)

### Tianjin University

Bachelor's degree, Mechanical Engineering · (1985 - 1989)

## Contact

www.linkedin.com/in/jie-cai-88006994 (LinkedIn)

cse.sc.edu/~jcai/ (Personal)

## Languages

**Chinese** (Native or Bilingual)

**English** (Professional Working)

# Jie Cai

### Senior Staff Research Scientist at OPPO

Palo Alto, California, United States

## Experience

**OPPO**

6 years

**Senior Staff Research Scientist**

October 2023 - Present (1 year 11 months)

San Francisco Bay Area

**Staff Research Scientist**

October 2021 - September 2023 (2 years)

San Francisco Bay Area

**Research Scientist**

September 2019 - September 2021 (2 years 1 month)

San Francisco Bay Area

**12 Sigma Technologies**

**Summer Research Intern**

May 2019 - August 2019 (4 months)

Greater San Diego Area

**University of South Carolina**

4 years 1 month

**Teaching Assistant**

August 2015 - August 2019 (4 years 1 month)

Columbia, South Carolina Area

**Research Assistant**

August 2015 - August 2019 (4 years 1 month)

Columbia, South Carolina Area

**University of Illinois at Chicago**

**Research Assistant**

October 2013 - May 2014 (8 months)

---

## Education

University of South Carolina

Doctor of Philosophy (Ph.D.), Computer Science and Engineering · (August 2015 - August 2019)

University of Illinois at Chicago

Master of Science (M.S.), Electrical and Computer Engineering · (August 2013 - May 2015)

Northeastern University (CN)

Bachelor's Degree, Information and Computing Science · (September 2010 - June 2014)

## Contact

www.linkedin.com/in/jie-zhou-hawes (LinkedIn)

## Top Skills

Signal Processing
Matlab
Microsoft Office

## Languages

**Chinese** (Native or Bilingual)
**English** (Native or Bilingual)
**French** (Limited Working)
**Korean** (Elementary)

## Certifications

Machine Learning with Scikit-Learn
Fundamentals of Engineering (FE)
Data Analyst Nanodegree
Modeling and Simulation of Power Electronics
Signal processing problems, solved in MATLAB and in Python

## Honors-Awards

NASA Alabama Space Grant Consortium Scholarship
NIH T32 Grant, Interdisciplinary Training in Mechanobiology from NM to CM
Outstanding Physics Major
Mechanical Engineering Student of the Year
World Congress of Biomechanics Diversity Travel Award

# Jie Hawes

Hardware Engineer of Health Sensor at OPPO
Palo Alto, California, United States

## Summary

Staff Hardware Engineer with a demonstrated history of working on biosensors/biowearables R&D. Skilled in research, health sensor fusion, data analysis, biomechanics, digital signal processing, and project management. Strong engineering professional with a Doctor of Philosophy - PhD focused on biomechanical engineering from Washington University in St. Louis.

_____

## Experience

**OPPO**
4 years 6 months

**Staff Engineer R&D**
October 2022 - Present (2 years 11 months)
Palo Alto, California, United States

**Senior Engineer of Health Sensor**
March 2021 - October 2022 (1 year 8 months)
Palo Alto, California, United States

Health Lab: biowearables.

**Washington University in St. Louis**
5 years 7 months

**Postdoctoral Research Associate**
September 2020 - February 2021 (6 months)
St Louis, Missouri, United States

Cardiovascular biomechanics

**Graduate Research Associate**
August 2015 - September 2020 (5 years 2 months)

**University of South Alabama**
3 years

**Research Assistant**
August 2012 - December 2013 (1 year 5 months)

High Energy Physics

Supplemental instructor
January 2011 - May 2013 (2 years 5 months)

Statics; machine component design

Jefferson Lab
Mechanical engineering coop
August 2011 - August 2013 (2 years 1 month)

Heat Transfer, Fluid mechanics, Thermodynamics, Solid Mechanics, Siemens
NX, Particle accelerator

———

# Education

Washington University in St. Louis

Doctor of Philosophy - PhD, Mechanical Engineering · (2015 - 2020)

Washington University in St. Louis

Master's degree, Mechanical Engineering · (2015 - 2017)

University of South Alabama

Bachelor of Science (BS), Physics; Math (minor) · (2011 - 2015)

University of South Alabama

Bachelor of Science (BS), Mechanical Engineering (dual major) · (2009 - 2015)

Northwest Normal University

Bachelor's degree, English Language and Literature, General;
French · (August 2003 - May 2007)

## Contact

www.linkedin.com/in/jinlong17 (LinkedIn)
jinlong17.github.io/ (Personal)

## Top Skills

Architecture Frameworks
Ambient Intelligence
Transformer Models

# JINLONG LI

CS PhD | Deep Learning, Computer Vision, GenAI, Multi-Modal LLM, Diffusion Models, 2D/3D Perception, Autonomous Driving, Computational Photography and Imaging
Palo Alto, California, United States

## Summary

A dedicated and results-driven researcher specializing in Computer Vision, Deep Learning, and Autonomous Driving. My expertise spans across pioneering deep learning technologies for vision-centric perception, with a keen focus on challenging areas such as 2D/3D object detection, domain adaptation, and the transformative use of Transformer and diffusion models. Personal website:  https://jinlong17.github.io

_____

## Experience

**OPPO**
AI Researcher Intern
May 2024 - Present (1 year 4 months)
Palo Alto, California, United States

Personalization meets controllability in text-to-image diffusion.

**Cleveland State University**
2 years 10 months

Research Assistant
August 2021 - May 2024 (2 years 10 months)
Cleveland, Ohio, United States

A dedicated and results-driven researcher specializing in Computer Vision, Deep Learning, and Autonomous Driving. My expertise spans across pioneering deep learning technologies for vision-centric perception, with a keen focus on challenging areas such as 2D/3D object detection, domain adaptation, and the transformative use of Transformer and diffusion models.

Low Light Enhancement via Diffusion Model
August 2023 - December 2023 (5 months)

Background: With the rising prevalence of vision-centric perception systems relying on camera sensors, addressing safety concerns associated with low-light conditions has become imperative for ensuring overall vehicle safety.

Multi-Condition Diffusion Framework for Unpaired Low-Light Enhancement (CVPR2024 Rebuttal): Proposed a Diffusionmodel to enhance low-light camera images for autonomous driving, mitigating the need for extensive nighttime data collection and preserving daytime performance. Our method incorporates a novel multi-condition adapter that adaptively controls the input weights from different modalitiesto effectively illuminate dark scenes while maintaining context consistency.

### Cooperative 3D LiDAR Perception Deployment
November 2022 - September 2023 (11 months)

Enhancing Cooperative Autonomous Vehicle (CAV) perception through V2V communication is crucial for improved detection performance. This project focused on real-world deployment, building dataset construction, Lossy Communication challenges, and addressing the domain gap between simulated and real data.

Pioneering Dataset Construction (ICRA 2022 & CVPR 2023): Contributed to OPV2V, the first large-scale cooperative 3D LiDAR dataset, and as key contributor to V2V4Real, the first large-scale real-world V2V perception dataset.

Cutting-edge Cooperative Perception Research under Lossy Communication (TIV 2023): Proposed the first re-search on V2V cooperative perception (point cloud-based 3D object detection) under lossy communication. Explored the impact of lossy communication on cooperative perception.

Simulation-to-Reality Transfer Learning (ICRA2024): Proposed the first Simulation-to-Reality transfer learning framework for multi-agent cooperative perception using a novel Vision Transformer, named as S2R-ViT. Addressed Deployment Gap and Feature Gap between simulated and real data.

Cross-Domain Learning for Multi-Agent Perception (ICRA2024): Proposed a novel Feature Distribution-aware Aggregation framework, which is the first research on multi-agent perception to address the Distribution Gap of different independent private data for training distinct agents.

Adversarial GPS for Multi-Agent Attack (ICRA2024): Proposed the first research of adversarial GPS signals which are also stealthy for the V2V cooperative perception attacks, denoted as AdvGPS. Three statistically sensitive natural discrepancies in AdvGPS proposed to enhance the multi-agent perception attack in the black-box scenarios.

### Vision-centric perception system via transfer learning technology
September 2021 - December 2022 (1 year 4 months)

Addressing the challenge of limited labeled ground truths in nighttime images for deep learning modes, this project aimed to enhance vehicle perception

in challenging driving scenarios, such as nighttime, and foggy weather. Leveraging transfer learning technology, the objective was tomaximize the use of labeled images to improve model performance.

Situation-Sensitive Vehicle Detection Framework (TR-C 2021): Developed a framework for vehicle detection in both daytime and nighttime using labeled daytime images. Utilized CycleGAN as a style transfer technology to enhance model performance during nighttime conditions.

Night-to-Day Translation for Vehicle Detection (TCSVT 2021): Introduced a detail-preserving Night-to-Day translation method for direct adaptation of daytime models to nighttime vehicle detection.

Unsupervised Domain Adaptation for Adverse Conditions (WACV 2023): Proposed an unsupervised domain adaptation method for robust object detection in foggy and rainy conditions. Integrated AdvGRL and domain-level metric regularization for improved adaptability.

## Robotic-Assisted Feeding Project of ODHE
September 2021 - May 2022 (9 months)

Objective: To develop methods enabling individuals with high tetraplegia to control aspects of helper robot reaching movements, incorporating motion planning, computer vision, and related technologies.

Vision-Based Detection System Development: Led the development of a vision-based detection system for various foods within the Robotic-Assisted Feeding project. Defined food item characteristics to determine required actions, addressing different angles of food presentation. Implemented data augmentation for enhancedmodel generalization.

———

# Education

## Cleveland State University
Doctor's Degree, Computer Science · (August 2021 - May 2024)

## Chang'an University
Master's degree, Artificial Intelligence, Autonomous Driving, Intelligent Transportation System · (September 2018 - June 2021)

## Chang'an University
Bachelor of Transportation Engineering, Pavement Crack Detection · (August 2014 - July 2018)

# Kevin Rabago

Senior Payroll & Benefits Manager at OPPO U.S. Research Center
San Jose, California, United States

## Contact

www.linkedin.com/in/kevin-rabago-a470b652 (LinkedIn)
www.oppodigital.com (Company)

## Top Skills

Payroll Management
Benefits Administration
Payroll Processing

## Summary

Admin department rolled up into one multi-faceted person enabling the company to do more with less.

------

## Experience

**OPPO**
7 years 2 months

**Senior Payroll & Benefits Manager**
November 2021 - Present (3 years 10 months)
Palo Alto, California, United States

Manage and run payroll utilizing various Paylocity modules: HR & Payroll, Time & Labor, Onboarding and Spending Accounts. Recently migrated FSA and HSA to Paylocity for scalability & enhanced user experience. Oversee and manage employee benefits including health insurance, FSA/HSA and a 401(k) retirement plan.

Future projects include implementing a wellness program and migrating benefits administration from Ease to Paylocity for scalability & enhanced user experience.

**HR & Operations Manager**
July 2018 - November 2021 (3 years 5 months)
United States

Oversee key systems and employee benefits in addition to general accounting tasks. Implement and manage various platforms including Paylocity for payroll, SAP Concur for procure-to-pay and expense reporting, EASE for benefits administration, DocuSign for e-signatures, Microsoft SharePoint for corporate intranet and Intuit QuickBooks Online for accounting. Implement and administer 401(k) retirement plan using Empower with Paylocity integration.

Current projects this year include implementing Concur Travel, enhancing 401(k) & health insurance benefits and utilizing Paylocity for benefits administration.

OPPO Digital
Accounting & Operations Manager
August 2005 - January 2019 (13 years 6 months)
San Francisco Bay Area

Multi-role position spanning Accounting, Operations, Human Resources, IT,
Webmaster and General Administration

Accounting - Handled all accounting functions - AR, AP, GL, custom record
keeping for product royalties, Fixed Assets, Inventory and general record
keeping

Operations - Worked with customer support and warehouse teams for best-in-
class customer service and order fulfillment. Partnered with resellers including
Amazon, Magnolia Hi-Fi (Best Buy) and Crutchfield for distribution of products
into the retail channel. Day-to-day management of administrative functions to
allow the CEO to focus on the bigger picture.

Human Resources - Managed employee benefits, payroll and recruiting.

IT - Using Windows Server, SQL Server, SharePoint, Exchange, Office 365
and Azure Services provided custom mission-critical solutions to support e-
commerce, website, corporate e-mail, integration with QuickBooks, integration
with Amazon Seller, order processing, order fulfillment, order returns and fraud
prevention.

Webmaster - Implemented and maintained website with custom solutions for
Knowledge Base, Finding a Reseller, Reseller Portal and various promotions.

IVAST
System Administrator
January 2001 - December 2003 (3 years)
San Francisco Bay Area

―――――

# Education

University of Hawaii at Manoa
Bachelor of Business Administration (B.B.A.), Accounting · (1990 - 1994)

# Kim C N.

## Contact

www.linkedin.com/in/kimcng
(LinkedIn)

## Top Skills

Artificial Intelligence (AI)
Computer Vision
Machine Learning

## Languages

English (Full Professional)
Chinese (Native or Bilingual)
Malay

## Certifications

EIT

## Honors-Awards

Top Graduating Senior in College of
Engineering

## Publications

Monitoring Dynamically Changing
Environments by Ubiquitous Vision
System

Multiple Omni-Directional Vision
Sensors (ODVS) based Visual
Modeling Approach

An Integrated Surveillance System—
Human Tracking and View Synthesis
using Multiple Omni-Directional
Vision Sensors

Light Field Rendering using Colored
Point Clouds: A Dual Space
Approach

Visual Servoing Applications

## Patents

A 360-Degree 6-DoF Tracking
System with Small Form Factor
Devices Enabled by Lambertian
Diffusers

Color Correction of Image Fusion in
Radiance Domain

**Principle Computer Vision | AI Engineer**
San Mateo, California, United States

## Summary

A University of California PhD with concentration in image processing, computer vision, and machine learning. He has over 20 years of industrial experiences with publications and patents, which are highly cited and adapted by major institutions. He is especially skilled at developing robust algorithms that can be used in real-life systems.

During early research years in the university, he developed innovative machine learning architecture that directly incorporated human knowledge with Fuzzy Logic and then refined through Neural Networks for non-linear control systems and autonomous robotic navigation. In STMicroelectronics, he developed 3D virtual view synthesis system that was robust to the depth inaccuracies from multiple wide-baseline stereovision.  In JVC, he developed professional display calibration software that helped JVC venture into high-end lucrative commercial & fighter flight simulation markets, which generated hundreds of millions of dollars of new annual revenue. In Konica Minolta, he developed image stitching algorithm that rivaled the then state-of-the-art Adobe Photoshop CS6; the stitching algorithm was deployed for HDR imaging and panoramic imaging.

In Nod, he developed visual-inertial motion tracking algorithm that enabled the world's first mobile 6 Degrees-of-Freedom controllers to move in super-fast motion with high accuracy, low jitter, low latency, and instant pose re-acquisitions that was robust to the camera lens distortion, image sensor noises, fused LED blobs, extraneous environmental lighting, occlusions, unreliable IMU rates and IMU drifts; the algorithm tracked well even when the head pose wasn't piped through the camera-IMU system.

He also contributed to the advancement of autonomous driving vehicles. At Xpeng, he developed lane detection and classification with deep learning networks; Lane line Stabilization with Kalman

Tuning Color Image Fusion towards Original Input Color with Adjustable Details

Anti-Aliasing of Object Borders with Alpha Blending of Multiple Segmented 3D  Surfaces

Method and System for Capturing an Image for Wound Assessment

Filter; Severe Weather Classification with deep learning networks; Intelligent High Beam Control Development and integrated into the vehicle's software stack.

He further applied his algorithmic R&D and software coding skills at OPPO, where he filed 10 patents and publication. He developed innovative NIR + RGB sensor fusion that could see through fog and haze. He also productized a number of deep learning systems, such as 3D Photos, Image to Video Generation, Video Bokeh, running efficiently on cell phones.

He is passionate for exploring new technological areas; he is ready to apply his AI skills in making autonomous driving & humanoid and many more deep learning systems a reality.

_____

## Experience

OPPO
Principle Computer Vision Engineer
May 2020 - Present (5 years 4 months)
Palo Alto, CA

Developed, Patented, and Published Image Fusion Algorithms for Near-Infrared and color images that can see through fog and haze. Images from different sensor modalities were registered & fused into high-dynamic range natural color images. This can be beneficial for autonomous navigation in severe weather.

Developed, Patented, and Productized 3D Photo Algorithm that allowed virtual look around from a single input image. The entire pipeline was heavily optimized and able to operate realtime on a cellphone. 3D were estimated and the occluded background were in-painted with deep learning networks.

Developed and Productized Person Segmentation Deep Learning Network that also separated out the persons' handheld objects automatically.

Developed and Productized Video Bokeh Algorithm that handled multiple persons at different depth levels. 3D were estimated using Transformer deep learning networks.

Developed Image to Video Generative AI Algorithm with Stable Diffusion. Given an input image, a short animated video of that input scene was generated.

Surveyed 360-degree 3D Estimation Algorithms

### Xpeng Motors 小鹏汽车
Senior Staff Computer Vision Engineer
July 2018 - May 2020 (1 year 11 months)
Mountain View, CA

Developed Computer Vision & Machine Learning Algorithms for Autonomous Self-Driving Vehicles: Lane Detection and classification with deep learning networks; Lane line Stabilization with Kalman Filter; Severe Weather Classification with deep learning networks; Intelligent High Beam Control Development and integrated into the vehicle's software stack.

### Nod Labs
Senior Computer Vision Engineer
November 2015 - July 2018 (2 years 9 months)
Mountain View, CA

Developed Visual-Inertial Motion Tracking Algorithm that enabled the world's first mobile 6 Degrees-of-Freedom controllers to move in super-fast motion with high accuracy, low jitter, low latency, and instant pose re-acquisitions that was robust to the camera lens distortion, image sensor noises, fused LED blobs, extraneous environmental lightings, occlusions, unreliable IMU rates and IMU drifts; the algorithm tracked well even when the head pose wasn't piped through the camera-IMU system. See the demo in https://youtu.be/X2SZusLK6Uw.

Developed Data Collection and Annotation System for Training Hand Tracking with Deep Learning.

Participated in Initial Discussions of Visual SLAM Development.

### Konica Minolta Business Solutions Nederland BV
Senior Imaging Scientist
September 2012 - November 2015 (3 years 3 months)
San Mateo, CA

Developed Alignment Algorithm for Registering Multiple High-Dynamic Range (HDR) Images using OpenCV: feature-based approach with content-

preserving warp; the results were better than Photomatix v5.0 and performed as well as Photoshop CS6.

Developed 3D Wound Measurement Imaging System: Designed the entire system flow; implemented software components (in Objective C for iPad); developed wound segmentation algorithm; measurements were 98% accurate.

Developed and Patented Ghost-Detection Algorithm with multi-level median threshold bitmap.

Developed Indoor-Outdoor Image Classification Algorithm with color temperature (CCT) as feature vectors trained with k-NN.

Developed Multiple Barcode Detection Algorithm with GLCM image texture trained with neural networks that simultaneously classified barcodes from pictures and texts within a document page.

JVC
Staff Engineer
July 2005 - August 2012 (7 years 2 months)
Cypress, CA

Developed Video Surveillance System from capturing/decoding of IP camera video streams to displaying of the processing results on the Digital TV Platform using C/C++: the system includes real-time capturing, face detection analysis, and detected-faces recording/playback/display of multiple (multithreading) video streams of IP cameras on a JVC digital TV without extra hardware. Software code were integrated into middleware of the Linux-based embedded TV platform.

Developed Color Management Algorithms and Automatic Display Calibration Software Packages using C++: the software packages, automatically [with sensor feedback loop] adjusted gamma, color temperature, luminance, color gamut, and shading of JVC professional projectors and LCD monitors. High fidelity in display color conforming to the display standards helps JVC sell high valued display systems to movie and flight simulation industries. The shading system was expanded to support a consumer grade digital camera to lower the system cost and extended for curved projected screen calibration. Developed the entire systems from the coding of the drivers of photometers, camera, projectors, LCD monitors, to processing & control algorithms, to GUI controls

in MS Visual Studio. The calibration software package of DT-Vx professional LCD monitor can be downloaded on the JVC website.

STMicroelectronics
Senior Research Engineer
May 2000 - March 2005 (4 years 11 months)
San Diego, CA

Developed and Patented 3D Stereo Vision Algorithms using C++: the algorithms were adapted by major institution to be used for extracting highly accurate dense 3D from multiple cameras.

Developed and Published Image-base Rendering Algorithm using C++: Rendered virtual views with sparse input camera views and with coarse and uncertain estimated depths. The algorithms can be used for depth of field adjustment and high-resolution image composition from multiple low-resolution images. Provided ideas and mentored UC Davis PhD students (collaborated with Prof. Max Nielson).

Conceptualized and Patented Video Compression Frameworks: Studied video compression technologies; researched and proposed 3D video compression techniques to 3DAV group that aimed at compressing 3D video capturing system which have high common spatial & temporal visual coverage, with the frameworks of spatial-temporal video graph technique.

Computer Vision and Robotics Research Laboratory
7 years 3 months

Research Asistant
January 1995 - March 2000 (5 years 3 months)
University of California - San Diego

3D Virtual View Synthesis for Visual Surveillance with Omni-Directional Video Cameras using C++: Clusters of multiple omni-directional video cameras were used to perform unconventional range-space search & match for multiple wide baseline stereo. Virtual view's color and depth were synthesized and estimated simultaneously at any given vantage point to smoothly walkthrough a remote site.

Object Detection& Localization for Japanese Railway Autonomous Maintenance System on VME-based LynxOS Computing Platform using C: Responsible for real-time video sensing development with 3D structural light. The localization accuracy was within 3mm in real-time.

Object Detection and Classification of Fish Egg Machine Vision System using C: Jointly proposed and performed initial development with Scripps Oceanography which operated in the open sea.

### Research Assistant
January 1993 - December 1995 (3 years)
University of Tennessee - Knoxville

Real-Time Sensor-based Fuzzy Logic (FLC) Systems Development on VxWorks using C: Solved nonlinear dynamic differential equations, which had difficult analytical solutions, using ACSL. Numerical solutions from ACSL permitted a difficult conventional Ball Balancing Beam (BBB) control problem to be solved and then simulated in the graphical environment. Derived fuzzy logic membership functions and rules in accordance with observation of the BBB's system behavior.

Real-Time Sensor-based Neural Networks & Fuzzy Logic Architecture & Systems Development using C++: Developed a new neuro-fuzzy control architecture, which permitted direct incorporation of human knowledge along with faster learning rate. Real-time implementations on sensor-based systems: BBB, single mobile robot navigation and cooperative behavior in multiple robots.

_____

## Education

### University of California San Diego
Doctor of Philosophy - PhD, Electrical and Computer Engineering

## Contact

www.linkedin.com/in/mmaung
(LinkedIn)

## Top Skills

Embedded Systems

Embedded Software

C

# Max Maung

Computer Vision Engineer

San Jose, California, United States

## Experience

### OPPO

Computer Vision Engineer

October 2022 - Present (2 years 11 months)

Palo Alto, California, United States

• Optimize diffusion-based image inpainting models

• Designed and built Android applications to demonstrate vision algorithms for
real-world scenarios

### Apple

Computer Vision Engineer

March 2018 - October 2022 (4 years 8 months)

Cupertino, California, United States

Created the first version of RoomPlan framework in iOS 16

### Nod Labs

Software Engineer

July 2016 - March 2018 (1 year 9 months)

Mountain View, California, United States

Implemented compact and fast OpenCV and in-house vision algorithms in
Movidius Myriad 2 to help compute and track objects' 3-D position and rotation
in real time

### Synaptics

Firmware Engineer

June 2014 - July 2016 (2 years 2 months)

San Jose, California, United States

Implemented real-time data acquisition thread for a capacitive touch controller
model integrated with display driver

Involved in all phases of firmware development from RTL-based, FPGA-based,
and software simulation to prototype and actual product

### Anritsu

8 years 10 months

DSP Engineer

September 2012 - May 2014 (1 year 9 months)
Morgan Hill, California, United States

Architected and implemented an abstraction layer that controls RF and FPGA to make spectrum measurement in embedded environment using C++ and object oriented approach.
Design and simulate DSP components and routines with MATLAB.

### Firmware Engineer

August 2005 - September 2012 (7 years 2 months)
Morgan Hill, California, United States

Fix bugs and implement new features in graphical user interface (GUI), hardware device drivers, and digital signal processing (DSP) routines of portable test and measurement instruments using C and C++ in embedded environment.
Adapt and port the firmware over to new hardware models

―――――

# Education

## Santa Clara University

Master of Science - MS, Electrical Engineering · (2006 - 2009)

## University of California, Davis

Bachelor of Science - BS, Computer Engineering · (2001 - 2005)

## Contact

www.linkedin.com/in/cmmchen
(LinkedIn)

## Top Skills

Data Analysis

Machine Learning

Physics

## Languages

English (Professional Working)

Chinese (Simplified) (Native or
Bilingual)

## Publications

Microwave Imaging Reflectometry
for the study of Edge Harmonic
Oscillations on DIII-D

Synthetic diagnostics platform for
fusion plasmas

Rotation profile flattening and
toroidal flow shear reversal due to
the coupling of magnetic islands in
tokamaks

Synthetic Diagnostic for Electron
Cyclotron Emission Imaging

# Ming Chen

GenAI, CV, Video Understanding

Palo Alto, California, United States

## Summary

Experienced Tech Lead with 5+ years of expertise in driving
and delivering cutting-edge AI solutions, specializing in video
diffusion inpainting, video moment retrieval, and multimodal video
summarization.
Passionate about bridging generative AI with real-world applications

_____

## Experience

**OPPO**

7 years 3 months

**Principal Research Engineer**

October 2023 - Present (1 year 11 months)

Tech Lead for multiple projects including video diffusion inpainting,
segmentation, video moment retrieval, and multimodal video summarization
etc.

**Senior Staff Research Engineer**

October 2021 - September 2023 (2 years)

**Research Scientist**

June 2018 - September 2021 (3 years 4 months)

Palo Alto, CA

**University of California, Davis**

**Graduate Research Assistant**

September 2012 - May 2018 (5 years 9 months)

Developed the Synthetic Diagnostic Platform for microwave imaging diagnostic
systems

Developed visualization and classification algorithms for the study of
magnetohydrodynamic (MHD) fluctuations and micro-turbulence

**University of Science and Technology of China**

**Undergraduate Student Researcher**

September 2010 - June 2012 (1 year 10 months)

Researched the variational symplectic integrator algorithm for the plasma's guiding center motion analysis in magnetic fusion reactor.
Designed the velocimetry algorithm for drift wave detection in linear magnetized plasma device.

_____

## Education

University of California, Davis

Doctor of Philosophy (PhD)  · (2012 - 2018)

University of Science and Technology of China

Bachelor's degree, Applied Physics · (2008 - 2012)

## Contact

www.linkedin.com/in/rancy-xu
(LinkedIn)

## Top Skills

Social Media

Chinese

Industry Research

## Certifications

Project Management Professional
(PMP)

# Rancy Xu

Project and Tech Management at OPPO US Research Center

Palo Alto, California, United States

## Summary

(Technical) Project Manager 7 YOE | Software Development | Artificial Intelligence | Machine Learning | PMP Certified

———

## Experience

### OPPO

4 years 4 months

**Sr. Software Project Manager**
July 2022 - Present (3 years 2 months)
Palo Alto, California, United States

Lead of the tech management team. Responsible for tech operation, compliance, project management, and digital assets management.

**Software Project Manager**
May 2021 - July 2022 (1 year 3 months)
Palo Alto, California, United States

Project Manager of the OPPO US Research Center. Mainly focus on AI/AR/CV algorithms research projects.

### 将门 The Jiangmen

Program Manager/Technical Consultant
September 2017 - 2019 (2 years)
Beijing, China

Project Manager for open-innovation consulting projects for top tier enterprise clients(FT 500s).

### 三行资本

Investment Associate
March 2017 - August 2017 (6 months)
Beijing, China

Associate investment manager for TMT/Tech start-ups.

### GameBear

Operation Manager / Program Manager

December 2014 - January 2017 (2 years 2 months)
Chengdu, China.

Founding member, take in charge for company daily operation and project progress management.
Started the company from zero.
Released 2 mobile games, WarZone and NovaEmpire.

HTC
Social Media Manager
April 2014 - July 2014 (4 months)
Beijing, China

-------

# Education

## Northeastern University
Master's degree, Informatics-Cloud Computing · (2019 - 2021)

## Capital University of Economics and Business
Bachelor's degree, Mangement · (2011 - 2017)

## Contact

www.linkedin.com/in/riccardo-gherardi (LinkedIn)

## Top Skills

Computer Vision
Machine Learning
Matlab

## Languages

**Italian** (Native or Bilingual)
**Japanese** (Elementary)
**English** (Full Professional)

## Honors-Awards

MVA best paper award
Toshiba Research Outstanding Achievement
MIUR PhD Scholarship
Undergraduate merit scholarship
Reviewing committe for the Amazon Reseach Awards

## Publications

Publications and patents on Scholar

# Riccardo Gherardi

Principal Scientist at Oppo, Palo Alto
Palo Alto, California, United States

## Summary

I am a principal scientist at Oppo USA. I focus on developing mobile-friendly computer vision and deep learning algorithms, with an interest in heterogeneous camera systems, 3D reconstruction and synthetic data generation.

In my work, I have been using machine learning and artificial intelligence to understand images and video. I have 14+ experience in creating novel research, from theory to implementation, from pitching to publication.

About me:
• 14+ years in research, in the industry and academia
• Self-driven learner, passionate about understanding and solving problems
• Can communicate ideas in a conference paper, a patent, or a pitch to the CEO
• Research interest: deep learning for scene understanding, synthetic data generation, 3D reconstruction, change detection, low-level vision

———

## Experience

**OPPO**
Principal Scientist
May 2021 - Present (4 years 4 months)
Palo Alto, California, United States

Mobile-friendly computer vision and deep learning algorithms, with a particular interest in heterogeneous camera systems, disparity estimation, optical flow and generalized correspondences' problems. Lead and PI for the synthetic data generation team.

**Amazon Lab126**
Senior Applied Scientist
October 2018 - May 2021 (2 years 8 months)

San Francisco Bay Area

Teaching cameras to understand what they are looking at.

Focusing primarily on deep scene segmentation, action recognition from video, pose estimation and tracking, and 2.5 / 3D depth recovery from monocular video / images. My work powers the smart features of Amazon's HomeAI devices, such as the Amazon Cloud Cam.

## Amazon
Applied Scientist
June 2016 - September 2018 (2 years 4 months)
Seattle

Reinvent retail with computer vision and machine learning technologies: no lines, no checkout - just grab and go!

## Toshiba
Research engineer
March 2011 - April 2016 (5 years 2 months)
Toshiba Cambridge Research Lab., Cambridge, United Kingdom

Research in large scale 3D reconstruction, smart asset monitoring, deep learning techniques for change detection and semantic segmentation.

I have been the PI for an international project developing solutions for the machine inspection of large industrial assets; within its scope, I have been awarded the Toshiba Research Outstanding Achievement award for my contributions to the Fukushima decommissioning following the 2011 accident.

Other duties include academic research dissemination, supervision of graduate students and interns, patent proposal and drafting.

## University of Verona
Research Associate
September 2008 - February 2011 (2 years 6 months)
Verona Area, Italy

Research on large scale structure from motion, precise model estimation and self-calibration techniques.

——————

# Education

University of Verona, Italy

Doctor of Philosophy (PhD), Computer Vision · (2004 - 2008)

## University of Verona

Master's degree, Computer Science · (1998 - 2004)

## Contact

www.linkedin.com/in/rongbin-li-58517225 (LinkedIn)

## Top Skills

Recommender Systems

Transformer

Variational Autoencoders (VAEs)

## Certifications

XCS224W - Machine Learning with Graphs

XCS236 - Deep Generative Models

Artificial Intelligence

Machine Learning

Machine Learning Foundations---Mathematical Foundations

## Publications

Competitive Online Algorithms for Multiple-Machine Power Management and Weighted Flow Time

Energy-Efficient Due Date Scheduling

Online Flow Time Scheduling in the Presence of Preemption Overhead

Secure query processing with data interoperability in a cloud database environment

Tradeoff between Energy and Throughput for Online Deadline Scheduling

# Rongbin Li

Principal Research Engineer at OPPO US Research Center (Deep Learning, Generative AI, Multimodal, Computer Vision)
San Francisco Bay Area

## Summary

A passionate deep learning and computer vision researcher/engineer with 6+ years of industrial R&D experience.
• Deep learning skills: CNN, ResNet, RCNN, Fast RCNN, Faster RCNN, Mask RCNN, autoencoders/generative models, stable diffusion, etc.
• Computer vision skills: segmentation, classification, detection, image inpainting.
• Programming Languages: Python, C/C++, Java, Latex
• DL Frameworks & Tools: Pytorch, MMDetection, Detectron2, Numpy, OpenCV, Sklearn, Keras, Tensorflow-lite, ONNX
• Big Data Ecosystem: MapReduce, HBase, HDFS
• Google Big Data Ecosystem: Flume, MapReduce, F1/Spanner, Bigtable, CNS

_____

## Experience

### OPPO

Principal Research Engineer (Deep Learning, Generative AI, Multimodal, Computer Vision)
March 2020 - Present (5 years 6 months)
San Francisco Bay Area

1. AIGC & Stable-Diffusion for live photo thumbnail inpainting: Designed and trained an inpainting model based on Stable-Diffusion + Controlnet, using the information of adjacent frames to inpaint the thumbnail (cover page) of a live photo, to ensure the consistency in content between cover page inainting and video inpainting.

2. Image Segmentation: Designed and developed image segmentation algorithm for photo's object removal function in OPPO smart devices. Contributions include data collection, data processing, training/test pipeline development, model training and evaluation. Designed and trained an efficient instance segmentation model, achieves a notable improvement on mask mAP metric (+3.2%) on test datasest, comparing to SOTA models of similar number of parameters.

3. Instance Segmentation: Developed a customized instance segmentation algorithm tailored for Zeku Z3 chip. Implemented efficient model quantization on edge devices. Designed and developed a deep learning + post-processing solution for the Z3 hardware specs. Overcame the challenges of limited supporting operators and tight budget on computation power. The solution runs under 13ms per frame (384x384) on the target NPU and achieves overall > 95% IoU on the test dataset.

4. Image Semantic Search (Image Retrieval): Designed and implemented a new mobile-cloud cooperation framework, which takes plain text or image as input, and search for images of high semantic correlation with input query. The framework can support dynamic large number of semantic labels and protect sensitive user information (e.g. photos). For algorithm parts, designed a novel post-processing algorithm (base on classification) which increases the precision of search results about 10%.

5. Video Classification: Designed and developed video classification application for OPPO's photo album. Optimized the algorithm to increase the speed by 15% and reduce the battery consuming by 20%


Google
Software Engineer
July 2016 - March 2020 (3 years 9 months)
Mountain View, CA, USA

Google Cloud
• To apply Machine Learning throughout GCP to solve customer problems and make GCP easier and more optimal for customers.
* IAM Role Recommender: use machine learning to detect over-granted permissions (hence roles) for GCP users, and give recommendations (simplify/ remove the roles).
* GCP Firewall Rule Recommender: use machine learning to detect firewall rules which are broader than necessary or totally unnecessary, and give recommendations to network administrators (simplify/remove the firewall rules).
Google Shopping Express
• Build and maintain GSX Data Warehouse, a datastore backed by F1 and Placer, which houses Google Express cross-system consolidated data, including order, customer profile, customer event, notification and campaign etc.
• Build and maintain various ETL pipelines (using Flume, Google's distributed computation framework), which extract and join data from different systems

(including OMS, Fulfillment, Kansas, GWS Log, Clearcut Log and Gamma etc), convert and load them to Data Warehouse.

## Rocketfuel Inc
### Software Engineer
October 2014 - July 2016 (1 year 10 months)
1900 Seaport Blvd, Redwood City, CA, USA

Software Engineer in Modeling Infrastructure Team.
Job Duties:
1. Building Modeling Data Store: A store of events (backed by HBase) organized in an optimal manner for machine learning. The abstractions and rich data set enable several interesting applications to be quickly built and deployed at scale.
2. Building the Monitoring System for pipelines: build the monitoring system such as alert system and dashboard system for all data pipelines of modeling, in order to detect bugs in early age.

## University of Hong Kong
### PHD student
September 2009 - January 2014 (4 years 5 months)
University of Hong Kong

Reacher Area: online and approximation algorithms

## Microsoft
### Software Development Engineer Intern
July 2012 - October 2012 (4 months)
Shanghai, China

In HPC (Hign Performance Computing) Team:
1. Implement the sub-file level restartable model of AzCopy (a data transfer tool of Windows Azure).
2. Improve the performance of AzCopy for page blob downloading (the improved download speed is, on average, much faster than before).

## Google
### Software Engineering Intern
July 2008 - September 2008 (3 months)
Shanghai, China

Implement a new migration of underlying database for DupAccountChecking Tool. The performance is much better than before (time consuming is improved from 2 days to 4 hours).

_____

## Education

**The University of Hong Kong**
Phd, Computer Science · (2009 - 2014)

**Fudan University**
Bachelor, Computer · (2004 - 2009)

## Contact

www.linkedin.com/in/shirley-tsui
(LinkedIn)

## Top Skills

Matlab

C++

C

## Languages

English

Chinese

# Shirley Tsui

Hardware design | Debugging

Mountain View, California, United States

## Summary

A highly experienced, goal-oriented, and versatile engineering professional with a solid background in electronics systems, analog/digital circuit design, embedded system software development, automated test equipment, data acquisition, processing, analysis, and simulation. Thrives in a high-pressure environment; adapts quickly to new situations to achieve goals. An analytical problem solver who enjoys solving complex problems by developing innovative solutions to exceed objectives

———

## Experience

**OPPO**
Firmware Engineer
April 2024 - Present (1 year 5 months)
Palo Alto, California, United States

**Brooks Automation**
Quality Engineer
December 2022 - April 2024 (1 year 5 months)
Fremont, California, United States

⬧ Perform customer/internal failure analysis for active and legacy products.

⬧ Identify root cause of issues following the eight disciplines (8D) methodology. Create
fishbone (Ishikawa) diagram. Root cause determine methodology includes: communicate with manufacturer to verify if fault is found in manufacturing process, perform bench and system test to validate if hardware software design is at fault.

⬧ Collaborate with Mechanical, Hardware, and Software Engineering team for cross- functional failure analysis and validate corrective/preventive actions.

⬧ Work with Manufacturing team to improve method sheets and test procedures in order to increase production yield and lower field failure rate.

⬧ Review Engineering Change Orders(ECOs) and Manufacturing Change Orders(MCOs) on Agile PLM.

⬧ Review hardware designs from beginning of NPI phase

## Kai Concepts, LLC
4 years 10 months

### Electronics Engineer
February 2019 - November 2022 (3 years 10 months)
Alameda, CA

⬥ Design and build hardware systems from scratch (from parts sourcing, schematics, board layout to assembly)
⬥ Design embedded hardware solutions including interfacing with peripherals using standard hardware interfaces, such as USB, SPI, and I2C
⬥ Build and organize bill of materials(BOMs) of existing hardware designs
⬥ Do Design-For-Manufacturability (DFM) engineering checks with manufacturer and solve potential issues before PCB fabrication starts
⬥ Debug and modify prototype printed circuit board assemblies (PCBAs)
⬥ Analyze high-speed digital signals; log and analyze findings to ensure the quality and integrity of new designs.

### Junior Electonics Engineer
April 2018 - February 2019 (11 months)
Alameda, CA

⬥ Create, modify, and update schematics, BOMs, and PCB layouts; verify and rework PCBAs.
⬥ Troubleshoot failures on PCBs and PCBAs.
⬥ Maintain bench test station for board and module level testing

### Electronics Tehnician
February 2018 - April 2018 (3 months)
Alameda, CA

⬥ Assembles, tests, and troubleshoots printed circuit boards(PCBs);  inspects and tests experimental circuitry using multimeters and oscilloscopes.
⬥ Performs soldering, troubleshooting, debugging, and assisting the Hardware Engineer in the
development of components related to experimental watercraft.
⬥ Maintain inventory control of electronic components and tools.

## Advanced Highway Maintenance & Construction Technology Research Center
Student Assistant
February 2015 - June 2015 (5 months)
Davis, CA

⬥ Worked on image processing for surveillance cameras to capture license plate identification with optimal resolution

Colt Advance
Sales Engineer
July 2014 - August 2014 (2 months)

◆ Analyzed the business aspect in regards to engineered products and marketed devices from international corporations

———

# Education

University of California, Davis
Bachelor of Science (B.S.), Electrical Engineering · (2012 - 2016)

## Contact

www.linkedin.com/in/trevorqhudson (LinkedIn)

## Top Skills

Biomedical Engineering

Matlab

Microfluidics

## Languages

Spanish (Limited Working)

English (Native or Bilingual)

## Publications

Techniques And Considerations In The Microfabrication Of Parylene C Microelectromechanical Systems

Fluid Temperature Measurement in Aqueous Solution via Electrochemical Impedance

Experimental and Modeling Assessment of a 3D Microfluidic Nozzle for Simultaneous Focusing and Independent Positioning of Sample Analyte

A Continuous, Drift-Compensated Impedimetric Thermal Flow Sensor For In Vivo Applications

A Calorimetric Flow Sensor For Ultra-Low Flow Applications Using Electrochemical Impedance

## Patents

ADAPTIVE DRIVING FREQUENCY ELECTRODERMAL ACTIVITY MEASUREMENT DEVICE AND METHODS

# Trevor Hudson

Hardware for Consumer Health

Palo Alto, California, United States

## Summary

Researcher and engineer with 8 years experience designing new sensors. Clear communicator and creative problem-solver who thrives on challenging technical work.

———

## Experience

OPPO

3 years 8 months

Staff Electrical Engineer

June 2023 - Present (2 years 3 months)

Palo Alto, California, United States

Senior Electrical Engineer

January 2022 - June 2023 (1 year 6 months)

Palo Alto, California, United States

University of Southern California

Graduate Researcher

August 2015 - 2021 (6 years)

Los Angeles

Thesis title: Liquid Flow Rate Sensing via Solution Resistance for Implantable Applications

Naval Research Laboratory

Research Intern

June 2013 - August 2013 (3 months)

Washington, D.C.

Image-based particle tracking of a novel, nanofluidic flow cytometry device

———

## Education

University of Southern California

Doctor of Philosophy - PhD, Biomedical Engineering · (September 2015 - June 2021)

## Rice University

Bachelor of Science (B.S.), Bioengineering · (2010 - 2014)

## Eastlake High School

 · (2006 - 2010)

## Contact

www.linkedin.com/in/wei-du-7a62b658 (LinkedIn)

## Top Skills

Teaching
Higher Education
Student Affairs

## Languages

English (Native or Bilingual)
Chinese (Native or Bilingual)

# Wei Du

Sr. Recruiting Manager at OPPO
San Jose, California, United States

## Summary

Accomplished, passionate and educated professional with 7+ years' administrative and HR management experience within multiple fields. Experienced in office operations, budgeting, coordinating projects/events, and HR related managements.

Key skills:
Payroll
Compensation & Benefits
Employee on boarding/off boarding process
Employee training
VISA application
Office operation: purchasing, reimbursement, calendaring and scheduling
Budget, manage large scale events and projects
Financial reports, reconcile expenses

―――――

## Experience

OPPO
Sr. Recruiting Manager
April 2020 - Present (5 years 5 months)
Palo Alto, California, United States

Oversee and monitor full cycle of high-volume recruiting activities, build and lead a team from 0 to 6 recruiters and coordinators
Conduct high-volume interviews and offer negotiations, complete hiring process with HQ
Filled up 30+ high-tech positions within 6 months. Reduce the total hiring cost by 30%.
Develop, update, and implement Recruiting Internal policies and procedures, frequently communicate with HQ (in China) to improve the process
In charge of all immigration requests, create and implement company immigration policy
Manage Total Rewards and Compensation Program

Administrate Employee Training and Development Project

We are Hiring https://www.innopeaktech.com/career

## GAC R&D Center Silicon Valley
HR Manager
2018 - April 2020 (2 years)
United States

Responsible for the whole recruitment process from creating requisitions, posting, sourcing, screening, interviewing, assessing, selecting and hiring
Set up, manage and update the HR system, proficiency in ADP TotalSource, ADPWorkForceNow and ADPRun
Provide ongoing Benefits Administration (employee enrollment, orientation, monthly billing reconciliations, coordinate annual benefits review, and answer employee requests regarding benefits questions)
Set up company internal HR policy, create and update Employee Handbook every year
Work cross-functionally to be in charge of the entire hiring, separation and disciplinary process.
Oversee employee relations and  resolve conflict and complains
Follow internal procedures to process semi-monthly payroll and create payroll reports
Monitor all Leave of Absence requests and make sure all records are accurate
Conduct performance review, manage the employee development and performance
Support immigration process by working closely with immigration attorney
Ensure compliance with, all California and Federal laws and consults with management of any changes in those laws that may affect the company.

We are hiring  https://www.linkedin.com/company/gacrndsv/
We are the Silicon Valley R&D company in automotive advanced technologies among Automatic Driving, Big Data and AI, Vehicle Cybersecurity, other ICV/CAV(Intelligent and connected vehicle), EV/NE powertrain system, etc, and we are HIRING talent people!

Based on the top OEM,GAC, at China and Global market, we are doing new technology R&D, mass production development, and the cutting-edge

research! The core methodology at the current transition from conventional car into electric with full IT technology is the understanding and execution of similarity, leverage and re-invent between automotive and IT/other cross-area technologies!

### Stanford University
HR Generalist/Administrative Associate III
2015 - 2018 (3 years)
United States

Coordinate and manage interviews, schedule candidates' travel and process reimbursements

Manage employee on/off boarding process, including I-9 Form and Benefits

Provide employee on boarding training

Train and supervise interns, temps, contingents

Assist new-hires for VISA (J1, H1B) application

Support 5-7 Professors (including Vice-Chair and Directors) and more than 60 postdocs

Schedule meetings, seminars, workshops, manage multiple calendars and travels

Purchase all office supplies and laboratory equipment, create/track Purchase Orders

Generate financial reports, reconcile expenses

Organize large-scale events & projects

Excellent skills in Microsoft Office, Outlook, BlueJean, Zoom, Box

———

# Education

## State University of New York at Buffalo
MS, Educational Leadership and Administration, General

## International Technological University
Master of Business Administration (MBA), General MBA with a focus in HR

## Contact

www.linkedin.com/in/xiang-
li-11651a62 (LinkedIn)
xiangli.space (Personal)

## Top Skills

C++
OpenCV
Research

## Languages

English
Chinese

## Publications

Vision-based Autonomous Learning
of Object Models on a Mobile Robot

Autonomous Learning of Vision-
based Layered Object Models on
Mobile Robots

Vision-based Safe Local Motion on a
Humanoid Robot

Autonomous Learning of Visual
Object Models on a Robot Using
Context and Appearance Cues.

Move and the Robot will Learn:
Vision-based Autonomous Learning
of Object Models.

# Xiang Li

Staff Engineer of Augmented Reality Research at OPPO
Palo Alto, California, United States

## Summary

Diligent software engineer with 6 years of work experience in
computer vision, algorithms and machine learning; 10 years of
experience in C++; 3 years of experience in spatial computing; 2
years of experience in Keras, Tensorflow, Caffe and Torch. 2 years
of experience in Android SDK/NDK; 2 years of experience in Unity
engine with ARCore and ARKit; 2 years of experience in OpenGL;
Proven research and development expertise in computer vision and
image processing algorithms

———

## Experience

### OPPO

Staff Engineer of Augmented Reality Research
August 2019 - Present (6 years 1 month)
Palo Alto, CA

* Develop the hand controller tracking solution on OPPO MR headset.

* Delivered the 1st generation of hand gesture classification algorithm on
OPPO AR Glass and OPPO watch.

* Developed object detection in the context of mobile AR.

### Futurewei Technologies, Inc.

Senior AI Engineer
January 2016 - July 2019 (3 years 7 months)
Santa Clara, CA

* Led a social mobile VR project on the Daydream platform. Integrate with
6DOF head tracking and develop a native rendering pipeline with Google
Daydream and Unity APIs.

* Developed dense SLAM algorithms in the indoor environment with ICP, SVM,
and hash table.

* Cooperated with 3rd party partner on sparse SLAM with RGB camera and
EKF.

### Artec Group Inc

Research Engineer

November 2013 - December 2015 (2 years 2 months)
Palo Alto, CA

* Researched, designed and implemented 3D Modeling algorithm in C++, Python and OpenGL
* Developed image processing algorithm for 3D textured model in C++ and OpenCV
* Researched color management on 3D printer

## Texas Tech University
Research Assistance
September 2008 - August 2013 (5 years)

* Implemented real-time object recognition and tracking systems on mobile robot
* Analyzed complementary properties of object's visual features including texture, color and shape
* Developed probabilistic approaches to fuse the sensor information from camera, laser and sonar

## Beijing Kaishang Technology Development Co., Ltd.
Embedded Systems Engineer
September 2007 - August 2008 (1 year)

* Designed, developed and tested embedded control systems for 500+ industrial vehicles
* Provided onsite troubleshooting for 10+ industrial instruments
* Responsible for leading 2 projects and project management activities
* Coordinated with sales teams on pre- and post-sales support to 20+ companies

## Beihang University
Research Assistance
September 2005 - December 2007 (2 years 4 months)

* Implemented robotics kinematic algorithm for the industrial parallel robot
* Designed both hardware and software of motor controllers for robots
* Developed GUI for operators and specialized device drivers (motor and serial port)

———

# Education

## Texas Tech University
Doctor of Philosophy (PhD), Computer Science · (2008 - 2013)

Beihang University

Master of Science (MS), Mechatronics, Robotics, and Automation
Engineering · (2005 - 2007)

Beijing Institute of Technology

Bachelor of Science (BS), Mechatronics, Robotics, and Automation
Engineering · (2001 - 2005)

## Contact

www.linkedin.com/in/xiangyu-du-9b1216113 (LinkedIn)

## Top Skills

Business Development

Machine Learning

Python (Programming Language)

## Languages

English (Full Professional)

Chinese (Native or Bilingual)

## Publications

Reconstruction of Financial Transaction Recognition System Based on Dynamic Monitoring

Face Recognition Based on Gabor-PCA + Fisher

# Xiangyu Du

Senior director of Business Development @ OPPO U.S. Research Center

美国 加利福尼亚 帕罗奥图

## Experience

### OPPO

Senior director of Business Development

November 2019 - Present (5 years 10 months)

Palo Alto, California, United States

──────

## Education

### 美国卡内基梅隆大学

Master of Science - MS, Electrical and Computer Engineering

### 浙江大学

工学学士, 信息工程

### University of California, Berkeley

Summer Session, Investments & Business speak

## Contact

www.linkedin.com/in/yang-zhou-51b16751 (LinkedIn)

## Top Skills

Linux

C++

Python

## Publications

Pipelining Localized Semantic Features for Fine-grained Action Recognition

Augmented Feature Fusion for Image Retrieval System

Contact2Grasp: 3D Grasp Synthesis via Hand-Object Contact Constraint

Interaction Part Mining: A Mid-Level Approach for Fine-Grained Action Recognition

Deep learning related egocentric action recognition (not revealed now)

# Yang Zhou

Research scientist, Manager at OPPO US research (AI and XR)
San Jose, California, United States

## Summary

More than 8 years of experience in mobile device industry, expertise on developing computer vision algorithms on mobile phone and XR devices. Good at integrating hardware with software, to achieve good user experience on mobile devices.

―――――

## Experience

### OPPO
7 years

**Research scientist, Manager (AI Device, Glass, Earphone, etc.)**
March 2024 - Present (1 year 6 months)
United States

1. Generative AI use cases:

1) Vision-language model on AI Glass (AR1 on-device) to achieve best-ever first token time, profiling and check-in the <1B model (qwen0.5B and in-house vision encoder), focus on developing a conv-transformer hybrid vision encoder to overcome the large vision encoding time.

2) Vision-language model SFT for AI applications: point-pointed reading/translation, and food intake detection on AI Glass.

3) Use the AR1 on-device vision language model for proactive AI.

2. Lead the lightning snap project on AI Glass, integrating camera control with algorithm:

1) Define the lightning snap architecture: exposure control, motion measurement, base frame selection, and long-short exposure frame fusion.

2) On-device multi-exposure fusion algorithm, and algorithm efficiency improvement.

3. Define and plan the strategies for in-house AI glass.

**Research scientist, Manager (XR)**
October 2022 - April 2024 (1 year 7 months)
United States

Lead the development of in-house XR algorithms:

1. Architecture of the hand tracking system, automatic data annotation system, algorithm, engineering, system and pinch robustness.

2. Architecture of the controller tracking system (take one step further to get rid of the LED ring), define the hardware specs, define the algorithm workflow, solve the key challenges, and push the project efforts among different teams, hardware, firmware and driver, and system.

3. Initial research on eye tracking (PCCR, under-lens eye tracking camera).

4. Video see through, and other MR related algorithms.

5. Define the roadmap for in-house XR algorithms.

### Senior Staff Software Engineer, and Tech Lead (XR)
September 2018 - October 2022 (4 years 2 months)

1. Leading the development efforts on both hand tracking and 6DoF controller tracking, the team is doing it in a full-stack (offline, online, framework, python, c++) way on the algorithm part, also covering some parts of the driver, and service, connecting closely to other teams, e.g., driver, hardware, structure, ID, and testing.

2. Plenty of engineering and algorithm experience on AR Glass, OPPO branded, we name it Garbor (https://news.ifeng.com/c/81flSXbWzyS), and MR Headset, we name it Wheatstone (https://www.cnbc.com/2023/05/31/oppo-mr-glass-developer-edition-launch-specs-mixed-reality-tech.html).

3. Working on the challenges to bring in different algorithms (hand tracking, controller tracking, sensor fusion) together, we have existing individual algorithms, it's the time to put collaborative efforts for interactions.

4. Architect and major code contributor for hand tracking V2 algorithm on OPPO in-house VR headset, leading the efforts to build the automatic 3D data annotation infrastructure, including the depth-based, vicon-marker based, synthetic data based annotation system, writing code for Keypoint detection, tracking and IK.

5. Architect and major code contributor for OPPO in-house 6DoF controller tracking algorithm on OPPO MR headset, giving to heavy objective and subjective testing, targeting on Quest2/PICO4 level accuracy, low-jittering, computational complexity, and robustness.

6. Architect and major code contributor for hand tracking V1 algorithm on OPPO in-house Garbor AR Glass.

7. Some other unsuccessful trials: IMU and PPG based hand gesture control on OPPO watch; iToF based hand tracking on OPPO R17 Pro; Hand gesture control for OPPO Smart TV.

### SAIC Innovation Center
Staff Research Scientist
January 2018 - July 2018 (7 months)

Perception for autonomous driving, Lidar & Camera based 3D object detection

## Qualcomm
Senior Software Engineer (mobile camera)
August 2016 - January 2018 (1 year 6 months)
Greater San Diego Area

Commit efforts to put conventional computer vision algorithms and deep learning algorithms to edge-side devices, e.g., IP Camera.

———

## Education

The University of Texas at San Antonio
Doctor of Philosophy - PhD, Computer Science · (2011 - 2016)

## Contact

www.linkedin.com/in/yue-
qi-2771611a (LinkedIn)

## Top Skills

Data Mining

Machine Learning

SAS

## Languages

English

# Yue Qi

Hiring MLE in recommender system and targeted ads || 10+ years of experience in machine learning

Palo Alto, California, United States

## Experience

### OPPO
Principal Research Engineer/Director
March 2020 - Present (5 years 6 months)
Palo Alto, California, United States

Machine learning, recommendation systems, large language models, user growth algorithms, privacy preserving computing.

### 陆金所
Head of Artificial Intelligence
August 2018 - February 2020 (1 year 7 months)
Shanghai, China

Machine learning, recommendation systems, user growth algorithms, natural language processing, chat bots.

### SAS
4 years 3 months

Staff Scientist
April 2016 - July 2018 (2 years 4 months)
Cary, NC

Automated Machine Learning Pipeline

Fraud Detection and Prevention

Artificial Intelligence

Interactive Data Visualization

Open Source Language Integration

Data Scientist
May 2014 - April 2016 (2 years)
United States

product management, software development, data analysis for SAS In-memory Statistics for Hadoop

### SAS
SAS Summer Fellow in Data Mining
May 2013 - August 2013 (4 months)

## Education

**University of Missouri-Columbia**

Doctor of Philosophy (Ph.D.)  · (2009 - 2014)

**University of Science and Technology of China**

BS, Statistics · (2005 - 2009)

## Contact

www.linkedin.com/in/zibo-meng-58139383 (LinkedIn)

## Top Skills

Technical Project Leadership

Image enhancement

Video enhancement

## Languages

English (Full Professional)

Chinese (Native or Bilingual)

## Certifications

Certified FACS coder

## Publications

Audiovisual Facial Action Unit Recognition Using Feature Level Fusion (Invited Paper)

Improving Speech Related Facial Action Unit Recognition by Audiovisual Information Fusion

Optimizing Filter Size in Convolutional Neural Networks for Facial Action Unit Recognition

Video-based Action Detection using Multiple Wearable Cameras

Facial Grid Transformation: A Novel Face Registration Approach for Improving Facial Action Unit Recognition

# Zibo Meng

Engineering Manager & Principal Research Engineer @ OPPO | On-device AI | GenAI | Image/Video Restoration

Palo Alto, California, United States

## Experience

**OPPO**

7 years 4 months

**Principal Research Engineer**

October 2021 - Present (3 years 11 months)

Developed an AI model for low-light video enhancement in the RAW domain for OPPO's first-generation chip.

- Designed, trained, and validated the AI model, while collaborating closely with the hardware team to optimize it according to specific hardware requirements.

- Worked with the product team to optimize the model's performance.

The technology was first introduced at the OPPO INNO DAY event alongside MariSilicon X, and later delivered to the OPPO Find X5 series in 2022, with subsequent rollouts to other OPPO Find and Reno devices in the following years.

**Engineering Manager**

May 2020 - Present (5 years 4 months)

**Senior Staff Research Engineer**

June 2020 - December 2021 (1 year 7 months)

**Deep Learning Scientist**

May 2018 - June 2020 (2 years 2 months)

San Francisco Bay Area

Developed an AI model for low-light image enhancement in the RAW domain.

- Designed, trained, and validated the model.

- Collaborated closely with the product team to optimize its performance and implement it in Ultra Dark Mode on OPPO devices.

The technology was first delivered to the OPPO Reno 2 in 2019, and subsequently rolled out to other OPPO devices, including the Find X2 series, as well as OnePlus and Realme devices, in the following years.

University of South Carolina
Research Assistant
August 2014 - May 2018 (3 years 10 months)
Columbia, South Carolina Area

Philips
Research Intern
May 2017 - August 2017 (4 months)
Greater Boston Area

HERE
Intern
July 2016 - September 2016 (3 months)
Chicago

Utilizing CNN to perform sign detection

- Applying SSD to sign detection task

- Modifying SSD to improve its performance on small sign detection in large images

- A patent was granted (US Patent 10,621,725)

University of South Carolina
Teaching Assistant
August 2013 - May 2014 (10 months)

Teaching Assistant for CSCE146 Algorithm Design

- Help students implement algorithms using java

- Grade exercises, homework, quizzes, and exams

———

# Education

University of South Carolina-Columbia
Doctor of Philosophy (PhD), Computer Science and
Engineering · (2013 - 2018)

Zhejiang University
Master's Degree  · (2010 - 2013)

Changchun University of Science and Technology
Bachelor's Degree, Optical Engineering · (2005 - 2009)

## Contact

www.linkedin.com/in/changjiang-cai (LinkedIn)
github.com/ccj5351 (Other)
scholar.google.com/citations (Other)

## Top Skills

ML optimization

on-device AI

model optimization

## Publications

Pairwise Ranking Aggregation by Non-interactive Crowdsourcing with Budget Constraints

Matching-space Stereo Networks for Cross-domain Generalization

Towards Robust RGB-D Human Mesh Recovery

An Egocentric Computer Vision based Co-Robot Wheelchair

Do End-to-end Stereo Algorithms Under-utilize Information?

# Changjiang Cai

research engineer in CV/ML and on-device AI
New York City Metropolitan Area

## Summary

I am serving as a 3D vision Research Scientist at OPPO US. Welcome to hit my homepage at www.changjiangcai.com

———

## Experience

**Meta**
Research Scientist
June 2025 - Present (3 months)
New York, United States

I am serving as an applied research scientist on ML optimization and on-device AI.

**InnoPeak Technology, Inc.**
4 years

Staff Research Engineer
November 2022 - May 2025 (2 years 7 months)
Palo Alto, California, United States

Served as a Staff Research Engineer at InnoPeak Technology, Inc.

Senior Research Engineer
June 2021 - November 2022 (1 year 6 months)
Palo Alto, California, United States

Served as a senior research engineer in 3D computer vision, at InnoPeak Technology, Inc. (a.k.a. OPPO US Research Center) at Palo Alto, CA, USA.

**Stevens Institute of Technology**
Research Assistant
August 2013 - May 2021 (7 years 10 months)
United States

**Futurewei Technologies, Inc.**
Summer Research Intern
May 2020 - August 2020 (4 months)
Seattle, Washington, United States

self-/un-supervised presentation learning, which can help improve semantic segmentation, optical flow estimation, and monocular or stereo depth estimation.

United Imaging - North America
Summer Research Intern
May 2019 - August 2019 (4 months)
Boston, MA, USA

Summer Research Internship at Boston, MA. It is a 3-month project and so glad to make a step forward to my career goal! Keep moving!!!

———

## Education

Stevens Institute of Technology

Doctor of Philosophy - PhD, Computer Science · (2015 - 2021)

Stevens Institute of Technology

Master's degree, Electrical Engineering · (2013 - 2015)

Xi'an Jiaotong University

Master's degree, Mechanical Engineering

Northwestern Polytechnical University

Bachelor's degree, Mechanical Engineering