# Exhibit 15



morningtrans.com

# TRANSLATION CERTIFICATION

Date: 2025/08/03

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- 'OPPO围绕5G、AI、影像等成立研究院 下设6大研究所_凤凰科技.pdf'
- 'OPPO在深圳开设研究院总部，在全球内下设六大研究所.pdf'
- 'OPPO研究院_百度百科.pdf'
- 'www.bilibili.com-video-BV1ir4y187Gh.pdf'

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of **Samuel Wu**, Managing Director

Case 5:25-cv-07105-NC   Document 1-15   Filed 08/21/25   Page 3 of 9

8/2/25, 12:49 PM    Exploring the R&D centers of Chinese companies in Silicon Valley! How many top talents and experts are there exactly?_bilibili











Case 5:25-cv-07105-NC   Document 1-15   Filed 08/21/25   Page 4 of 9

8/2/25, 12:49 PM   Exploring the R&D centers of Chinese companies in Silicon Valley! How many top talents and experts are there exactly?_bilibili



8/2/25, 12:49 PM 探秘中国公司在美国硅谷的研发中心！到底有多少大神牛人？_哔哩哔哩_bilibili

Case 5:25-cv-07105-NC   Document 1-15   Filed 09/21/25   Page 5 of 9



8/2/25, 12:49 PM 探秘中国公司在美国硅谷的研发中心！到底有多少天才华人？_哔哩哔哩_bilibili

Case 5:25-cv-07105-NC    Document 1-15    Filed 09/21/25    Page 6 of 9



👍 42   👎   回复

学历也改变不了每个人作为个体的局限性，一样四肢一个脑袋，每天只有24小时。
博士有想法，硕士有基础，本科有执行力，专科有技能。一辆车才能造好。各有各的生产任务。农民也能生产粮食，保障别人不挨饿。
因为别人。光想着别人有多好，一辈子就这么糊涂过去了。找准自己的位置，别去瞻前顾后。

10571   👎   回复

人一边卷哭自己，一边怪其他人怎么不像他一样卷。

👍 262   👎   回复

可笑的是我在弹幕里看到有人说 "他们居然知道韦神"，这是多无🐴才能说出这么傲慢的话😅

登录后查看 5000+ 条评论










| | |
|---|---|
| 1 | Adam Alper (SBN: 196834) |
| | adam.alper@kirkland.com |
| 2 | Laura Vartain Horn (SBN: 258485) |
| | laura.vartain@kirkland.com |
| 3 | KIRKLAND & ELLIS LLP |
| | 555 California Street |
| 4 | San Francisco, CA 94104 |
| | Telephone:    (415) 439-1400 |
| 5 | Facsimile:    (415) 439-1500 |
| 6 | Michael W. De Vries (SBN: 211001) |
| | michael.devries@kirkland.com |
| 7 | KIRKLAND & ELLIS LLP |
| | 695 Town Center Drive |
| 8 | Costa Mesa, CA 92626 |
| | Telephone:    (714) 982-9922 |
| 9 | Facsimile:    (714) 982-8844 |
| 10 | Leslie M. Schmidt (*pro hac vice forthcoming*) |
| | leslie.schmidt@kirkland.com |
| 11 | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| 12 | New York, NY 10022-4611 |
| | Telephone:    (212) 446-4800 |
| 13 | Facsimile:    (212) 446-4900 |
| 14 | Maria M. Beltran (SBN: 327237) |
| | maria.beltran@kirkland.com |
| 15 | KIRKLAND & ELLIS LLP |
| | 2049 Century Park East, Suite 3700 |
| 16 | Los Angeles, CA 90067 |
| | Telephone:    (310) 552-4200 |
| 17 | Facsimile:    (310) 552-5900 |
| 18 | *Attorneys for Plaintiff Apple Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 21 | APPLE INC., | CASE NO. 5:25-CV-7105 |
| 22 | Plaintiff, | **PLAINTIFF APPLE INC.'S NOTICE OF MANUAL FILING OF USB THUMB DRIVE CONTAINING VIDEO IDENTIFIED AS "EXHIBIT 15" TO THE COMPLAINT** |
| 23 | v. | |
| 24 | CHEN SHI, GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD., and | |
| 25 | INNOPEAK TECHNOLOGY, INC., | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

MANUAL FILING NOTIFICATION                                                              Case No. 5:25-cv-7105

# MANUAL FILING NOTIFICATION

Regarding: Exhibit 15 to the Complaint:

This filing is in physical form only and is being maintained in the case file at the Clerk's office.

If you are a participant on this case, this filing will be served shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than e-filing system allowances)

___ Unable to Scan Documents

___ Physical Object: _____

_X_ Non-Graphical/Textual Computer File (audio, video, etc. on portable thumb drive):

*USB thumb drive containing the downloaded copy of the video titled "探秘中国公司在美国硅谷的研发中心！到底有多少大神牛人？" (English Translation: "Exploring the R&D centers of Chinese companies in Silicon Valley! How many top talents and experts are there exactly?")  located at https://www.bilibili.com/video/BV1ir4y187Gh and identified as "Exhibit 15" to the Complaint.*

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description)

| | | |
|---|---|---|
| 1 | DATED: August 21, 2025 | Respectfully submitted, |
| 2 | | KIRKLAND & ELLIS LLP |
| 3 | | |
| 4 | | */s/ Adam Alper*<br>Adam Alper (SBN: 196834) |
| 5 | | adam.alper@kirkland.com<br>Laura Vartain Horn (SBN: 258485) |
| 6 | | laura.vartain@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 7 | | 555 California Street<br>San Francisco, CA 94104 |
| 8 | | Telephone:    (415) 439-1400<br>Facsimile:     (415) 439-1500 |
| 9 | | |
| 10 | | Michael W. De Vries (SBN: 211001)<br>michael.devries@kirkland.com |
| 11 | | KIRKLAND & ELLIS LLP<br>695 Town Center Drive |
| 12 | | Costa Mesa, CA 92626<br>Telephone:    (714) 982-9922 |
| 13 | | Facsimile:     (714) 982-8844 |
| 14 | | Leslie M. Schmidt (*pro hac vice forthcoming*)<br>leslie.schmidt@kirkland.com |
| 15 | | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue |
| 16 | | New York, NY 10022-4611<br>Telephone:    (212) 446-4800 |
| 17 | | Facsimile:     (212) 446-4900 |
| 18 | | Maria M. Beltran (SBN: 327237)<br>maria.beltran@kirkland.com |
| 19 | | KIRKLAND & ELLIS LLP<br>2049 Century Park East, Suite 3700 |
| 20 | | Los Angeles, CA 90067<br>Telephone:    (310) 552-4200 |
| 21 | | Facsimile:     (310) 552-5900 |
| 22 | | *Attorneys for Plaintiff Apple Inc.* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |