# Exhibit 16



Case 5:25-cv-07105-NC    Document 1-16    Filed 08/21/25    Page 2 of 4

LinkedIn

Join now    Sign in

🚀 Top Content    👥 People    ▶️ Learning    💼 Jobs    ✳️ Games    | 💻 Get the app

## Tim Weadon's Post

**Tim Weadon**
Hardware Director for Health Research
3y · Edited

Had the pleasure of meeting Jerry Kowal郭杰瑞 and making a brief appearance as he toured our research center.  We have lots of job openings in Palo Alto and Seattle if you want to join!



**探秘中国公司在美国硅谷的研发中心！到底有多少大神牛人？**

👍🌱  38 · 5 Comments

👍 Like    💬 Comment    ➤ Share

**Tim Weadon**    3y    ⋮
Hardware Director for Health Research

New link since YouTube link is down:

https://m.bilibili.com/video/BV1ir4y187Gh?p=1&share_medium=iphone&share_plat=ios&share_session_id=3E6A1320-F819-4A19-9D83-

8/2/25, 8:17 PM
Case 5:25-cv-07105-NC Document 1-16 Filed 08/21/25 Page 3 of 4
Had the pleasure of meeting Jerry Kowal,郝 杰瑞,and making a brief appearance as he toured our research center. | Tim Weadon

D013A845286B&share_source=WEIXIN&share_tag=s_i&timestamp=1651817037&unique_k=Xu1WChJ

Like · Reply



**Wanfeng Huang** 3y

Sensing HW R&D and Engineering Tech Lead, Health Technologies at Apple

Wow, Jerry is one of the most famous foreign vloggers in China. You must do something pretty cool there 👍 👍

Like · Reply · 2 Reactions

See more comments

To view or add a comment, **sign in**



1,384 followers

48 Posts

View Profile     + Follow

## Explore topics

Sales

Marketing

IT Services

Business Administration

HR Management

Engineering

Soft Skills

See All

LinkedIn © 2025 | About

Accessibility | User Agreement

Privacy Policy | Your California Privacy Choices

Cookie Policy | Copyright Policy

Brand Policy | Guest Controls

Community Guidelines | Language