# Exhibit 17

Case 5:25-cv-07105-NC  Document 1-17  Filed 08/21/25  Page 1 of 3
















美国文化 ▶ Play all

  

Shorts

这个YouTube账号是我真的账号. This is my ...
623K views

Posts

Jerry Kowal 郭杰瑞 • 6 years ago
If you have instagram please follow me @ jerry.jierui When I am in the United States, I'm often responding to comments there too.
👍 519  👎        ↗  💬 484

Jerry Kowal 郭杰瑞 • 6 years ago
Thanks for subscribing. Let me know if you have any questions about America/the world that you would want me to investigate?
👍 437  👎        ↗  💬 17