# Exhibit 18







New Products



OPPO Events





**OPPO Photography Awards 2025**

Super Every Moment, Opens Apr 2 →

**OPPO to Deliver Next-level Mobile AI Experiences**

OPPO AI will cover around 100 million users by the end of 2025. →

**OPPO Finders Club**

Unfolding OPPOrtunities

## Explore OPPO



**About OPPO**

Make Your Moment →

**OPPO AI**

Leading AI Experiences →

**ColorOS 15 Smart & Smooth**

New Experiences of ColorOS 15

## OPPO Community

A home for all OPPO fans to experience content, inspiration, and our beautiful technology.



Unleashing Creativity With...

Night photography with OPPO Reno11 Pr...

Dream Higher Ollie




## OPPO Support

- OPPO Care Product →
- Authenticity and Warranty Status Check →
- OPPO Sevice Centers →
- Contact Us →
- Find More Service →
- OPPO Brand Store →

*The product pictures are for reference only, please refer to the actual product.
*The UI is only for demonstration purposes, please refer to the UI design of actual product.

### Smartphones
- OPPO Find N5
- OPPO Find N3
- OPPO Find N3 Flip
- OPPO Find X8 Pro
- OPPO Find X8
- OPPO Reno14 Pro 5G
- OPPO Reno14 5G
- OPPO Reno14 F 5G
- OPPO A5 Pro 5G
- OPPO A5 5G
- OPPO A5
- OPPO A5i Pro
- See All Smartphones

### IoT Products
- OPPO Pad SE
- OPPO Pad 3 Pro
- OPPO Pad Neo
- OPPO Enco Buds3 Pro
- OPPO Enco Buds3
- OPPO Enco Air4 Pro
- OPPO Enco Air4
- OPPO Watch X2
- OPPO Watch X2 Mini
- OPPO Watch X

### Support
- Contact Us
- Warranty Status
- Android Enterprise
- User Guide
- FAQ
- HeyTap
- Declaration of Conformity
- Game Space
- Security Response Center
- Quick Start Guide
- Digital Service Act

### About OPPO
- Our Story
- OPPO LUMO IMAGE
- OPPO 5G
- Newsroom
- Campaign
- AI Smartphone White Paper
- OPPO Sustainability
- Intellectual Property
- Supplier Portal

## OPPO Community
- OPPO Community
- OPPO Life Studio

