# Exhibit 19

8/2/25, 12:10 PM OPPO Showcases XR Technology for the First Time in North America at Augmented World Expo USA 2022 | OPPO Global

Case 5:25-cv-07105-NC    Document 1-19    Filed 09/21/25    Page 2 of 7



Newsroom     All     Press Release     Stories     Intellectual Property

# OPPO Showcases XR Technology for the First Time in North America at Augmented World Expo USA 2022

• Press Release · May 26, 2022

   



OPPO Showcases XR Technology for the First Time in North America at Augmented World Expo USA 2022





**Santa Clara, California, May 26, 2022:** Global technology brand OPPO will showcase its range of augmented reality (AR) products for the first time in North America at the upcoming Augmented World Expo USA 2022 in Santa Clara. Visitors will be able to have a hands-on experience with the company's innovative AR products, including the well-received OPPO Air Glass and OPPO AR Glass 2021, as well as the ColorOS Ray Tracing 3D Wallpaper technology, at OPPO's booth from June 1-3, 2022.

### OPPO Air Glass

OPPO announced its latest groundbreaking assisted reality (aR) wearable device at OPPO INNO Day 2021. It features a unique design that makes it very lightweight and comfortable to wear. The internal side of the frame includes a magnetic component that allows the device to quickly and easily be attached to a customized glass frame. It is equipped with the company's self-developed Spark Micro Projector, cutting-edge Micro LED and a bespoke diffraction optical waveguide display. It supports interactions through touch, voice, head movement and hand motion, allowing users to have faster and easier access to the information they need. OPPO Air Glass will be the company's first extended reality (XR) product to become commercially available.



8/2/25, 12:10 PM OPPO Showcases XR Technology for the First Time in North America at Augmented World Expo USA 2022 | OPPO Global

Case 5:25-cv-07105-NC    Document 1-19    Filed 08/21/25    Page 4 of 7

### OPPO AR Glass 2021

OPPO AR Glass 2021 was the company's second AR glasses concept product, introduced at OPPO INNO Day 2020. It features a split design that is nearly 75% lighter than its predecessor, making it comfortable to wear for extended periods of time. It incorporates a unique Birdbath optical solution, which increases contrast by 53%, brightness uniformity by 98% and pixels per degree by 40% compared with its predecessor, delivering sharper and more refined images. OPPO AR Glass 2021 offered the industry's first end-to-end AR language translation feature powered by a range of patented computer vision technologies.

### ColorOS Ray Tracing 3D Wallpaper

The ColorOS Ray Tracing 3D Wallpaper is the industry's first ray tracing application for smartphones. Introduced at the Game Developer Conference 2022, it renders light in real-time at usable frame rates, making shadows, reflections and refractions of objects displayed appear more vivid and life-like. It also provides users with the ability to interact with their wallpapers through a series of hand gestures including rotating, tapping and waving.

"With the explosion of digital information, the ways in which we interact and exchange information between the physical and digital worlds are constantly evolving," said Yi Xu, Director of XR Technology at OPPO. "Our belief that AR can be used to create a new digital world entirely based on the real world has been the driving force behind our investment and R&D in AR technologies, including the development of fundamental technology, applications, user interfaces and ecosystems."

OPPO has been on the cutting edge of AR technology since 2014. Beginning with the launch of its AR developer platform ARunit in 2018, OPPO has been working on furthering its research in AR to create near-term practical experiences for consumers on a larger commercial platform. The first step in reaching that goal has been the launch of the OPPO Air Glass in 2021. OPPO has also demonstrated its leadership in the industry on large platforms like the 18th IEEE International Symposium on Mixed and Augmented Reality, where it demonstrated its technology for reconstructing a 3D human body model based on a single 2D image. AR has long been seen as an important tool in bridging the virtual and real worlds, and as a tool capable of bringing new possibilities to human-machine interaction.



8/2/25, 12:10 PM OPPO Showcases XR Technology for the First Time in North America at Augmented World Expo USA 2022 | OPPO Global

Case 5:25-cv-07105-NC    Document 1-19    Filed 08/21/25    Page 5 of 7

OPPO's XR products and technologies will be on display at booth 225 at the Augmented World Expo USA 2022 from June 1-3.



Copy text

About OPPO

OPPO is a leading global smart device brand. Since the launch of its first mobile phone - "Smiley Face" - in 2008, OPPO has been in relentless pursuit of the perfect synergy of aesthetic satisfaction and innovative technology. Today, OPPO provides a wide range of smart devices spearheaded by the Find and Reno series. Beyond devices, OPPO also provides its users with ColorOS operating system and internet services. OPPO has footprints in more than 70 countries and regions, with more than 40,000 employees dedicated to creating a better life for customers around the world.

## More to explore



**OPPO and Hasselblad Extend Strategic Partnership, Co-developi...**

Jul 22, 2025



**OPPO Introduces OPPO Pad SE: Empowering Family Entertainment at Home a...**

Jun 27, 2025



**OPPO Showcases Reno14 Series and Leading AI Research at Top Global AI...**

Jun 15, 2025



8/2/25, 12:10 PM
OPPO Showcases XR Technology for the First Time in North America at Augmented World Expo USA 2022 | OPPO Global

Case 5:25-cv-07105-NC    Document 1-19    Filed 09/21/25    Page 6 of 7

View all

OPPO > Newsroom >
OPPO Showcases XR Technology for the First Time in North America at Augmented World Expo USA 2022

| Smartphones | IoT Products | Support |
|---|---|---|
| OPPO Find N5 | OPPO Pad SE | Contact Us |
| OPPO Find N3 | OPPO Pad 3 Pro | Warranty Status |
| OPPO Find N3 Flip | OPPO Pad Neo | Android Enterprise |
| OPPO Find X8 Pro | OPPO Enco Buds3 Pro | User Guide |
| OPPO Find X8 | OPPO Enco Buds3 | FAQ |
| OPPO Reno14 Pro 5G | OPPO Enco Air4 Pro | HeyTap |
| OPPO Reno14 5G | OPPO Enco Air4 | Declaration of Conformity |
| OPPO Reno14 F 5G | OPPO Watch X2 | Game Space |
| OPPO A5 Pro 5G | OPPO Watch X2 Mini | Security Response Center |
| OPPO A5 5G | OPPO Watch X | Quick Start Guide |
| OPPO A5 | | Digital Service Act |
| OPPO A5i Pro | | |
| See All Smartphones | | |

### About OPPO

Our Story
OPPO LUMO IMAGE
OPPO 5G
Newsroom
Campaign
AI Smartphone White Paper
OPPO Sustainability
Intellectual Property
Supplier Portal

### OPPO Community

OPPO Community
OPPO Life Studio



Case 5:25-cv-07105-NC    Document 1-19    Filed 08/21/25    Page 7 of 7



Get Support From OPPO

Global (English)

Privacy | Terms of Use | Legal & Compliance | Copyright © 2004-2025 OPPO. All rights reserved.

