# Exhibit 20

8/2/25, 1:06 PM	Pete Lau on X: "Rewarding to see our innovations in Frame Interpolation and Super-Resolution come to life at GDC 2025! This tech …

Case 5:25-cv-07105-NC    Document 1-20    Filed 08/21/25    Page 2 of 2



Post

**Pete Lau** 
@PeteLau

Rewarding to see our innovations in Frame Interpolation and Super Resolution come to life at GDC 2025! This tech enhances the gaming experience by boosting frame rates and image clarity.

Great work from incredible teams at @OPPO and @OnePlus 👏



12:12 AM · Mar 21, 2025 · **7,382** Views

💬 18      🔁 15      ♡ 126      🔖 2      ↗

💬 Read 18 replies

**New to X?**
Sign up now to get your own personalized timeline!

G Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

↻ Retry

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· | © 2025 X Corp.

Don't miss what's happening
People on X are the first to know.

Log in    Sign up