# Exhibit 22

# Take an ECG with the ECG app on Apple Watch

You can take an electrocardiogram (ECG) with the ECG app.

## What is an ECG

An electrocardiogram (also called an ECG or EKG) is a test that records the timing and strength of the electrical signals that make the heart beat. By looking at an ECG, a doctor can gain insights about your heart rhythm and look for irregularities.

How to use the ECG app ⌄       How to read ECG details ⌄       View and Share Health information ⌄

Get the best results ⌄        Things you should know ⌄        How the ECG app ⌄

## How to use the ECG app

The ECG app can record your heartbeat and rhythm using the electrical heart sensor on Apple Watch Series 4 or later and all models of Apple Watch Ultra* and then check the recording for atrial fibrillation (AFib), a form of irregular rhythm.

The ECG app records an electrocardiogram which represents the electrical pulses that make your heart beat. The ECG app checks these pulses to get your heart rate and see if the upper and lower chambers of your heart are in rhythm. If they're out of rhythm, that could be AFib.

### Here's what you need

- Make sure that the ECG app is available in your country or region. Learn where the ECG app is available.
- Update your iPhone to the latest version of iOS and Apple Watch to the latest version of watchOS.
- The ECG app is not intended for use by people under 22 years old.

### Install and set up the ECG app

The ECG app 🫀 is installed during the ECG app setup in the Health app. Follow these steps to set up the ECG app:

1. Open the Health app on your iPhone.
2. Follow the onscreen steps. If you don't see a prompt to set up, tap the Browse tab, then tap Heart > Electrocardiograms (ECG) > Set Up ECG App.



3. After you complete set up, open the ECG app  to take an ECG.

If you still don't see the app on your Apple Watch, open the Watch App on your iPhone and tap Heart. In the ECG section, tap Install to install the ECG app.

## Take an ECG

You can take an ECG at any time, when you're feeling symptoms such as a rapid or skipped heartbeat, when you have other general concerns about your heart health, or when you receive an irregular rhythm notification.



1. Make sure that your Apple Watch is snug and on the wrist that you selected in the Apple Watch app. To check, open the Apple Watch app, tap the My Watch tab, then go to General > Watch Orientation.
2. Open the ECG app  on your Apple Watch.
3. Rest your arms on a table or in your lap.
4. With the hand opposite your watch, hold your finger on the Digital Crown. You don't need to press the Digital Crown during the session.
5. Wait. The recording takes 30 seconds. At the end of the recording, you will receive a classification, then you can tap Add Symptoms and choose your symptoms.
6. Tap Save to note any symptoms, then tap Done.

## How to read results

After a successful reading, you will receive one of the following type of results on your ECG app. Regardless of the result, if you aren't feeling well or are experiencing any symptoms, you should talk to your doctor.



### Sinus rhythm

A sinus rhythm result means the heart is beating in a uniform pattern between 50 and 100 BPM. This happens when the upper and lower chambers of the heart are beating in sync. A sinus rhythm result only applies to that particular recording and doesn't mean your heart

beats with a consistent pattern all the time. It also does not mean that you're healthy. If you're not feeling well or are feeling any symptoms, you should talk to your doctor.



### Atrial fibrillation

An AFib result means the heart is beating in an irregular pattern. AFib is the most common form of serious arrhythmia, or [irregular heart rhythm](). If you receive an AFib classification and you have not been diagnosed with AFib, you should talk to your doctor. The ECG app ver. 1 can check for AFib between 50 and 120 BPM. The ECG app ver. 2 can check for AFib between 50 and 150 BPM.

Learn more [about ECG app version availability]() and find out which version you're using.



### Low or high heart rate

A heart rate under 50 BPM or over 120 BPM in ECG version 1 affects the ECG app's ability to check for AFib. In ECG version 2, a heart rate under 50 BPM or over 150 BPM can affect the ECG app's ability to check for AFib.

- A heart rate can be low because of certain medications or if electrical signals are not properly conducted through the heart. Training to be an elite athlete can also lead to a low heart rate.
- A high heart rate could be due to exercise, stress, nervousness, alcohol, dehydration, infection, AFib, or other arrhythmia.



### Inconclusive

An inconclusive result means the recording can't be classified. It could be due to one of the following situations:

- In ECG version 1, your heart rate is between 100 and 120 BPM and you are not in AFib.
- You have a pacemaker or implantable cardioverter defibrillator (ICD).
- The recording may show signs of other arrhythmias or heart conditions that the app is not designed to recognize.
- Certain physiological conditions may prevent a small percentage of users from creating enough signal to produce a good recording.

For ECG version 1, you might also get an inconclusive result if you are not resting your arms on a table during a recording, or wearing your Apple Watch too loose. Learn how to [get the best results ⌄]().

### Poor Recording

This classification is unique to ECG version 2. Poor Recording means the result can't be classified. If you get a Poor Recording result, there are a few things you can try in order to get a better recording.

8/2/25, 12:21 PM
Take an ECG with the ECG app on Apple Watch – Apple Support
Case 5:25-cv-07105-NC     Document 1-22     Filed 08/21/25     Page 6 of 8

- Rest your arms on a table or in your lap while you take a recording. Try to relax and not move too much.
- Make sure that your Apple Watch isn't loose on your wrist. The band should be snug and the back of your Apple Watch needs to be touching your wrist.
- [Make sure that your wrist and your Apple Watch are clean and dry](). Water and sweat can cause a poor recording.
- Make sure that your Apple Watch is on the wrist you selected in Settings.
- Move away from any electronics that are plugged into an outlet to avoid electrical interference.

## View and share your Health information

The ECG waveform, its associated classifications, and any noted symptoms will be saved in the Health app on your iPhone or iPad. You can also share a PDF with your doctor.



1. Open the Health app on your iPhone or iPad.
2. If you're on your iPhone, tap Browse. If you're on your iPad, tap to open the sidebar .
3. Tap Heart, then tap Electrocardiograms (ECG).
4. Tap the chart for your ECG result.
5. Tap Export a PDF for Your Doctor.
6. Tap the Share button  to print or share the PDF.

## How to get the best results

1. Rest your arms on a table or in your lap while you take a recording. Try to relax and not move too much.
2. Make sure that your Apple Watch isn't loose on your wrist. The band should be snug, and the back of your Apple Watch needs to be touching your wrist.
3. Make sure that your wrist and your Apple Watch are clean and dry.
4. Make sure that your Apple Watch is on the wrist that you selected in the Apple Watch app. To check, open the Apple Watch app, tap the My Watch tab, then go to General > Watch Orientation.
5. Move away from any electronics that are plugged into an outlet to avoid electrical interference.

A small percentage of people may have certain physiological conditions preventing the creation of enough signal to produce a good recording — for example, the positioning of the heart in the chest can change the electrical signal levels, which could impact the ECG app's ability to obtain a measurement.

Liquid-free contact is required for the ECG app to work properly. Use of the ECG app may be impacted if the Apple Watch and/or skin aren't entirely dry. Make sure that your wrist and hands are thoroughly dry before attempting a reading. To ensure the best reading after swimming, showering, heavy perspiration, or washing your hands, clean and dry your Apple Watch. It may take one hour or more for your Apple Watch to completely dry.

## Things you should know

- The ECG app cannot detect a heart attack. If you ever experience chest pain, pressure, tightness, or what you think is a heart attack, call emergency services immediately.
- The ECG app cannot detect blood clots or a stroke.
- The ECG app cannot detect other heart-related conditions. These include high blood pressure, congestive heart failure, high cholesterol, or other forms of arrhythmia.
- If you're not feeling well or are feeling any symptoms, talk to your doctor or seek immediate medical attention.

## How the ECG app works

The ECG app on Apple Watch Series 4 or later and all models of Apple Watch Ultra generates an ECG that is similar to a single-lead (or Lead I) ECG. In a doctor's office, a standard 12-lead ECG is usually taken. This 12-lead ECG records electrical signals from different angles in the heart to produce twelve different waveforms. The ECG app on Apple Watch measures a waveform similar to one of those twelve waveforms. A single-lead ECG is able to provide information about heart rate and heart rhythm and enables classification of AFib. However, a single-lead ECG cannot be used to identify some other conditions, like heart attacks. Single-lead ECGs are often prescribed by doctors for people to wear at home or within the hospital so that the doctor can get a better look at the underlying rate and rhythm of the heart. However, the ECG app on Apple Watch Series 4 or later and all models of Apple Watch Ultra allows you to generate an ECG similar to a single-lead ECG without a prescription from your doctor.

In studies comparing the ECG app on Apple Watch to a standard 12-lead ECG taken at the same time, there was agreement between the ECG app classification of the rhythm as sinus or AFib compared to the standard 12-lead ECG.

The ability of the ECG app to accurately classify an ECG recording into AFib and sinus rhythm was tested in a clinical trial of approximately 600 subjects, and demonstrated 99.6% specificity with respect to sinus rhythm classification and 98.3% sensitivity for AFib classification for the classifiable results.

The clinical validation results reflect use in a controlled environment. Real world use of the ECG app may result in a greater number of strips being deemed inconclusive and not classifiable.

## Learn more

- ECG app Instructions for Use (IFU)
- Set up heart rate notifications on your Apple Watch
- Learn about the accuracy and limitations of the heart sensors

* The ECG app is not supported on Apple Watch SE or with Apple Watch For Your Kids.

Published Date: May 19, 2025

**Helpful?**   Yes   No

 Support  >  Take an ECG with the ECG app on Apple Watch

Copyright © 2025 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Site Map    United States