# Exhibit 25

Apple Health

**Meaningful insights.
Backed by science.**





## Stay close to your heart.

Your heart beats over 100,000 times per day. Beat by beat, your heart rate and its response to activities like running or cycling are important indicators of your general health. With advanced features like high and low heart rate notifications, irregular rhythm notifications,[1] the ECG app,[2] and AFib History,[3] Apple Watch gives you an invaluable view of your cardiovascular health.

    

**Get heart health notifications.** Apple Watch uses the optical heart sensor and advanced algorithms to monitor your heart rate throughout the day and can alert you to unusually high, low, or irregular rhythms. You can also check your heart rate at any time with the Heart Rate app.

**Take an ECG anytime, anywhere.** With Apple Watch you can check for signs of atrial fibrillation, or AFib — an irregular heart rhythm — by using the ECG app to generate a single-lead electrocardiogram. When you place your finger on the Digital Crown, built-in electrodes read and record the electrical heart signals straight from your fingertip and wrist. You can share a PDF of your ECG reading with your doctor.

Learn more about arrhythmia detection (PDF)

It's estimated that AFib affects over 50 million adults worldwide, with a substantial increase in risk for those 65 years and older.[4] If left untreated, it's one of the leading conditions that can result in a stroke. You can help manage AFib with the right medications, regular exercise, and a heart-healthy diet.

**Trace your AFib history.** If you've been diagnosed with atrial fibrillation, AFib History on Apple Watch can estimate how frequently your heart is in AFib. You can also view how lifestyle factors like exercise and sleep may influence this condition — and create a PDF of your AFib History to share with your care team...



## Sleep like a dream.

Sleep plays a crucial role in your physical and mental health, affecting everything from your immune system to your mood and more. Apple Watch helps you meet your sleep goals and can track your sleep. It can even help identify signs of sleep apnea, which currently impacts more than one billion people worldwide.[5]

    

Up to 80% of all sleep apnea cases go undiagnosed.[6]

**Meet your sleep goals.** Set up a sleep schedule in the Health app on iPhone and track your sleep with Apple Watch. Focused on your designated bedtime, Apple Watch can give you wind-down reminders and automatically enable Sleep Focus, minimizing distractions across all your devices — from iPhone to Mac to Apple Watch.

**Each sleep stage is essential.** The sensors in Apple Watch can tell you how much time you spend in the REM, Core, and Deep sleep stages, as well as when you might have woken up. REM is where you experience dreaming, and studies show it plays a key part in memory. During the Core phase, muscle activity decreases and your body temperature drops. Deep sleep has a restorative effect on the busy. You can keep an eye on this data in the Sleep app.

Learn more about how Apple Watch estimates sleep stages (PDF)

**Track your overnight health metrics.** The Vitals app on Apple Watch helps you spot changes in your health before you feel them.[7] Quickly see your overnight health data right on your wrist — including sleep duration, heart rate, respiratory rate,[8] and wrist temperature — and get notified if your metrics are ever outside your typical range.

**Spot signs of sleep apnea.** Sleep apnea is a condition where breathing stops repeatedly and causes disrupted sleep. If untreated, it can lead to hypertension, type 2 diabetes, and cardiac issues. Apple Watch can reveal signs of sleep apnea by detecting small wrist movements that are associated with interruptions in normal respiratory patterns during sleep.[9]

Learn more about sleep apnea (PDF)

Wearing your Apple Watch to bed is the first step to better understanding your rest.

---

Document title: Apple Health - Apple
Capture URL: https://www.apple.com/health/
Capture timestamp (UTC): Mon, 04 Aug 2025 21:09:23 GMT

Page 2 of 6



# Tune in to your hearing health.

About 1.5 billion people around the world are living with hearing loss — and millions are unaware that they're affected by it.[33] To help you better understand your hearing and make caring for it more accessible, our medical and audio specialists worked together to develop an end-to-end hearing health experience for AirPods Pro 2.






**Use a clinical-grade Hearing Aid feature with AirPods Pro 2.** Three tap, access a Hearing Test and a Hearing Aid feature using just AirPods Pro 2 and your iPhone or iPad.[34] After you complete the Hearing Test, if you have personalized mild to moderate hearing loss, your personalized hearing profile will guide you to the Hearing Aid features. With a quick setup, you'll start hearing more clearly immediately. You can even customize the settings to suit your needs.

Learn more about Hearing Health features on AirPods Pro 2 (PDF)

**Take a Hearing Test at home.** Find a quiet, comfortable place and launch the test from the AirPods Pro 2 settings on your iPhone or iPad. Pre-test Active Noise Cancellation and the in-ear seal help enable the conditions needed to conduct the evaluation. Once the test is completed, you'll get easy-to-understand results and insights about your hearing.

Using pure-tone audiometry, the test — which is informed by learnings from the Apple Hearing Study — plays a series of tones that you respond to by tapping the screen of your iPhone or iPad. Helpful animations, tap-back effects, and progress indicators guide you through the experience, which takes about five minutes.

**150,000+ real-world audiograms and millions of simulations helped develop the Hearing Test.**

**Help reduce your daily noise exposure.** One in three people are exposed to loud noise on a regular basis. AirPods Pro 2 provide active Hearing Protection across listening modes to help prevent exposure to loud environmental noise.[35] The Noise app on Apple Watch can also alert you when sound levels in your environment could affect your hearing.



# Fuel your fitness.

Your personal fitness is the result of small lifestyle choices that add up every day. When you integrate positive habits — like regular activity and workouts — into your routine, it can help you to improve both your physical and mental health. From Activity rings to the Workout app, Apple Watch is in tune with all the ways you stay active — so motivation is always at arm's reach.






**Close your Activity rings.** Three rings: Move, Exercise, Stand. One goal: Close them every day. Apple Watch makes it easy to track your daily activity — inspiring you to move more, sit less, and get some exercise. You can adjust your goals for each day of the week or even put your rings on pause.

**Set a daily Move goal.** Even if you don't have an Apple Watch, you can set up a daily Move goal in the Fitness app on iPhone to keep yourself motivated. Track your steps, distance, and flights climbed, as well as workouts from third-party apps, to estimate the active calories that contribute to your Move goal.

Learn how Apple Watch measures activity (PDF)

**Take your training further.** Apple Watch understands all the ways you work out. From running to yoga, it puts advanced metrics and views like Heart Rate Zones, training load, Power, and Elevation right on your wrist. And if you want to track how active you are over time, you can view your trends data in the Fitness app on your iPhone.

**Cardio fitness insights can help you improve your long-term health.**

Apple Watch can measure your cardiovascular health with VO₂ max, which is the maximum amount of oxygen your body can consume during exercise. If your cardio fitness levels are low for your age and sex, you'll receive a notification. You can improve your VO₂ max by increasing the intensity and frequency of your cardiovascular exercise.

Learn how Apple Watch estimates cardio fitness (PDF)



# Get the inside track on your cycle.

Your period is a vital indicator of your overall health. The Cycle Tracking experience on iPhone, Apple Watch, and iPad lets you log your period and record symptoms or cycle factors, so you have a deeper understanding of your menstrual cycle.[36] Most recently, data from our ongoing Women's Health Study — the first of its kind — has helped to improve Cycle Tracking predictions.







**A pattern of cycle deviations can be a sign of an underlying**

Document title: Apple Health - Apple
Capture URL: https://www.apple.com/health/
Capture timestamp (UTC): Mon, 04 Aug 2025 21:09:23 GMT













