# Exhibit 26



← THE BEST INVENTIONS OF 2023

# The Most Innovative Smart Watch
Apple Watch Ultra 2



BY PRANAV DIXIT
OCTOBER 24, 2023 7:00 AM EDT

These are independent reviews of the products mentioned, but TIME receives a commission when purchases are made through affiliate links at no additional cost to the purchaser.

**These are independent reviews of the products mentioned, but TIME receives a commission when purchases are made through affiliate links at no additional cost to the purchaser.**

A pple's new Ultra 2, its highest-end watch, allows you to simply tap your index finger and thumb together twice to answer the phone or snooze an alarm. This cool trick is enabled in part by an algorithm that detects tiny changes in blood flow when you tap those fingers. In addition, it's among Apple's first carbon-neutral products. Apple says 30% of the material is recycled, while many units are shipped from factories by sea instead of by air. Apple plans to eventually take the same approach with all its products. "We will keep innovating to meet the urgency of the moment," says Lisa P. Jackson, vice president of environment, policy, and social initiatives.

**Buy Now:** Apple Watch Ultra 2 on Amazon

CONTACT US AT LETTERS@TIME.COM.