# Exhibit 30

Case 5:25-cv-07105-NC    Document 1-30    Filed 08/21/25    Page 2 of 8

TECH

# Chinese smartphone maker Oppo is set to release its first smartwatch — and it looks exactly like an Apple Watch

By **Avery Hartmans**



Justin Sullivan/Getty

Mar 3, 2020, 11:29 AM PT                                    Share    Save

- Chinese tech company Oppo is on the verge of releasing a new smartwatch, the Oppo Watch.
- In the promotional photos of the watch released by the company and in various leaked images, the Oppo Watch looks almost exactly like an Apple Watch.
- The two watches have the same case shape and a similar-looking rubbery band, and come in almost identical colorways.
- Visit Business Insider's homepage for more stories.

Case 5:25-cv-07105-NC    Document 1-30    Filed 08/21/25    Page 3 of 8

Chinese smartphone maker Oppo is about to launch its first smartwatch, and if you've ever seen an Apple Watch, it's going to look very familiar.

On Monday, the company tweeted "It's time to say hello to #OPPOWatch. 👀 " along with a photo of two smartwatches. According to the photo, the watches will be called "Oppo Watch Series" and will be unveiled at the company's launch event on Friday. Oppo also plans to unveil its new flagship 5G phone, the Oppo Find X2, at the event.

> —OPPO (@oppo)
>
> March 2, 2020

The watches in Oppo's photo look nearly identical to the Apple Watch, even down to the name — each watch Apple releases is the next in a series, and the most recent iteration is called the Apple Watch Series 5.

In fact, the two watches are so similar that even the most die-hard of Apple fans may not be able to immediately tell the difference. Take a look:

Oppo's head of global marketing, Brian Shen, tweeted this photo of a black Oppo Watch in February, saying that the "curved screen and 3D glass will be a game changer." The case size and shape in this photo look a lot like an Apple Watch.

> —Brian Shen (@BrianShenYiRen)
>
> February 17, 2020

---

For comparison, here's a black Apple Watch Series 3. While Apple's display itself doesn't curve, the edges of the glass watch face do curve slightly into the metal case.



Jack Taylor/Getty Images

---

## Here's what might be another look at the Oppo Watch — leaker Ice Universe posted these images last month.

> —Ice universe (@UniverseIce)
>
> February 26, 2020

---

## And here's a similar Apple Watch. Even the way the two watches lay flat and the design of the bands looks identical.

Business Insider / Matt Johnston

---

Case 5:25-cv-07105-NC    Document 1-30    Filed 08/21/25    Page 6 of 8

This is reportedly another photo of the Oppo Watch that was posted to Weibo in January. The case and band colors are almost the exact same as the Apple Watch Series 4, and the screensaver doesn't look far off from Apple's version, either.

Weibo

Case 5:25-cv-07105-NC    Document 1-30    Filed 08/21/25    Page 7 of 8

Here's an Apple Watch Series 4. It looks like the only major difference between the two watches is the side buttons: While the Oppo Watch has two flat buttons plus a microphone on the right side, the Apple Watch has one round button, a microphone, and one flat button.

Apple

We'll find out more about Oppo's new smartwatch on March 6 when the company holds its launch event.

**Legal & Privacy**

Terms of Service | Terms of Sale | Privacy Policy | Accessibility | Code of Ethics Policy

Reprints & Permissions | Disclaimer | Advertising Policies | Conflict of Interest Policy | Commerce Policy

Coupons Privacy Policy | Coupons Terms | Your Privacy Choices

**Company**

About Us | Careers | Advertise With Us | Contact Us | News Tips | Company News | Awards

Masthead

**Other**

Sitemap | Stock quotes by finanzen.net

**International Editions**

AT | DE | ES | JP | NL | PL

Copyright © 2025 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service and Privacy Policy.