# Exhibit 31

Case 5:25-cv-07105-NC    Document 1-31    Filed 08/21/25    Page 1 of 6

   

Tech  >  Mobile

# Oppo Watch copies Apple Watch's design to offer an Android alternative

The tech-driven timepiece will be on sale globally later this year.

 Katie Collins
March 9, 2020 1:30 p.m. PT

2 min read 



Where have we seen this design before?
Oppo

If you've ever lusted after the Apple Watch but are an Android fan through and through, you'll likely be thrilled by Oppo's entry into the smartwatch market. The company unveiled its digital timepiece, the Oppo Watch -- along with a new flagship phone, the Oppo Find X2 Pro, during a press conference in China, following which it drew immediate comparisons to Apple's iconic square-faced wrist accessory. It's not an exact duplicate -- it doesn't feature Apple's digital crown -- but the gently curved screen surrounded by metal and a seamless band attachment does feel remarkably familiar.

The 4.5mm thick body of the watch is crafted from a combination of aluminum and 3D curved crystal glass, with a ceramic back. A 1.91-inch AMOLED screen reportedly incorporates a "flexible hyperboloid display" and offers a density of 326 pixels per inch. Straps are made either from fluoro rubber or Italian calfskin and can be swapped out for other designs to suit a particular outfit or occasion.

Features and key specs include:

- Built-in e-SIM cellular connectivity, which can be used to make calls either through your phone number or the watch's own number
- Listening to music
- Making payments
- Fitness tracking (the watch is waterproof to 50 meters)
- Sleep monitoring
- Dual-chip system to preserve battery life (40 hours on one charge, or 21 days in power-saving mode) and the company's own VOOC Flash Charging tech that takes 75 minutes to reach full charge

The Oppo Watch will be available globally, the company said, arriving first in China on March 24, with other release dates and pricing to be announced later. In China, the watch will run on the Android-based ColorOS, but will come in other versions tailored to individual countries.



## Mobile Guides

**Phones**

---

**Foldable Phones**

---

**Headphones**

---

**Mobile Accessories**

---

**Smartwatches**

---

**Wireless Plans**

Case 5:25-cv-07105-NC   Document 1-31   Filed 08/21/25   Page 5 of 6

Advertisement



US              France              Germany              Japan              Korea

About CNET                              Software Downloads

Press Room                              Accessibility

Newsletters                             Your Privacy Rights

Licensing                               Privacy Policy

Sitemap                                 Terms of Use

Careers                                 Do Not Sell My Personal Information

Case 5:25-cv-07105-NC    Document 1-31    Filed 08/21/25    Page 6 of 6

### Best Products

### Popular Reviews

### Deals

### Top Explainers

### Events

### Popular Series

© 2025 CNET, a Ziff Davis company. All rights reserved.