# Exhibit 33

OPPO Audio | OPPO Global



OPPO

🔍 ☰

# Audio



## OPPO Enco Buds3 Pro

True Wireless Earbuds, Music Keeps Flowing

Learn more



## OPPO Enco Buds3 Pro

Up to 54 Hours of Playback, Hyper Durable Battery

Learn more



## OPPO Enco Buds3

Half In-ear Ergonomic Design, Ultra Lightweight

Learn more



## OPPO Enco Air4 Pro

Ultra-Wide Frequency Active Noise Cancellation, Hi-Res Audio with LHDC 5.0

Learn more



## OPPO Enco Air4

32dB Active Noise Cancellation, Up to 43 Hours of Playback

Learn more



## OPPO Enco X3i

Dual Dynamic Drivers, 49dB Active Noise Cancellation

Learn more



## OPPO Enco Air3s

HiFi 5 DSP, 13.4mm Large Composite Driver

Learn more








## OPPO Enco Buds2 Pro
12.4mm Extra Large Driver, Enco Master Equalizer

Learn more

## OPPO Enco Air3i
Translucent Jelly Case, OPPO Alive Audio

Learn more

## OPPO Enco Air3
HiFi 5 DSP, OPPO Alive Audio

Learn more

## OPPO Enco Buds2
10mm Large Driver, 28 Hours of Listening Time

Learn more






## OPPO Enco X2
Studio Level Sound Quality Experience, 45dB Ultra-wide Frequency ANC

Learn more

## OPPO Enco Air2
13.4mm Composite Titanized Diaphragm Driver

Learn more

## OPPO Enco Free2
Personalized Active Noise Cancellation

Learn more

## OPPO Enco Buds
24h Battery Life

Learn more





## OPPO Enco Air

## OPPO Enco X



True Wireless Earphones

Learn more

Co-Created with Dynaudio

Learn more



OPPO > Audio

OPPO Audio | OPPO Global

## Smartphones

OPPO Find N5

OPPO Find N3

OPPO Find N3 Flip

OPPO Find X8 Pro

OPPO Find X8

OPPO Reno14 Pro 5G

OPPO Reno14 5G

OPPO Reno14 F 5G

OPPO A5 Pro 5G

OPPO A5 5G

OPPO A5

OPPO A5i Pro

See All Smartphones

## IoT Products

OPPO Pad SE

OPPO Pad 3 Pro

OPPO Pad Neo

OPPO Enco Buds3 Pro

OPPO Enco Buds3

OPPO Enco Air4 Pro

OPPO Enco Air4

OPPO Watch X2

OPPO Watch X2 Mini

OPPO Watch X

## Support

Contact Us

Warranty Status

Android Enterprise

User Guide

FAQ

HeyTap

Declaration of Conformity

Game Space

Security Response Center

Quick Start Guide

Digital Service Act

## About OPPO

Our Story

OPPO LUMO IMAGE

OPPO 5G

Newsroom

Campaign

AI Smartphone White Paper

OPPO Sustainability

Intellectual Property

Supplier Portal

## OPPO Community

OPPO Community

OPPO Life Studio

 Get Support From OPPO ⌄

     

Global (English)

Privacy    Terms of Use    Legal & Compliance    Copyright © 2004-2025 OPPO. All rights reserved.