Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Laura Vartain Horn (SBN: 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:   (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:   (714) 982-9922
Facsimile:    (714) 982-8844

Leslie M. Schmidt (*pro hac vice forthcoming*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

Maria M. Beltran (SBN: 327237)
maria.beltran@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:   (310) 552-4200
Facsimile:    (310) 552-5900

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br>              Plaintiff, <br><br>        v. <br><br> CHEN SHI, GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD., and INNOPEAK TECHNOLOGY, INC., <br><br>              Defendants. | CASE NO. 5:25-CV-07105-NC <br><br> **PLAINTIFF APPLE INC.'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, MOTION FOR ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY** <br><br> Magistrate Judge Nathanael M. Cousins |

## NOTICE OF MOTION

Plaintiff Apple, Inc. ("Apple" or "Plaintiff") will, and hereby does, under Rule 65 of the Federal Rules of Civil Procedure and Local Rule 65-1, apply *ex parte* for a Temporary Restraining Order and Order to Show Cause as set forth below, and respectfully requests that this matter be heard in Courtroom 5, 4th Floor of the above-entitled Court, located at 280 South 1st Street, San Jose, CA 95113, before the Honorable Nathanael M. Cousins as soon as practical.

Apple seeks the following relief:

(1) a Temporary Restraining Order ("TRO") against Defendants Guangdong Oppo Mobile Telecommunications Corp., Ltd. and InnoPeak Technology Inc. (collectively "OPPO Defendants"), and Chen Shi (collectively, "Defendants") (a) enjoining Defendants from disclosing, retaining, or using any Apple confidential information or trade secrets; (b) requiring Defendants to preserve all documents, data, devices, communications, and other evidence potentially relevant to the facts and circumstances of this case; and (c) requiring the immediate return to Apple, through Apple's undersigned counsel, of all Apple confidential information and trade secrets in their possession, custody, or control;

(2) an order to show cause why a preliminary injunction should not issue; and

(3) an order permitting Apple to take expedited discovery in aid of its request for a preliminary injunction to reveal the full extent and mode of Defendants' misconduct and to assess the risk of additional, still-unknown irreparable harm.

This motion is supported by Apple's Complaint (Dkt. 1), the accompanying Memorandum of Points and Authorities, the Declaration of Laura Vartain Horn and supporting exhibits, the Declaration of Daniel Roffman and supporting appendices, the Declaration of Mathieu Charbonneau-Lefort, Ph.D. and supporting exhibits, the Declaration of James Clements and supporting exhibits, the Declaration of Daniel Brody, and the proposed Temporary Restraining Order, Expedited Discovery, and Order to Show Cause.

Apple's motion is made pursuant to Federal Rules of Civil Procedure 26(d), 30(a), 33(b), 34(b), and 65, this Court's Civil Local Rules, and the Court's inherent power to control the litigation before it, particularly to serve the interests of equity and judicial economy.

Apple provided notice to Defendants that it intended to seek expedited injunctive relief to stop the misappropriation of its trade secrets, as well as of its Complaint. On August 21, 2025, Apple emailed the

1  Defendants to provide notice and attached a copy of the Complaint.  Vartain Decl., Exs. 20-22[1].  In
2  addition, Apple will serve the Complaint and provide redacted copies of the following documents to
3  Defendants in the same manner described above as soon as practicable after the filing is complete: this *ex*
4  *parte* Application and Motion, the accompanying Memorandum of Points and Authorities, Declarations
5  and Exhibits thereto, and Proposed Order.  Counsel for Apple will also notify Defendants when a time
6  and date for a hearing on the motion is set by the Court.

---

[1] All numbered exhibits are attached to the Declaration of Laura Vartain Horn.

| | |
|---|---|
| DATED: August 22, 2025 | Respectfully submitted,<br><br>KIRKLAND & ELLIS LLP<br><br>/s/ Adam Alper<br>Adam Alper (SBN: 196834)<br>adam.alper@kirkland.com<br>Laura Vartain (SBN: 258485)<br>laura.vartain@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone:    (415) 439-1400<br>Facsimile:    (415) 439-1500<br><br>Michael W. De Vries (SBN: 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>695 Town Center Drive<br>Costa Mesa, CA 92626<br>Telephone:    (714) 982-9922<br>Facsimile:    (714) 982-8844<br><br>Leslie M. Schmidt (*pro hac vice forthcoming*)<br>leslie.schmidt@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>Maria M. Beltran (SBN: 327237)<br>maria.beltran@kirkland.com<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067<br>Telephone:    (310) 552-4200<br>Facsimile:    (310) 552-5900<br><br>*Attorneys for Plaintiff Apple Inc.* |