Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Laura Vartain Horn (SBN: 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: (714) 982-9922

Leslie M. Schmidt (*pro hac vice forthcoming*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4800

Maria M. Beltran (SBN: 327237)
maria.beltran@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHEN SHI, GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD., and INNOPEAK TECHNOLOGY, INC.,<br><br>　　　　　Defendants. | CASE NO. 5:25-CV-07105-NC<br><br>**PROOF OF SERVICE OF SEALED DOCUMENTS UPON COUNSEL FOR THIRD-PARTY**<br><br>Magistrate Judge Nathanael M. Cousins |

DATED: August 23, 2025

Respectfully submitted,

　　　/s/ Adam Alper　　　
Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Laura Vartain Horn (SBN: 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:　　(415) 439-1400
Facsimile:　　(415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:　　(714) 982-9922
Facsimile:　　(714) 982-8844

Leslie M. Schmidt (*pro hac vice forthcoming*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone:　　(212) 446-4800
Facsimile:　　(212) 446-4900

Maria M. Beltran (SBN: 327237)
maria.beltran@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:　　(310) 552-4200
Facsimile:　　(310) 552-5900

*Attorneys for Plaintiff Apple Inc.*

I, Michael Dobszewicz, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is Kirkland & Ellis LLP, 695 Town Center Dr., Costa Mesa, CA 92626.

On August 23, 2025, I served the following document:

**DKT. 13 – ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED THIRD PARTY'S CONFIDENTIAL INFORMATION RE TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, AND ORDER ON EXPEDITED DISCOVERY**

**DKT. 15 – EXHIBITS RE [13] ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED THIRD PARTY'S CONFIDENTIAL INFORMATION RE TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, AND ORDER ON EXPEDITED DISCOVERY**

by serving a true copy of the above-described documents via electronic mail to:

U.S. DEPARTMENT OF JUSTICE
Ni Quang
Ni.Qian@usdoj.gov
Kevin Mead
Kevin.Mead@usdoj.gov
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(202) 514-2000

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 23, 2025, at San Francisco, California.

                                                                            */s/ Michael Dobszewicz*
                                                                             Michael Dobszewicz