| | |
|---|---|
| Adam R. Alper (SBN: 196834) | Annabel Hayoung Chang (SBN: 267261) |
| adam.alper@kirkland.com | annabel@ahc-law.com |
| Laura Vartain Horn (SBN: 258485) | 39116 Fremont Hub #1121 |
| laura.vartain@kirkland.com | Fremont, CA 94536 |
| KIRKLAND & ELLIS LLP | Telephone:   (510) 404-8186 |
| 555 California Street | |
| San Francisco, CA 94104 | *Attorneys for Defendant Chen Shi* |
| Telephone:   (415) 439-1400 | |
| | Robyn Carrico Crowther (SBN: 193840) |
| Michael W. De Vries (SBN: 211001) | Rcrowther@steptoe.com |
| michael.devries@kirkland.com | Sara Alwash Morse (SBN: 347086) |
| KIRKLAND & ELLIS LLP | smorse@steptoe.com |
| 695 Town Center Drive | STEPTOE LLP |
| Costa Mesa, CA 92626 | 633 West Fifth Street, Suite 1900 |
| Telephone:   (714) 982-9922 | Los Angeles, CA 90017 |
| | Telephone:   (213) 439-9428 |
| Leslie M. Schmidt (*admitted pro hac vice*) | |
| leslie.schmidt@kirkland.com | *Attorneys for Guangdong Oppo Mobile* |
| KIRKLAND & ELLIS LLP | *Telecommunications Corp., Ltd., and* |
| 601 Lexington Avenue | *InnoPeak Technology, Inc.* |
| New York, NY 10022-4611 | |
| Telephone:   (212) 446-4800 | |
| | |
| Maria M. Beltran (SBN: 327237) | |
| maria.beltran@kirkland.com | |
| KIRKLAND & ELLIS LLP | |
| 2049 Century Park East, Suite 3700 | |
| Los Angeles, CA 90067 | |
| Telephone:   (310) 552-4200 | |

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | CASE NO. 5:25-CV-07105-EKL |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING INTERIM MEASURES** |
| v. | Date: n/a |
| CHEN SHI, GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD., and INNOPEAK TECHNOLOGY, INC., | Time: n/a<br>Judge: Honorable Eumi K. Lee<br>Complaint Filed: August 21, 2025 |
| Defendants. | |

1   WHEREAS, Plaintiff Apple, Inc. ("Apple") has filed a Complaint alleging, among other things, that Defendant Chen Shi ("Shi") breached his Intellectual Property Agreement with Apple and that Guangdong Oppo Mobile Telecommunications Corp., Ltd. ("OPPO") and InnoPeak Technologies, Inc. ("InnoPeak") (collectively, OPPO and InnoPeak are referenced as the "Corporate Defendants") have violated the Defend Trade Secrets Act;

WHEREAS, Apple thereafter filed an *Ex Parte* Application for Temporary Restraining Order, Motion for Order to Show Cause Re Preliminary Injunction, and Expedited Discovery ("TRO Application") seeking certain interim relief against Defendants;

WHEREAS, Defendants dispute Apple's allegations and make no admissions regarding the merits of either Apple's underlying claims or its request for interim relief; and

WHEREAS, the Parties agree that this Stipulation and Proposed Order below is not an admission by either side as to the merits of the parties' claims or defenses, the scope or entitlement to interim relief by any party, nor a waiver of any claim or defense including that the Court lacks personal jurisdiction over any Defendant.

NOW, THEREFORE, the Parties hereby agree and stipulate as follows:

1.   Defendant Guangdong Oppo Mobile Telecommunications Corp., Ltd. ("OPPO") and Defendant InnoPeak Technologies, Inc. ("InnoPeak") (collectively the "Corporate Defendants") will each conduct a reasonable search for the files listed in the attached Exhibit A , and any files or materials derived from, concerning or referencing those files, on the devices and systems to which Defendant Chen Shi ("Shi") had access. If either of the Corporate Defendants locates any copy of any of the files listed in the attached Exhibit A, or any other Apple file transferred or copied by Shi to either of the Corporate Defendants, or any files or materials derived from, related to or referencing those files, it will quarantine those files such that they can be accessed only by members of the Corporate Defendants' information technology department as needed for purposes related to this matter, and designate them as "Highly Confidential – Attorneys' Eyes Only" consistent with the Northern District of California Model Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets Provision 7.3(a), (c)-(f).

2. Defendants (including subsidiaries, officers, agents, and employees) will not disclose or use any files and materials identified in the search referenced in Paragraph 1 above except as required by law;

3. Shi and the Corporate Defendants (including subsidiaries, officers, agents, and employees) will comply with their obligations under the law to preserve all documents, data, devices, communications, and other evidence potentially relevant to the facts and circumstances of this case;

4. The Corporate Defendants (including subsidiaries, officers, agents, and employees) will quarantine Dr. Zijing Zeng ("Zeng"), the Vice President and Head of OPPO Health, and Shi's company-issued devices such that the devices will be held and preserved and will prevent Zeng and Shi from accessing OPPO and InnoPeak's systems and facilities; and

5. By agreement of the parties, this Order shall remain in place until the Court rules on Apple's forthcoming preliminary injunction motion.

Respectfully submitted this 26th day of August, 2025.

*/s/ Adam R. Alper*
Adam R. Alper (SBN: 196834)
adam.alper@kirkland.com
Laura Vartain Horn (SBN: 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:     (714) 982-9922

Leslie M. Schmidt (admitted *pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone:     (212) 446-4800

Maria M. Beltran (SBN: 327237)
maria.beltran@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:     (310) 552-4200

*Attorneys for Plaintiff Apple Inc.*

*/s/ Annabel Hayoung Chang*
Annabel Hayoung Chang (SBN: 267261)
annabel@ahc-law.com
39116 Fremont Hub #1121
Fremont, CA 94536
Telephone:     (510) 404-8186

*Attorneys for Defendant Chen Shi*

*/s/ Robyn Carrico Crowther*
Robyn Carrico Crowther (SBN: 193840)
Rcrowther@steptoe.com
Sara Alwash Morse (SBN: 347086)
smorse@steptoe.com
STEPTOE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90017
Telephone:     (213) 439-9428

*Attorneys for Guangdong Oppo Mobile Telecommunications Corp., Ltd., and InnoPeak Technology, Inc.*

**ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Annabel Hayoung Chang and Robyn Carrico Crowther.

*/s/ Adam R. Alper*
Adam R. Alper

**[~~PROPOSED~~] ORDER**

**IT IS SO ORDERED.**

Dated: August  26 , 2025

_____
Honorable Eumi K. Lee
United States District Judge
Northern District of California