UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: 8/29/2025 | Time: 3:05 p.m. - 3:37 p.m. (Total Time: 32 minutes) | Judge: EUMI K. LEE |
|---|---|---|
| Case No.: 25-cv-07105-EKL | Case Name: Apple Inc. v. Shi | |

**Attorney for Plaintiff:** Adam Alper, Mike DeVries, Leslie Schmidt, Laura Vartain, Maria Beltran, Adina Stohl, Diek Van Nort
**Attorney for Defendant:** For Dr. Shi: Annabel Chang, For Oppo: Robyn Crowther, Sara Morse, Grace Wong; For InnoPeak: Randy Kay, Jennifer Bennet, Richard Wahng

**Deputy Clerk:** Laura Thomson     **Court Reporter:** Summer Fisher

PROCEEDINGS and MINUTE ORDER

The Court held a status conference and set the following schedule, as described further below:

| Event | Deadline |
|---|---|
| Meet and confer and file update regarding Magistrate Judge consent | September 5, 2025 |
| Meet and confer and submit joint statement regarding scope of discovery and any disputes | September 12, 2025 |
| Defendants respond to discovery requests | September 25, 2025 |
| Defendants produce responsive documents | October 9, 2025 |
| Complete depositions and file status report for conference | October 23, 2025 |
| Status conference | October 29, 2025 |
| File motion for preliminary injunction | November 5, 2025 |
| File opposition to motion for preliminary injunction | November 19, 2025 |
| File reply in support of motion for preliminary injunction | November 26, 2025 |
| Preliminary injunction hearing (specific date to be set) | Week of December 15, 2025 |

By **September 5, 2025**, if all parties stipulate to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), the parties shall file a letter informing the Court and specifying the parties' preferred Magistrate Judge, if any. Each party shall also file the Consent or Declination to Magistrate Judge Jurisdiction Form available at https://cand.uscourts.gov/mj_consent-declination_form_10-2020/, indicating their consent.

The parties shall promptly meet and confer regarding the scope of expedited discovery. By **September 12, 2025**, the parties shall file a joint statement regarding the scope of discovery and any disputes that need resolution, setting forth the parties' respective positions. The statement

shall address whether a stay of discovery as to Defendant Shi is appropriate at this stage.  The scope of discovery to be completed by the deadlines set forth above is subject to the parties' meet and confer efforts and rulings on discovery disputes, if any.

If any party needs additional time to complete discovery, the relevant parties shall meet and confer to reach agreement on a reasonable extension.  If agreement cannot be reached, the party may file an administrative motion establishing good cause for the requested extension.

A further status conference is set for **October 29, 2025, at 1:30 p.m.** via Zoom video.  In advance of this status conference, the parties shall meet and confer regarding whether preliminary injunction proceedings are necessary, and if so, their scope.  If the parties can reach agreement on an extension and/or modification of interim relief, and upon the parties' request, the Court will vacate the preliminary injunction deadlines set forth above.

IT IS SO ORDERED.

Dated:  August 29, 2025                                                                EUMI K. LEE
                                                                                                            United States District Judge