UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC.,

          Plaintiff,

v.

CHEN SHI, et al.,

          Defendants.

Case No. 25-cv-07105-EKL (VKD)

**ORDER FOLLOWING OCTOBER 21, 2025 DISCOVERY DISPUTE HEARING**

On October 21, 2025, the Court held a hearing on the matters described in the parties' October 15, 2025 discovery dispute letter (Dkt. No. 91). As discussed at the hearing, the parties must confer further regarding application of appropriate search terms to (1) the custodial documents for custodians Xeng, Liao, and Pi; (2) the custodial documents of the "priority" OPPO custodians to which Apple referred during the hearing[1]; and (3) the relevant non-custodial sources. The parties shall file a joint status report on October 23, 2025 apprising the Court of the status of OPPO's document production so far. In addition, the parties shall advise the Court of their agreed or respective proposals for application of appropriate search terms for the above custodial and non-custodial sources. If possible, for any disputed searches, the report should include an attachment indicating the total additional unique documents for each custodial and non-custodial

///

///

///

---

[1] These custodians were identified by Apple during the hearing as those listed at page 15 of OPPO's response to an Apple interrogatory.

source that application of each party's proposed search terms would require OPPO to review.

**IT IS SO ORDERED.**

Dated: October 21, 2025

Virginia K. DeMarchi
United States Magistrate Judge