Adam R. Alper (SBN: 196834)
adam.alper@kirkland.com
Laura Vartain Horn (SBN: 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:    (714) 982-9922

Leslie M. Schmidt (admitted *pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone:    (212) 446-4800

Maria M. Beltran (SBN: 327237)
maria.beltran@kirkland.com
Kirkland & Ellis LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:    (310) 552-4200

*Attorneys for Plaintiff Apple Inc.\*

*[Additional counsel in signature page]*

Annabel Hayoung Chang (SBN: 267261)
annabel@ahc-law.com
LAW OFFICES OF ANNABEL H. CHANG APC
39116 Fremont Hub #1121
Fremont, CA 94536
Telephone:    (510) 404-8186

*Attorney for Defendant Chen Shi*

Robyn Carrico Crowther (SBN: 193840)
rcrowther@steptoe.com
Sara Alwash Morse (SBN: 347086)
smorse@steptoe.com
STEPTOE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90017
Telephone:    (213) 439-9428

*Attorneys for Defendant Guangdong Oppo Mobile Telecommunications Corp., Ltd.*

Nathaniel M. Carle (SBN: 304846)
ncarle@katzruby.com
Victor H. Yu (SBN: 325411)
vyu@katzruby.com
KATZ RUBY & CARLE LLP
3420 Bristol St Ste 600
Costa Mesa, CA 92626
Telephone:    (510) 386-4919

*Attorneys for Defendant InnoPeak Technology, Inc.*

*[Additional counsel in signature page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> CHEN SHI, GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD., INNOPEAK TECHNOLOGY, INC., and ZIJING ZENG <br><br> Defendants. | CASE NO. 5:25-CV-07105-EKL <br> ORDER APPROVING **JOINT STATUS REPORT PURSUANT TO DKT. 366 AND STIPULATION FOR EXTENSION** <br><br> Re: Dkt. No. 374 |

Plaintiff Apple Inc. ("Apple"), Defendant Chen Shi ("Dr. Shi"), Defendant Guangdong Oppo Mobile Telecommunications Corp., Ltd. ("OPPO"), Defendant InnoPeak Technology, Inc. ("InnoPeak"), and Defendant Zijing Zeng ("Zeng") (collectively, "the Parties"), by and through their respective undersigned counsel, hereby submit the following joint status report as directed in the Court's March 17, 2026 Interim Order (Dkt. No. 366) and stipulated request for an extension.

The Parties have continued to discuss their disputes as to the scope of the patent prosecution bar of a proposed stipulated protective order (Section 9) and Apple's motion to retain source code designations (Dkt. No. 263). The Parties wish to continue those discussions and propose to file a further joint report and a proposed protective order(s) for the Court's review and approval on or before March 25, 2026.  Good cause exists for this request so that the Parties may continue their efforts to resolve or further narrow those disputes.  The Parties have not previously sought an extension of the deadline in Dkt. 366, but have sought an extension of other deadlines in this matter.

DATED: March 24, 2026

*/s/ Leslie M. Schmidt*
Adam R. Alper (SBN: 196834)
adam.alper@kirkland.com
Laura Vartain Horn (SBN: 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:    (714) 982-9922
Facsimile:    (714) 982-8844

Leslie M. Schmidt (admitted *pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

David I. Horowitz (SBN: 248414)
david.horowitz@kirkland.com
S. Adina Stohl (SBN: 301252)
adina.stohl@kirkland.com
Maria M. Beltran (SBN: 327237)
maria.beltran@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:    (310) 552-4200
Facsimile:    (310) 552-5900

*Attorneys for Plaintiff Apple Inc.*

Respectfully submitted,

*/s/ Annabel Hayoung Chang*
Annabel Hayoung Chang (SBN: 267261)
annabel@ahc-law.com
LAW OFFICES OF ANNABEL H. CHANG APC
39116 Fremont Hub #1121
Fremont, CA 94536
Telephone:    (510) 404-8186

*Attorney for Defendant Chen Shi*

*/s/ Robyn C. Crowther*
Robyn Carrico Crowther (SBN: 193840)
rcrowther@steptoe.com
Sara Alwash Morse (SBN: 347086)
smorse@steptoe.com
STEPTOE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90017
Telephone:    (213) 439-9428

Boyd T. Cloern (admitted *pro hac vice*)
bcloern@steptoe.com
Yueyue Wang (admitted *pro hac vice*)
gwang@steptoe.com
STEPTOE LLP
1330 Connecticut Ave., Ste. 2800
Washington, DC 20036
Telephone:    (202) 429-3000

Ryan S. Landes (SBN: 252642)
ryanlandes@quinnemmanuel.com
Patrick Schmidt
patrickschmidt@quinnemmanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, A 90017
Telephone:    (213) 443-3145

David Eisman (SBN: 114758)
davideisman@quinemmanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6314

Yixuan Zhu (admitted *pro hac vice*)
yixuanzhu@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Central Park Plaza, 13th Floor
10 Chaoyang Park South Road
Chaoyang District
Beijing 100026, China
Telephone: +86 10 53350105

*Attorneys for Defendant Guangdong Oppo Mobile Telecommunications Corp., Ltd.,*

*/s/ Victor H. Yu*

Nathaniel M. Carle (SBN: 304846)
ncarle@katzruby.com
Victor H. Yu (SBN: 325411)
vyu@katzruby.com
KATZ RUBY & CARLE LLP
3420 Bristol St Ste 600
Costa Mesa, CA 92626
Telephone:     (510) 386-4919

*Attorneys for Defendant InnoPeak Technology, Inc.*

*/s/ Andrew F. Dawson*
Andrew F. Dawson (SBN: 264421)
adawson@keker.com
Cody J.K. Gray (SBN: 310525)
cgray@keker.com
JiLon Li (SBN: 348025)
jli@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400

*Attorneys for Defendant Zijing Zeng*

**ATTESTATION:** Pursuant to Local Rules 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Leslie M. Schmidt, Annabel Hayoung Chang, Victor H. Yu and Andrew F. Dawson.

*/s/ Robyn C. Crowther*
Robyn Carrico Crowther

PURSUANT TO THE PARTIES' AGREEMENT, IT IS SO ORDERED.

DATED: March  25  , 2026

Hon. Virginia K. DeMarchi
United States Magistrate Judge