Adam R. Alper (SBN: 196834)
adam.alper@kirkland.com
Laura Vartain Horn (SBN: 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:    (714) 982-8822

Leslie M. Schmidt (admitted *pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone:    (212) 446-4800

Maria M. Beltran (SBN: 327237)
maria.beltran@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:    (310) 552-4200

*Attorneys for Plaintiff Apple Inc.*

*[Additional counsel in signature page]*

Robyn Carrico Crowther (SBN: 193840)
rcrowther@steptoe.com
Sara Alwash Morse (SBN: 347086)
smorse@steptoe.com
STEPTOE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90017
Telephone:    (213) 439-9428

*Attorneys for Defendant Guangdong Oppo Mobile Telecommunications Corp., Ltd.*

Nathaniel M. Carle (SBN: 304846)
ncarle@katzruby.com
Victor H. Yu (SBN: 325411)
vyu@katzruby.com
KATZ RUBY & CARLE LLP
3420 Bristol St Ste 600
Costa Mesa, CA 92626
Telephone:    (510) 386-4919

*Attorneys for Defendant InnoPeak Technology, Inc.*

*[Additional counsel in signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHEN SHI, GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD., INNOPEAK TECHNOLOGY, INC., and ZIJING ZENG<br><br>Defendants. | CASE NO. 5:25-CV-07105-EKL<br><br>**JOINT STATUS REPORT PURSUANT TO DKT. 366 AND STIPULATION FOR EXTENSION**<br><br>Re:  Dkt. No. 378 |

JOINT STATUS REPORT

CASE NO. 5:25-CV-07105-EKL

Plaintiff Apple Inc. ("Apple"), Defendant Guangdong Oppo Mobile Telecommunications Corp., Ltd. ("OPPO"), Defendant InnoPeak Technology, Inc. ("InnoPeak"), and Defendant Zijing Zeng ("Zeng") (collectively, "the Parties"), by and through their respective undersigned counsel, hereby submit the following joint status report as directed in the Court's March 27, 2026 Interim Order (Dkt. No. 366) and stipulated request for an extension (Dkt. 377).  Defendant Chen Shi ("Dr. Shi") did not provide a position on the stipulation.

The Parties have resolved their dispute as to the scope of the patent prosecution bar to a proposed stipulated protective order (Section 9). The Parties have not resolved the dispute as to Apple's motion to retain source code designations (Dkt. No. 263) and respectfully request a modest extension so that they may further confer on a possible resolution or to further narrow their disputes.   The Parties have an additional dispute regarding the submission of the Protective Order and the Parties respectfully request a modest extension until 5:00PM on Friday, March 27 to submit a Joint Status Report and Proposed Protective Order.

The Parties submit that good cause exists for this request, as the Parties have actively conferred in an effort to resolve the disputes, but require additional time to prepare the Court submission.  The Parties have once sought an extension of the deadline in Dkt. 366 at Dkt. 376.

DATED: March 27, 2026

/s/ Leslie M. Schmidt
Adam R. Alper (SBN: 196834)
adam.alper@kirkland.com
Laura Vartain Horn (SBN: 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:     (714) 982-9922
Facsimile:      (714) 982-8844

Leslie M. Schmidt (admitted *pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

David I. Horowitz (SBN: 248414)
david.horowitz@kirkland.com
S. Adina Stohl (SBN: 301252)
adina.stohl@kirkland.com
Maria M. Beltran (SBN: 327237)
maria.beltran@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:     (310) 552-4200
Facsimile:      (310) 552-5900

*Attorneys for Plaintiff Apple Inc.*

Respectfully submitted,

/s/ Robyn Carrico Crowther
Robyn Carrico Crowther (SBN: 193840)
rcrowther@steptoe.com
Sara Alwash Morse (SBN: 347086)
smorse@steptoe.com
STEPTOE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90017
Telephone:     (213) 439-9428

Boyd T. Cloern (admitted *pro hac vice*)
bcloern@steptoe.com
Yueyue Wang (admitted *pro hac vice*)
gwang@steptoe.com
STEPTOE LLP
1330 Connecticut Ave., Ste. 2800
Washington, DC 20036
Telephone:     (202) 429-3000

Ryan S. Landes (SBN: 252642)
ryanlandes@quinnemmanuel.com
Patrick Schmidt
patrickschmidt@quinnemmanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone:     (213) 443-3145

David Eisman (SBN: 114758)
davideisman@quinemmanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6314

Yixuan Zhu (admitted *pro hac vice*)
yixuanzhu@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Central Park Plaza, 13th Floor
10 Chaoyang Park South Road
Chaoyang District
Beijing 100026, China
Telephone: +86 10 53350105

*Attorneys for Defendant Guangdong Oppo Mobile Telecommunications Corp., Ltd.,*

*/s/ Victor H. Yu*
Nathaniel M. Carle (SBN: 304846)
ncarle@katzruby.com
Victor H. Yu (SBN: 325411)
vyu@katzruby.com
KATZ RUBY & CARLE LLP
3420 Bristol St Ste 600
Costa Mesa, CA 92626
Telephone:    (510) 386-4919

*Attorneys for Defendant InnoPeak Technology, Inc.*

*/s/ Andrew F. Dawson*
Andrew F. Dawson (SBN: 264421)
adawson@keker.com
Cody J.K. Gray (SBN: 310525)
cgray@keker.com
JiLon Li (SBN: 348025)
jli@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400

*Attorneys for Defendant Zijing Zeng*

JOINT STATUS REPORT

4

CASE NO. 5:25-CV-07105-EKL

**ATTESTATION:** Pursuant to Local Rules 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Robyn Carrico Crowther, Victor H. Yu and Andrew F. Dawson.

/s/ Leslie M. Schmidt
Leslie M. Schmidt

PURSUANT TO THE PARTIES' AGREEMENT, IT IS SO ORDERED.

DATED: March __27__, 2026

_____
Hon. Virginia K. DeMarchi
United States Magistrate Judge