Adam R. Alper (SBN: 196834)
adam.alper@kirkland.com
Laura Vartain Horn (SBN: 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:   (415) 439-1400

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:   (714) 982-8822

Leslie M. Schmidt (admitted *pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone:   (212) 446-4800

Maria M. Beltran (SBN: 327237)
maria.beltran@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:   (310) 552-4200

*Attorneys for Plaintiff Apple Inc.*

*[Additional counsel in signature page]*

Annabel Hayoung Chang (SBN: 267261)
annabel@ahc-law.com
LAW OFFICES OF ANNABEL H. CHANG APC
39116 Fremont Hub #1121
Fremont, CA 94536
Telephone:   (510) 404-8186

*Attorney for Defendant Chen Shi*

Robyn Carrico Crowther (SBN: 193840)
rcrowther@steptoe.com
STEPTOE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90017
Telephone:   (213) 439-9428

*Attorneys for Defendant Guangdong Oppo Mobile Telecommunications Corp., Ltd.*

Nathaniel M. Carle (SBN: 304846)
ncarle@katzruby.com
Victor H. Yu (SBN: 325411)
vyu@katzruby.com
KATZ RUBY & CARLE LLP
3420 Bristol St Ste 600
Costa Mesa, CA 92626
Telephone:   (510) 386-4919

*Attorneys for Defendant InnoPeak Technology, Inc.*

*[Additional counsel in signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>      Plaintiff,<br><br>     v.<br><br>CHEN SHI, GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD., INNOPEAK TECHNOLOGY, INC., and ZIJING ZENG,<br><br>     Defendants. | CASE NO. 5:25-CV-07105-EKL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR CASE MANAGEMENT CONFERENCE**<br><br>Date: July 15, 2026<br>Time: 1:30 p.m.<br>Judge: Honorable Eumi K. Lee<br>Complaint Filed: August 21, 2025 |

Plaintiff Apple Inc. ("Apple"), Defendant Chen Shi, Defendant Guangdong Oppo Mobile Telecommunications Corp., Ltd., Defendant InnoPeak Technology, Inc., and Defendant Zijing Zeng (collectively, "the Parties"), by and through their respective undersigned counsel, hereby stipulate as follows:

On August 21, 2025, Apple filed the Complaint in the instant action, Dkt. 1.  Apple filed a First Amended Complaint on November 3, 2025, Dkt. 129, and a Second Amended Complaint on January 5, 2026, Dkt. 251, adding Zijing Zeng as a Defendant.

The Court heard argument on Apple's Motion for Preliminary Injunction, Dkts. 155, 211, 215, 266 (public versions) on March 10, 2026, Dkt. 368.

On January 30, 2026, Defendants filed Motions to Dismiss Apple's Second Amended Complaint, Dkts. 312, 313, 314.  The Motions were set to be heard on May 27, 2026.  On May 19, 2026, the Court took the Motions under submission without hearing.  Dkt. 389.

The Parties agree and stipulate that a Case Management Conference should be set, in compliance with this Court's Standing Order for Civil Cases Before Judge Eumi K. Lee Section VI, on July 15, 2026, which is the next available date on the Court's calendar after the now-vacated May 27, 2026 Motions to Dismiss hearing, on which all Parties are available.

Now therefore, the Parties respectfully request that the Court set a Case Management Conference in the instant action on July 15, 2026, or on an alternative date that the Court's calendar allows, with the Parties' Joint Case Management Statement to be filed at least 14 days prior to the date of the Case Management Conference.

**IT IS SO STIPULATED**, through Counsel of Record.

DATED: May 22, 2026

/s/ Leslie M. Schmidt
Adam R. Alper (SBN: 196834)
adam.alper@kirkland.com
Laura Vartain Horn (SBN: 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:    (714) 982-8822
Facsimile:    (714) 982-8844

Leslie M. Schmidt (admitted *pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

David I. Horowitz (SBN: 248414)
david.horowitz@kirkland.com
S. Adina Stohl (SBN: 301252)
adina.stohl@kirkland.com
Maria M. Beltran (SBN: 327237)
maria.beltran@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:    (310) 552-4200
Facsimile:    (310) 552-5900

*Attorneys for Plaintiff Apple Inc.*

Respectfully submitted,

/s/ Annabel Hayoung Chang
Annabel Hayoung Chang (SBN: 267261)
annabel@ahc-law.com
LAW OFFICES OF ANNABEL H. CHANG APC
39116 Fremont Hub #1121
Fremont, CA 94536
Telephone:    (510) 404-8186

Max C. Nicholas (admitted *pro hac vice*)
maxn@maxnicholasllc.com
40 Exchange Place, 18th Floor
New York, NY 10005
Telephone:    (646) 741-0229

*Attorney for Defendant Chen Shi*

/s/ Robyn Carrico Crowther
Robyn Carrico Crowther (SBN: 193840)
rcrowther@steptoe.com
STEPTOE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90017
Telephone:    (213) 439-9428

Boyd T. Cloern (admitted *pro hac vice*)
bcloern@steptoe.com
Yueyue Wang (admitted *pro hac vice*)
gwang@steptoe.com
STEPTOE LLP
1330 Connecticut Ave., Ste. 2800
Washington, DC 20036
Telephone:    (202) 429-3000

Ryan S. Landes (SBN: 252642)
ryanlandes@quinnemmanuel.com
Patrick Schmidt
patrickschmidt@quinnemmanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone:    (213) 443-3145

David Eisman (SBN: 114758)
davideisman@quinemmanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

JOINT STIPULATION AND [PROPOSED] ORDER
FOR CASE MANAGEMENT CONFERENCE

3

CASE No. 5:25-CV-07105-EKL

50 California St., 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6314

Yixuan Zhu (admitted *pro hac vice*)
yixuanzhu@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Central Park Plaza, 13th Floor
10 Chaoyang Park South Road
Chaoyang District
Beijing 100026, China
Telephone: +86 10 53350105

*Attorneys for Defendant Guangdong Oppo Mobile Telecommunications Corp., Ltd.,*

/s/ Victor H. Yu
Nathaniel M. Carle (SBN: 304846)
ncarle@katzruby.com
Victor H. Yu (SBN: 325411)
vyu@katzruby.com
KATZ RUBY & CARLE LLP
3420 Bristol St Ste 600
Costa Mesa, CA 92626
Telephone:    (510) 386-4919

*Attorneys for Defendant InnoPeak Technology, Inc.*

/s/ Andrew F. Dawson
Andrew F. Dawson (SBN: 264421)
adawson@keker.com
Cody J.K. Gray (SBN: 310525)
cgray@keker.com
JiLon Li (SBN: 348025)
jli@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400

*Attorneys for Defendant Zijing Zeng*

JOINT STIPULATION AND [PROPOSED] ORDER
FOR CASE MANAGEMENT CONFERENCE                4                CASE NO. 5:25-CV-07105-EKL

**ATTESTATION:** Pursuant to Local Rules 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Annabel Hayoung Chang, Robyn Carrico Crowther, Victor H. Yu, and Andrew F. Dawson.

/s/ Leslie M. Schmidt
Leslie M. Schmidt

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____

Hon. Eumi K. Lee
United States District Court Judge