Adam R. Alper (SBN: 196834)
adam.alper@kirkland.com
Laura Vartain Horn (SBN: 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:    (714) 982-8822

Leslie M. Schmidt (admitted *pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone:    (212) 446-4800

Maria M. Beltran (SBN: 327237)
maria.beltran@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:    (310) 552-4200

*Attorneys for Plaintiff Apple Inc.*

*[Additional counsel in signature page]*

Annabel Hayoung Chang (SBN: 267261)
annabel@ahc-law.com
LAW OFFICES OF ANNABEL H. CHANG APC
39116 Fremont Hub #1121
Fremont, CA 94536
Telephone:    (510) 404-8186

*Attorney for Defendant Chen Shi*

Robyn Carrico Crowther (SBN: 193840)
rcrowther@steptoe.com
STEPTOE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90017
Telephone:    (213) 439-9428

*Attorneys for Defendant Guangdong Oppo Mobile
Telecommunications Corp., Ltd.*

Nathaniel M. Carle (SBN: 304846)
ncarle@katzruby.com
Victor H. Yu (SBN: 325411)
vyu@katzruby.com
KATZ RUBY & CARLE LLP
3420 Bristol St Ste 600
Costa Mesa, CA 92626
Telephone:    (510) 386-4919

*Attorneys for Defendant InnoPeak Technology, Inc.*

*[Additional counsel in signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | CASE NO. 5:25-CV-07105-EKL |
| Plaintiff, | **JOINT STATUS UPDATE REGARDING POTENTIAL DISPUTES REFERENCED IN JOINT DISCOVERY PLAN (DKT. 395)** |
| v. | |
| CHEN SHI, GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD., INNOPEAK TECHNOLOGY, INC., and ZIJING ZENG, | Judge: Honorable Eumi K. Lee<br>Complaint Filed: August 21, 2025 |
| Defendants. | |

Plaintiff Apple Inc. ("Apple"), Defendant Chen Shi, Defendant Guangdong Oppo Mobile Telecommunications Corp., Ltd., Defendant InnoPeak Technology, Inc., and Defendant Zijing Zeng (collectively, "the Parties"), by and through their respective undersigned counsel, provide the following status update regarding potential disputes set forth in the Parties' Joint Discovery Plan (Dkt. 395) filed on June 17, 2026:

- The Parties have reached an agreement regarding the ESI Protocol, which was filed on June 29, 2026 (Dkt. 397);

- The Parties do not presently have any disputes regarding the logging of privileged information;

- The Parties are continuing to meet and confer regarding the process by which custodial ESI will be identified and produced, and will postpone the submission of any dispute (previously expected to be filed by June 29, 2026) to allow for additional conferrals;

- The Parties are continuing to meet and confer regarding the number of interrogatories, and their counting, by each Party; and

- The Parties are continuing to meet and confer regarding the production of forensic discovery, and will postpone the submission of any dispute (previously expected to be filed by June 29, 2026) to allow for additional conferrals.

DATED: June 29, 2026

*/s/ Leslie M. Schmidt*
Adam R. Alper (SBN: 196834)
adam.alper@kirkland.com
Laura Vartain Horn (SBN: 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:     (714) 982-8822
Facsimile:     (714) 982-8844

Leslie M. Schmidt (admitted *pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

David I. Horowitz (SBN: 248414)
david.horowitz@kirkland.com
S. Adina Stohl (SBN: 301252)
adina.stohl@kirkland.com
Maria M. Beltran (SBN: 327237)
maria.beltran@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:     (310) 552-4200
Facsimile:     (310) 552-5900

*Attorneys for Plaintiff Apple Inc.*

Respectfully submitted,

*/s/ Annabel H. Chang*
Annabel Hayoung Chang (SBN: 267261)
annabel@ahc-law.com
LAW OFFICES OF ANNABEL H. CHANG APC
39116 Fremont Hub #1121
Fremont, CA 94536
Telephone:     (510) 404-8186

Max C. Nicholas (admitted *pro hac vice*)
maxn@maxnicholasllc.com
40 Exchange Place, 18th Floor
New York, NY 10005
Telephone:     (646) 741-0229

*Attorney for Defendant Chen Shi*

*/s/ Ryan S. Landes*
Robyn Carrico Crowther (SBN: 193840)
rcrowther@steptoe.com
STEPTOE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90017
Telephone:     (213) 439-9428

Boyd T. Cloern (admitted *pro hac vice*)
bcloern@steptoe.com
Yueyue Wang (admitted *pro hac vice*)
gwang@steptoe.com
STEPTOE LLP
1330 Connecticut Ave., Ste. 2800
Washington, DC 20036
Telephone:     (202) 429-3000

Ryan S. Landes (SBN: 252642)
ryanlandes@quinnemmanuel.com
Patrick Schmidt
patrickschmidt@quinnemmanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone:     (213) 443-3145

David Eisman (SBN: 114758)
davideisman@quinemmanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

JOINT STATUS REPORT UPDATE REGARDING
POTENTIAL DISPUTES REFERENCED IN
DISCOVERY PLAN (DKT. 395)

2                    CASE No. 5:25-CV-07105-EKL

50 California St., 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6314

Yixuan Zhu (admitted *pro hac vice*)
yixuanzhu@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Central Park Plaza, 13th Floor
10 Chaoyang Park South Road
Chaoyang District
Beijing 100026, China
Telephone: +86 10 53350105

*Attorneys for Defendant Guangdong Oppo Mobile
Telecommunications Corp., Ltd.,*

/s/ *Victor H. Yu*
Nathaniel M. Carle (SBN: 304846)
ncarle@katzruby.com
Victor H. Yu (SBN: 325411)
vyu@katzruby.com
KATZ RUBY & CARLE LLP
3420 Bristol St Ste 600
Costa Mesa, CA 92626
Telephone:    (510) 386-4919

*Attorneys for Defendant InnoPeak Technology,
Inc.*

/s/ *Andrew F. Dawson*
Andrew F. Dawson (SBN: 264421)
adawson@keker.com
Cody J.K. Gray (SBN: 310525)
cgray@keker.com
JiLon Li (SBN: 348025)
jli@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400

*Attorneys for Defendant Zijing Zeng*

JOINT STATUS REPORT UPDATE REGARDING
POTENTIAL DISPUTES REFERENCED IN              3                    CASE NO. 5:25-CV-07105-EKL
DISCOVERY PLAN (DKT. 395)

**ATTESTATION:** Pursuant to Local Rules 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Annabel H. Chang, Ryan S. Landes, Victor H. Yu, and Andrew F. Dawson.

_/s/ Leslie M. Schmidt_
Leslie M. Schmidt
