# Exhibit A

**EXHIBIT A TO JOINT CASE MANAGEMENT STATEMENT**

| Case Event | Proposed Date |
| --- | --- |
| Substantial Completion of Document Production | November 20, 2026 |
| Close of Fact Discovery | January 22, 2027 |
| Service of Opening Expert Reports | February 26, 2027 |
| Service of Rebuttal Expert Reports | March 26, 2027 |
| Close of Expert Discovery | April 30, 2027 |
| Deadline to File *Daubert* and Dispositive Motions | May 20, 2027 |
| Deadline to File Oppositions to *Daubert* and Dispositive Motions | June 17, 2027 |
| Deadline to File Replies to *Daubert* and Dispositive Motions | July 1, 2027 |
| *Daubert* and Dispositive Motions Hearing | August 4, 2027 at 10 am or at the Court's earliest convenience |
| Lead Counsel to Meet and Confer Re: (1) Settlement; (2) Preparation of Joint Pretrial Filings; and (3) Clarifying/Narrowing Contested Issues for Trial | August 11, 2027 |
| Parties to Exchange All Proposed Evidence to be Used in Case in Chief at Trial, Including Complete List of Exhibits, Witnesses to be Called including Brief Description of Subject Matter of Testimony, List Containing Citations to All Evidence to be Introduced at Trial (Not Including Impeachment or Rebuttal) from Deposition Testimony, Interrogatory Responses, or Responses to Requests for Admissions | August 25, 2027 |

| Case Event | Proposed Date |
|---|---|
| Parties to Confer to Determine Whether Any Evidentiary Issues May be Resolved by Stipulation | September 1, 2027 |
| Deadline to File Motions *In Limine* | September 8, 2027 |
| Deadline to File Joint Pretrial Statement and Proposed Order; Proposed Jury Instructions; Proposed Voir Dire Questions; Proposed Verdict Forms; Proposed Statement of the Case; and Trial Briefs | September 22, 2027 |
| Deadline to File Oppositions to Motions *In Limine* | September 22, 2027 |
| Parties to Confer re Stipulation to Exhibits' Admissibility | September 27, 2027 |
| Final Pretrial Conference | October 27, 2027 at 2:30 pm or at the Court's earliest convenience |
| Deadline to File Form Exhibit and Witness Lists | November 17, 2027 |
| Trial | December 7, 2027 or at the Court's earliest convenience |
| Estimated Length of Trial (in days) | 10 Days |

EXHIBIT A TO JOINT CASE MANAGEMENT STATEMENT

2

CASE NO. 5:25-CV-07105-EKL