UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br>Plaintiff,<br>v.<br>CHEN SHI, et al.,<br>Defendants. | Case No. 25-cv-07105-EKL (VKD)<br>**INTERIM ORDER RE SEPTEMBER 2, 2026 DISCOVERY DISPUTE**<br>Re: Dkt. No. 410 |

On September 8, 2026, the Court held a hearing on the parties' September 6, 2026 discovery dispute. Dkt. No. 410. As discussed at the hearing, the Court requires additional information before it can resolve this dispute.

1. Apple shall promptly provide to defendants a list of the specific documents (or categories of documents) it requests from defendants, as well as a list of the specific questions it wishes defendants to answer. To the extent Apple contends the documents and information it seeks are within the scope of existing document requests or interrogatories, it shall include a reference to the corresponding discovery request for each item on the list.
2. Thereafter, the parties shall confer about the nature and scope of documents and information requested in an effort to reach agreement on what, if anything, defendants (or a subset of defendants) will produce.
3. By **September 14, 2026**, the parties shall jointly file Apple's list of documents requested and questions to be answered, together with defendants' brief statement for each item on the list indicating whether a defendant agrees to produce the documents

United States District Court
Northern District of California

United States District Court
Northern District of California

requested or answer the questions posed, and if not, the principal objection on which that defendant relies (e.g., relevance, interference with foreign criminal investigation). No party shall include argument in the joint submission.

**IT IS SO ORDERED.**

Dated: September 8, 2026

Virginia K. DeMarchi
United States Magistrate Judge