United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br>Plaintiff,<br>v.<br>CHEN SHI, et al.,<br>Defendants. | Case No. 25-cv-07105-EKL<br><br>**ORDER REGARDING MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 155, 330, 331, 332, 333, 334, 335, 336 |

In this trade secret misappropriation case, the parties have filed an omnibus motion to seal parts of the extensive record relating to Plaintiff Apple Inc.'s motion for a preliminary injunction. *See* ECF Nos. 155, 330, 331, 332, 333, 334, 335, 336. Having carefully reviewed the motion, the parties' statements and declarations in support of sealing, and the materials filed under seal, the Court GRANTS the motions in part as detailed below.

## I. LEGAL STANDARD

The Ninth Circuit recognizes "a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). "A party seeking to seal a judicial record then bears the burden of overcoming this strong presumption by meeting the 'compelling reasons' standard." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Foltz*, 331 F.3d at 1135). "In general, 'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such 'court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id.* at 1179 (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). The "compelling reasons" standard applies to requests to seal motions that are "more than tangentially related to the

merits of a case." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016). The parties must show compelling reasons to seal the materials at issue here because Apple's motion for a preliminary injunction is more than tangentially related to the merits of the case. *Id*. at 1099 (recognizing that "a motion for preliminary injunction frequently requires the court to address the merits of a case, which often includes the presentation of substantial evidence"); *see also Celgard, LLC v. Targray Tech. Int'l Inc.*, No. 19-cv-02401-VKD, 2019 WL 3841997, at *2 (N.D. Cal. Aug. 15, 2019).

Additionally, parties must comply with Civil Local Rule 79-5. Sealing requests must be "narrowly tailored to seal only the sealable material." Civil L.R. 79-5(c)(3). Requests must identify "the reasons for keeping a document under seal," and explain the "interests that warrant sealing," "the injury that will result if sealing is denied," and "why a less restrictive alternative to sealing is not sufficient." *Id.* at 79-5(c)(1). "Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable." *Id*. at 79-5(c).

## II. DISCUSSION

In general, the parties' sealing requests are narrowly tailored to protect confidential information that, if publicly disclosed, may cause competitive harm. The sealing requests are supported by detailed declarations explaining the reasons for sealing. The sealable information includes confidential product designs, non-public technical research and development, product roadmaps and business strategy, and internal code names. There are compelling reasons to seal this information. *See Kamakana*, 447 F.3d at 1179 (identifying compelling reasons to seal trade secrets); *In re Google Location Hist. Litig.*, 514 F. Supp. 3d 1147, 1162 (N.D. Cal. 2021) ("Compelling reasons may exist to seal trade secrets, marketing strategies, product development plans, detailed product-specific financial information, customer information, [and] internal reports[.]" (citation modified)); *Juicero, Inc. v. iTaste Co*., No. 17-cv-01921-BLF, 2017 WL 2335623, at *2 (N.D. Cal. May 30, 2017) (finding compelling reasons to seal "proprietary financial and research and development information").

Additionally, some documents reflect personally identifiable information ("PII") and other personal or financial information of non-parties that is not material to the motion for preliminary injunction. This information is also properly sealed. *See, e.g.*, *Klein v. Meta Platforms, Inc.*, No. 20-cv-08570-JD, 2022 WL 22936870, at *2 (N.D. Cal. Aug. 31, 2022) ("There is a sufficient privacy interest in keeping the email addresses of employees redacted[.]"); *Benedict v. Hewlett-Packard Co.*, No. 13-cv-00119-LHK, 2014 WL 233827, at *3 (N.D. Cal. Jan. 21, 2014) (granting motion to seal "personal contact information," including a "home address, phone number, and email address").

However, certain requests are inadequately supported, overbroad, or seek to seal information that does not appear to be confidential. For example, the Court has denied Apple's request to seal high-level descriptions of design concepts and processes, though a more detailed discussion of how these concepts and processes apply to specific products may be sealed. Additionally, some of the sealing requests relate to information that is "'central' to the merits of the case" and should not be sealed. *Simpson Strong-Tie Co. v. MiTek Inc.*, No. 20-cv-06957-VKD, 2023 WL 9187547, at *3 (N.D. Cal. Dec. 15, 2023) (citation modified). The Court has also denied Apple's requests to seal information contained within Defendants' documents, to the extent Defendants do not maintain confidentiality and if the information could not plausibly disclose Apple's own confidential information. *See* Opp. at 1-2, ECF No. 342 (Defendants withdrawing confidentiality designations).

The chart below reflects the Court's individualized rulings on each sealing request. The chart is adapted from the parties' proposed order. ECF No. 330-7. Some documents were filed on the docket more than once under separate ECF numbers. The Court has retained separate entries in the chart below for each ECF number to make clear that information sealed in one part of the record may be sealed in other parts of the record. However, on occasion, the proposed order also included multiple entries relating to one document filed at a particular ECF number. In those circumstances, the separate entries were consolidated so that the chart includes only one entry for each ECF number.

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| 156-03 | Apple's Motion for a Preliminary Injunction | Blue highlighted portions at pp. 4, 11 (Apple) | GRANTED as to page 11. Reflects detailed information regarding confidential product design.<br>DENIED as to page 4. Reflects high-level discussion of design concepts. |
| 156-05 | Exhibit 19 to the Declaration of Leslie Schmidt | Blue highlighted portions at pp. 9, 15 (Apple) | DENIED. Reflects general salary range information. |
| 156-07 | Exhibit 34 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 156-08 | Exhibit 35 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 156-09 | Exhibit 36 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 156-10 | Exhibit 39 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential design methodology. |
| 156-11 | Exhibit 40 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 156-12 | Exhibit 41 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 156-13 | Exhibit 42 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 156-14 | Exhibit 43 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product roadmap, research and development, and business plans. |
| 156-15 | Exhibit 44 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 156-16 | Exhibit 45 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED except as to the portion addressed below. Reflects detailed information regarding confidential product design.<br>DENIED as to APL-SHI_00001636. |

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | | | Reflects general information regarding product design. |
| 156-17 | Exhibit 50 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 156-18 | Exhibit 54 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 156-19 | Exhibit 55 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 156-20 | Exhibit 56 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 156-21 | Exhibit 57 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 156-22 | Exhibit 58 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 156-23 | Exhibit 61 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product roadmap, research and development, and business plans. |
| 156-24 | Exhibit B to the Declaration of R. Nellaivadivelu | Entirety (Apple) | DENIED. Reflects basic information concerning Apple's confidentiality policy. |
| 156-25 | Exhibit C to the Declaration of R. Nellaivadivelu | Entirety (Apple) | DENIED. Reflects basic information concerning Apple's confidentiality policy and practices. |
| 156-26 | Exhibit D to the Declaration of R. Nellaivadivelu | Entirety (Apple) | DENIED. Reflects basic information concerning Apple's confidentiality policy and practices. |
| 156-27 | Exhibit E to the Declaration of R. Nellaivadivelu | Entirety (Apple) | DENIED. Reflects basic information concerning Apple's confidentiality policy and practices. |
| 156-28 | Exhibit F to the Declaration of R. Nellaivadivelu | Entirety (Apple) | DENIED. Reflects basic information concerning Apple's employment policies. |
| 156-29 | Exhibit G to the Declaration of R. | Entirety (Apple) | DENIED. Reflects basic employment information, which is |

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | Nellaivadivelu | | pertinent to the motion for preliminary injunction. |
| 156-30 | Declaration of Daniel Roffman in Support of Apple's Motion for a Temporary Restraining Order | Blue highlighted portions at ¶¶ 5, 19, 20, 26, 27, 28, 30, 31, 33 (Apple)<br>Orange highlighted portion at ¶ 20 (Apple and Dr. Shi)<br>Gray highlighted portions at ¶ 13 | GRANTED. Reflects PII and confidential code names. |
| 156-32 | Exhibit B to the Declaration of Daniel Roffman | Blue highlighted portions at pp. 9, 15 (Apple) | DENIED. Reflects general salary range information. |
| 156-34 | Exhibit E to the Declaration of Daniel Roffman | Blue highlighted portions at pp. 23-20, 22, 24, 26, 27 (Apple) | GRANTED. Reflects detailed information regarding confidential product design and confidential code names. |
| 156-36 | Exhibit F to the Declaration of Daniel Roffman | Blue highlighted portions at p. 2 (Apple) | GRANTED. Reflects detailed information regarding confidential product design and confidential code names. |
| 156-38 | Exhibit G to the Declaration of Daniel Roffman | Blue highlighted portions at pp. 2-11, 14 (Apple) | GRANTED. Reflects detailed information regarding confidential product design and confidential code names. |
| 156-40 | Declaration of Daniel Roffman in Support of Apple's Motion for a Preliminary Injunction | Blue highlighted portions at ¶¶ 5, 7, 61 (Apple)<br>Gray highlighted portions on pages 3, 4, 12, 14, 19, 22, 23, 24 (Dr. Shi) | GRANTED. Reflects detailed information regarding confidential code names, device information, and PII. |
| 156-42 | Declaration of Brian Land in Support of Apple's Motion for a Preliminary Injunction | Blue highlighted portions at ¶¶ 24, 26, 29-36, 38-41, 43, 45-52, 54-59, 61-62 (Apple) | GRANTED except as to the portion addressed below. Reflects detailed information regarding confidential product design and code names.<br>DENIED as to paragraph 24. Reflects high-level discussion of design concepts. |
| 156-44 | Declaration of Majid Sarrafzadeh in Support of Apple's Motion | Blue highlighted portions at p. ii and ¶¶ 58-59, 61-65, 67-69, 71-72, 74, 76, 78-79, 81-82, 84, 87-90, 93, 95, 97, 107, 116, 134-140, 142, 144-148, 150- | GRANTED except as to the portions addressed below. Reflects detailed information regarding confidential product design and code names.<br>DENIED as to paragraphs 58 and 89- |



United States District Court
Northern District of California

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | for a Preliminary Injunction | 175, 177-195, 199-202, p. 16 (Header 1), p. 19 (Header 2), p. 20 (Header 3), p. 21 (Header 4), p. 22 (Headers 5-6), p. 23 (Header 7), p. 24 (Header 8), p. 25 (Header 1), p. 31 (Header 3) (Apple) | 90. Reflects high-level discussion of design concepts. |
| 157-03 | Apple's Motion for a Preliminary Injunction | Blue highlighted portions at pp. 4, 11 (Apple) | GRANTED as to page 11. Reflects detailed information regarding confidential product design.<br>DENIED as to page 4. Reflects high-level discussion of design concepts. |
| 157-06 | Declaration of Daniel Roffman in Support of Apple's Motion for a Preliminary Injunction | Blue highlighted portions at ¶¶ 5, 7, 61 (Apple)<br>Gray highlighted portions on pages 3, 4, 12, 14, 19, 22, 23, 24 (Dr. Shi) | GRANTED. Reflects detailed information regarding confidential code names, device information, and PII. |
| 157-08 | Exhibit B to the Declaration of Daniel Roffman | Blue highlighted portions at pp. 9, 15 (Apple) | DENIED. Reflects general salary range information. |
| 158-03 | Apple's Motion for a Preliminary Injunction | Blue highlighted portions at pp. 4, 11 (Apple) | GRANTED as to page 11. Reflects detailed information regarding confidential product design.<br>DENIED as to page 4. Reflects high-level discussion of design concepts. |
| 158-05 | Exhibit 3 to the Declaration of Leslie Schmidt | Blue highlighted portions at pp. 4-5 (Apple)<br>Green highlighted portions at pp. 4, 5 (OPPO) | DENIED as to Apple's request. Reflects general salary range information.<br>GRANTED as to OPPO's request. Reflects personal financial information that is not pertinent to the litigation. |
| 158-11 | Exhibit 28 to the Declaration of Leslie Schmidt | Blue highlighted portions at pp. 5-6 (Apple)<br>Green highlighted portions at pp. 5, 6 (OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 158-12 | Exhibit 29 to the Declaration of Leslie Schmidt | Green highlighted portions at p. 5 (OPPO) | DENIED. Reflects general information regarding patents. |
| 158-15 | Exhibit 35 to the Declaration of | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential |

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | Leslie Schmidt | | product design. |
| 158-16 | Exhibit 37 to the Declaration of Leslie Schmidt | Green highlighted portions at pp. 6-8 (OPPO) | DENIED. Reflects general information. |
| 158-18 | Exhibit 39 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential design methodology. |
| 158-19 | Exhibit 41 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 158-20 | Exhibit 46 to the Declaration of Leslie Schmidt | Blue highlighted portions at pp. 4, 7 (Apple) | DENIED. Reflects general salary range information. |
| 158-23 | Exhibit 50 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 158-24 | Exhibit 51 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 158-26 | Exhibit B to the Declaration of Daniel Roffman | Blue highlighted portions at pp. 9, 15 (Apple) | DENIED. Reflects general salary range information. |
| 158-28 | Declaration of Majid Sarrafzadeh in Support of Apple's Motion for a Preliminary Injunction | Blue highlighted portions at p. ii and ¶¶ 58-59, 61-65, 67-69, 71-72, 74, 76, 78-79, 81-82, 84, 87-90, 93, 95, 97, 107, 116, 134-140, 142, 144-148, 150-175, 177-195, 199-202, p. 16 (Header 1), p. 19 (Header 2), p. 20 (Header 3), p. 21 (Header 4), p. 22 (Headers 5-6), p. 23 (Header 7), p. 24 (Header 8), p. 25 (Header 1), p. 31 (Header 3) (Apple) | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 156-44 (Declaration of Majid Sarrafzadeh). |
| 158-30 | Declaration of Daniel Roffman in Support of Apple's Motion for a Preliminary Injunction | Blue highlighted portions at ¶¶ 5, 7, 61 (Apple)<br><br>Gray highlighted portions on pages 3, 4, 12, 14, 19, 22, 23, 24 (Dr. Shi) | GRANTED. Reflects detailed information regarding confidential code names, device information, and PII. |
| 159-03 | Apple's Motion for a Preliminary | Blue highlighted portions at pp. 4, 11 (Apple) | GRANTED as to page 11. Reflects detailed information regarding |

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | Injunction | | confidential product design.<br>DENIED as to page 4. Reflects high-level discussion of design concepts. |
| 159-09 | Exhibit 25 to the Declaration of Leslie Schmidt | Gray highlighted portion at page 1 (Dr. Shi) | DENIED. Reflects basic facts that are pertinent to the motion for preliminary injunction. |
| 159-11 | Exhibit 33 to the Declaration of Leslie Schmidt | Entirety (InnoPeak) | DENIED. Reflects basic facts that are pertinent to the motion for preliminary injunction. |
| 159-12 | Exhibit 34 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 159-14 | Exhibit 52 to the Declaration of Leslie Schmidt | Entirety (InnoPeak) | GRANTED. Reflects detailed information regarding confidential product design and code names. |
| 159-15 | Exhibit 53 to the Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design and code names. |
| 159-16 | Exhibit B to the Declaration of Daniel Roffman | Blue highlighted portions at pp. 9, 15 (Apple) | DENIED. Reflects general salary range information. |
| 159-18 | Declaration of Majid Sarrafzadeh in Support of Apple's Motion for a Preliminary Injunction | Blue highlighted portions at p. ii and ¶¶ 58-59, 61-65, 67-69, 71-72, 74, 76, 78-79, 81-82, 84, 87-90, 93, 95, 97, 107, 116, 134-140, 142, 144-148, 150-175, 177-195, 199-202, p. 16 (Header 1), p. 19 (Header 2), p. 20 (Header 3), p. 21 (Header 4), p. 22 (Headers 5-6), p. 23 (Header 7), p. 24 (Header 8), p. 25 (Header 1), p. 31 (Header 3) (Apple) | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 156-44 (Declaration of Majid Sarrafzadeh). |
| 159-20 | Declaration of Daniel Roffman in Support of Apple's Motion for a Preliminary Injunction | Blue highlighted portions at ¶¶ 5, 7, 61 (Apple)<br>Gray highlighted portions on pages 3, 4, 12, 14, 19, 22, 23, 24 (Dr. Shi) | GRANTED. Reflects detailed information regarding confidential code names, device information, and PII. |
| 216-06 | Exhibit 4 to Defendants' | Blue highlighted portions at 112:5-6 | GRANTED. Reflects detailed information regarding confidential |



United States District Court
Northern District of California

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | Opposition to Apple's Motion for Preliminary Injunction | | product design and code names. |
| 217 | Defendants' Opposition to Apple's Motion for Preliminary Injunction | Blue highlighted portions at pp. 3, 10-11, 13-18, 22-24, 30-31 (Apple)<br>Green highlighted portions on pages 30, 31, and 37 (OPPO)<br>Purple highlighted portions at pp. 30-31 (Apple/OPPO) | GRANTED except for the portions addressed below. Reflects detailed information regarding confidential product design.<br>DENIED as to pages 15:5-6, 15:10, 16-18, and 37. Reflects a high-level characterization of evidence (or the absence of evidence), Apple's policies, and basic facts that are pertinent to the motion for preliminary injunction. |
| 218[1] | Declaration of Paul Connolly in Support of Defendants' Opposition | Blue highlighted portion at ¶ 86 (Apple) | GRANTED. Reflects confidential device information. |
| 219-01 | Exhibit 1 to the Declaration of Robyn Crowther | Blue highlighted portions at 96:7-9, 96:14-16, 96:18-19, 99:2, 123:10-11, 123:15-16, 123:19-20, 123:24-124:1, 124:3, 124:11, 124:13, 124:16, 124:18-20, 124:25-125:1, 125:5, 125:7-8, 125:10-16, 125:20-126:6, 126:9-13, 127:8-9, 127:11-14, 127:16-24, 128:13, 128:16-20, 128:24, 129:1-2, 129:4-5, 129:12, 129:15-17, 129:22-23, 130:3, 130:8-9, 131:4-5, 131:9-11, 132:12-13, 132:25-133:2, 134:10-11, 160:23-24, 161:3-4, 161:10-11, 161:14, 161:17-18, 161:23-24, 162:1-7, 162:9, 162:11-13, 162:21-163:2, 164:24-165:1 (Apple) | GRANTED as to OPPO's request. Reflects compensation details of a non-party employee.<br>GRANTED as to Apple's requests except for the portions addressed below. Reflects detailed information regarding confidential product design.<br>DENIED as to pages 96, 99, 123:10-124:13, 124:25-125:5, and 132-133. Reflects general salary range information and high-level discussion of design concepts. |

[1] In other parts of the record, the parties requested to seal certain device information. *See, e.g.*, ECF Nos. 224, 230-01, 271-13. It appears that the parties did not request to seal the same or similar information in the Connolly Declaration at paragraphs 16, 20, and 95. The parties shall meet and confer regarding whether this information should be sealed and treat it consistently throughout the record.

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | | Green highlighted portions at p. 26. (OPPO) | |
| 219-02 | Exhibit 2 to the Declaration of Robyn Crowther | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 219-03 | Exhibit 3 to the Declaration of Robyn Crowther | Blue highlighted portions at pp. 4, 9-31, 33, 36, 41-63, 65 (Apple) | GRANTED except for the portions addressed below. Reflects detailed information regarding confidential product design.<br>DENIED as to pages 4 and 9. Reflects high-level discussion of design concepts. |
| 219-06 | Exhibit 6 to the Declaration of Robyn Crowther | Green highlighted portions at pp. 4, 6 | GRANTED. Reflects PII. |
| 219-07 | Exhibit 7 to the Declaration of Robyn Crowther | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 219-09 | Exhibit 9 to the Declaration of Robyn Crowther | Blue highlighted portions at p. 4 (Apple)<br>Green highlighted portions at pp. 4, 5, 7, 8 (OPPO)<br>Purple highlighted portions at p. 7 (Apple/OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 219-10 | Exhibit 10 to the Declaration of Robyn Crowther | Green highlighted portions at pp. 4, 6 (OPPO) | DENIED. Reflects general information regarding patents. |
| 220-01 | Exhibit 11 to the Declaration of Robyn Crowther | Entirety (OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 220-02 | Exhibit 12 to the Declaration of Robyn Crowther | Blue highlighted portions at pp. 7, 11 (Apple)<br>Gray highlighted portions on pages 4 and 10 (Dr. Shi) | DENIED as to Apple's request. Reflects general salary range information.<br>GRANTED as to Dr. Shi's request. Reflects PII. |
| 221-01 | Exhibit 14 to the Declaration of Robyn Crowther | Green highlighted portions at pp. 11, 20. (OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 221-03 | Exhibit 16 to the Declaration of | Blue highlighted at pp. 4, 6 (Apple) | DENIED as to Apple's request. Reflects general salary range |



United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | Robyn Crowther | Green highlighted portions at pp. 3, 5 (OPPO) | information.<br>GRANTED as to OPPO's request. Reflects personal financial information that is not pertinent to the litigation. |
| 222-03 | Exhibit 21 to the Declaration of Robyn Crowther | Blue highlighted portions at 101:2-24, 102:10-11, 102:13-103:14, 103:19-20, 112:5-6 (Apple) | GRANTED as to 112:5-6. Reflects confidential code name.<br>DENIED as to the remainder. Reflects general information about Apple policies and basic facts that are pertinent to the motion for preliminary injunction. |
| 222-04 | Exhibit 22 to the Declaration of Robyn Crowther | Blue highlighted portions at pp. 1-49 (Apple) | GRANTED. Reflects detailed information regarding confidential product design. *See* ECF No. 138. |
| 222-05 | Exhibit 23 to the Declaration of Robyn Crowther | Blue highlighted portions at pp. 1-70 (Apple) | GRANTED. Reflects detailed information regarding confidential product design. *See* ECF No. 138. |
| 222-06 | Exhibit 24 to the Declaration of Robyn Crowther | Blue highlighted portions at pp. 1-96 (Apple) | GRANTED. Reflects detailed information regarding confidential product design. *See* ECF No. 138. |
| 223-01 | Exhibit 28 to the Declaration of Robyn Crowther | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 223-02 | Exhibit 29 to the Declaration of Robyn Crowther | Blue highlighted portions at 6:11, 6:18-19, 7:6-7, 7:13, 29:19-31:8, 32:21-24, 33:21-25, 42:1-43:2, 43:8-13, 87:3-8, 90:4-5, 93:17-97:18, 99:16, 99:21, 99:24, 100:11, 100:15, 100:18, 100:25-105:24, 114:1-120:10, 120:12-25, 121:2-25, 126:1-24, 127:2-5, 127:7-128:5, 128:8-15, 128:19-24, 129:1-130:4, 130:6-134:24, 135:17-18, 135:21-136:1, 136:7-139:15, 139:22-140:13, 140:15-143:3, 143:5-145:10, 145:25-146:2, 146:5, 146:7-17, 146:19, 149:19-23, 150:4-7, 151:9-152:10, 152:16-153:2, 153:9-13, 153:16-19, 153:21, 158:1-2, 158:5-6, 158:8-160:14, 160:16-164:10, | GRANTED except for the portions addressed below. Reflects detailed information regarding confidential product design and code names.<br>DENIED as to 87:3-8, 127:2-128:3, 128:8-128:15, and 219:11-25. Reflects general information about patents, design processes, and basic facts that are pertinent to the motion for preliminary injunction. |



United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | | 164:12-165:4, 165:9, 165:14-17, 165:19, 170:2-171:1, 171:6-7, 171:10, 171:14, 171:16-21, 171:23-25, 172:6-9, 172:13-15, 172:18, 172:20, 172:24-173:17, 178:2-180:4, 180:9-190:12; 190:14-193:25, 206:12-207:5, 207:13-22, 208:20-25, 209:2-210:5, 210:7-13, 218:2-15, 219:11-25, 220:12-13, 220:18-19, 220:21-23, 221:6-7, 221:9-10, 221:13-14, 221:17, 221:18-20, 221:22-24, 222:1-5, 222:22-223:23, 224:4-6, 224:8-11, 224:13-15, 224:17-21, 224:24-225:2; 225:4-24, 226:1-4, 226:11-227:25, 235:1-2, 235:6-7, 235:10-11, 235:13-14; 235:23, 236:8-10, 236:18-19, 236:22, 237:14, 237:18-19, 237:24-25, 238:12, 239:3, 239:10-15, 239:20-21, 239:25-240:1, 240:4, 241:6, 262:13-16, 262:19-265:25 (Apple) | |
| 223-03 | Exhibit 30 to the Declaration of Robyn Crowther | Entirety (Apple) | DENIED without prejudice to renewal. The request to seal the entirety of this document is not narrowly tailored. |
| 223-04 | Exhibit 31 to the Declaration of Robyn Crowther | Orange highlighted portion and Blue highlighted portion at p. 1 (Apple and Dr. Shi) | GRANTED. Reflects confidential personal information. |
| 223-08 | Exhibit 35 to the Declaration of Robyn Crowther | Blue highlighted portions at 19:5, 20:2-20:18, 21:11-12, 37:23, 43:13-14, 44:24-45:21, 58:1-18, 59:3-15, 59:17-21, 59:23-60:5, 60:8-61:16, 61:18-25, 106:14-23, 108:12-24, 109:19-25, 124:14-16 (Apple) | DENIED. Reflects general information regarding Apple's policies. |
| 223-09 | Exhibit 36 to the Declaration of Robyn Crowther | Yellow-highlighted portions on pages 88, 89, 111-116, 123, and 124 (InnoPeak)<br><br>Blue highlighted portions at 114:8, 114:11-18, 115:1-2, 115:9-10, 116:25-117:2 | GRANTED. Reflects detailed information regarding confidential product design. |

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | | (Apple)<br>Pink highlighted portions at 114:8, 114:11, 114:15, 115:1 (Apple/InnoPeak) | |
| 223-10 | Exhibit 37 to the Declaration of Robyn Crowther | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 223-11 | Exhibit 38 to the Declaration of Robyn Crowther | Entirety (Apple) | GRANTED. Reflects confidential personal information and details of confidential product design. |
| 224 | Declaration of Haoxin Guan | Gray highlighted portions at page 8 (Dr. Shi) | GRANTED. Reflects confidential device information. |
| 225 | Declaration of Jie Hawes | Yellow-highlighted portions on page 1 (InnoPeak) | GRANTED. Reflects detailed information regarding confidential product design. |
| 229 | Declaration of Grace Yin | Yellow-highlighted portions on page 1, 3, and 4 (InnoPeak) | DENIED. Reflects general salary range information, and limited specific salary information that is pertinent to the motion for preliminary injunction. |
| 229-01 | Exhibit A to the Declaration of Grace Yin | Gray highlighted portion on page 1 (identified as Exhibit A page 8 in corner) (Dr. Shi)<br>Yellow-highlighted portions on pages InnoPeak00000586-87 (InnoPeak) | GRANTED as to Dr. Shi's request. Reflects PII.<br>DENIED as to InnoPeak's request. Reflects compensation information that is pertinent to the motion for preliminary injunction. |
| 229-03 | Exhibit C to the Declaration of Grace Yin | Gray highlighted portion on page 1 (identified as Exhibit C page 27 in corner) (Dr. Shi)<br>Yellow-highlighted portions on page InnoPeak00000389 (InnoPeak) | GRANTED. Reflects PII and confidential internal processes. |
| 229-04 | Exhibit D to the Declaration of Grace Yin | Yellow-highlighted portions on page InnoPeak00000426 (InnoPeak) | GRANTED. Reflects PII and confidential internal processes. |
| 230-01 | Exhibit A to the Declaration of Jiumin Zhao | Gray highlighted portion on page 1 (identified as Exhibit A page 8 in corner) (Dr. Shi) | GRANTED. Reflects confidential device information. |
| 231 | Declaration of Igor Efimov in Support of | Pink highlighted portions at ¶ 169 (Apple/InnoPeak)<br>Blue highlighted portions at | GRANTED except as to the portion addressed below. Reflects detailed information regarding confidential |



United States District Court
Northern District of California

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | Defendants' Opposition | ¶¶ 31 (pp. 10-12), 59, 169 (Apple)<br>Green highlighted portions of paragraphs 45, 47, and 48 (OPPO)<br>Yellow-highlighted portions on page 60 (InnoPeak) | product design.<br>DENIED as to OPPO's request to seal paragraph 45. Reflects basic information about Dr. Shi's work history. |
| 231-01 | Exhibit K to the Declaration of Igor Efimov | Entirety (Apple) | DENIED without prejudice to renewal. The request to seal the entirety of this document is not narrowly tailored. |
| 231-03 | Exhibit N to the Declaration of Igor Efimov | Entirety (Apple) | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 158-05 (Exhibit 3 to the Declaration of Leslie Schmidt). |
| 231-04 | Exhibit O to the Declaration of Igor Efimov | Blue highlighted portions at 96:7-9, 96:14-16, 96:18-19, 99:2, 123:10-11, 123:15-16, 123:19-20, 123:24-124:1, 124:3, 124:11, 124:13, 124:16, 124:18-20, 124:25-125:1, 125:5, 125:7-8, 125:10-16, 125:20-126:6, 126:9-13, 127:8-9, 127:11-14, 127:16-24, 128:13, 128:16-20, 128:24, 129:1-2, 129:4-5, 129:12, 129:15-17, 129:22-23, 130:3, 130:8-9, 131:4-5, 131:9-11, 132:12-13, 132:25-133:2, 134:10-11, 160:23-24, 161:3-4, 161:10-11, 161:14, 161:17-18, 161:23-24, 162:1-7, 162:9, 162:11-13, 162:21-163:2, 164:24-165:1 (Apple) | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 219-01 (Exhibit 1 to the Declaration of Robyn Crowther). |
| 231-05 | Exhibit P to the Declaration of Igor Efimov | Blue highlighted portions at 6:11, 6:18-19, 7:6-7, 7:13, 29:19-31:8, 32:21-24, 33:21-25, 42:1-43:2, 43:8-13, 87:3-8, 90:4-5, 93:17-97:18, 99:16, 99:21, 99:24, 100:11, 100:15, 100:18, 100:25-105:24, 114:1-120:10, 120:12-25, 121:2-25, 126:1-24, 127:2-5, 127:7-128:5, 128:8-15, 128:19-24, 129:1-130:4, 130:6-134:24, | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 223-02 (Exhibit 29 to the Declaration of Robyn Crowther). |

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | | 135:17-18, 135:21-136:1, 136:7-139:15, 139:22-140:13, 140:15-143:3, 143:5-145:10, 145:25-146:2, 146:5, 146:7-17, 146:19, 149:19-23, 150:4-7, 151:9-152:10, 152:16-153:2, 153:9-13, 153:16-19, 153:21, 158:1-2, 158:5-6, 158:8-160:14, 160:16-164:10, 164:12-165:4, 165:9, 165:14-17, 165:19, 170:2-171:1, 171:6-7, 171:10, 171:14, 171:16-21, 171:23-25, 172:6-9, 172:13-15, 172:18, 172:20, 172:24-173:17, 178:2-180:4, 180:9-190:12; 190:14-193:25, 206:12-207:5, 207:13-22, 208:20-25, 209:2-210:5, 210:7-13, 218:2-15, 219:11-25, 220:12-13, 220:18-19, 220:21-23, 221:6-7, 221:9-10, 221:13-14, 221:17, 221:18-20, 221:22-24, 222:1-5, 222:22-223:23, 224:4-6, 224:8-11, 224:13-15, 224:17-21, 224:24-225:2; 225:4-24, 226:1-4, 226:11-227:25, 235:1-2, 235:6-7, 235:10-11, 235:13-14; 235:23, 236:8-10, 236:18-19, 236:22, 237:14, 237:18-19, 237:24-25, 238:12, 239:3, 239:10-15, 239:20-21, 239:25-240:1, 240:4, 241:6, 262:13-16, 262:19-265:25 (Apple) | |
| 231-06 | Exhibit Q to the Declaration of Igor Efimov | Entirety (Apple) | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 219-03 (Exhibit 3 to the Declaration of Robyn Crowther). |
| 231-07 | Exhibit R to the Declaration of Igor Efimov | Entirety (Apple) | GRANTED consistent with the ruling as to ECF No. 219-07 (Exhibit 7 to the Declaration of Robyn Crowther). |
| 231-08 | Exhibit U to the Declaration of Igor Efimov | Blue highlighted portions at 114:8, 114:11-18, 115:1-2, 115:9-10, 116:25-117:2 (Apple) | GRANTED consistent with the ruling as to ECF No. 223-09 (Exhibit 36 to the Declaration of Robyn Crowther). |



United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | | Pink highlighted portions at 114:8, 114:11, 114:15, 115:1 (Apple/InnoPeak)<br><br>Yellow-highlighted portions on pages 88, 89, 111-116, 123, and 124 (InnoPeak) | |
| 231-10 | Exhibit YY to the Declaration of Igor Efimov | Blue highlighted portions at pp. 3-8 (Apple)<br><br>Yellow-highlighted portions on OPPO_0005465 (InnoPeak) | GRANTED. Reflects detailed information regarding confidential product design. |
| 233 | Declaration of Xiao Peng in Support of Defendants' Opposition | Blue highlighted portions at ¶¶ 41-43, 46, 48-50, 53, 57, 60, 67-69, 73-74, 91, 93-94, 96-98, 100-101, 106, 108-109, 113, 115-116, p. 13 (Header C) (Apple)<br><br>Purple highlighted portions at ¶¶ 41, 69, 96-98 (Apple/OPPO)<br><br>Green highlighted portions on pp. 5, 12, 15, 18-23, 26, 30, 31 (OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 233-01 | Exhibit BB to the Declaration of Xiao Peng | Green highlighted portions at pp. 4, 5, 8-16, 18-24 (OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 233-02 | Exhibit CC to the Declaration of Xiao Peng | Green highlighted portions at pp. 6, 8, 10-17, 20-26, 30, 32, 35-41, 44-50 (OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 234 | Declaration of Xiao Peng in Support of Defendants' Opposition | Blue highlighted portions at ¶¶ 41-43, 46, 48-50, 53, 57, 60, 67-69, 73-74, 91, 93-94, 96-98, 100-101, 106, 108-109, 113, 115-116, p. 13 (Header C) (Apple)<br><br>Purple highlighted portions at ¶¶ 41, 69, 96-98 (Apple/OPPO)<br><br>Green highlighted portions on pp. 5, 12, 15, 18-23, 26, 30, 31 (OPPO) | GRANTED consistent with the ruling as to ECF No. 233 (Declaration of Xiao Peng). |

United States District Court
Northern District of California

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| 234-01 | Exhibit DD to the Declaration of Xiao Peng | Green highlighted portions at pp. 5, 6, 9-11, 13-19, 22, 23, 26-28, 30-36 (OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 234-02 | Exhibit EE to the Declaration of Xiao Peng | Green highlighted portions at pp. 5-12, 14-19, 21-24, 26, 29-36, 38-43, 45-48, 50 (OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 234-03 | Exhibit FF to the Declaration of Xiao Peng | Green highlighted portions at pp. 5-9, 12-16 (OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 234-04 | Exhibit II to the Declaration of Xiao Peng | Entirety (OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 235 | Declaration of Xiao Peng in Support of Defendants' Opposition | Blue highlighted portions at ¶¶ 41-43, 46, 48-50, 53, 57, 60, 67-69, 73-74, 91, 93-94, 96-98, 100-101, 106, 108-109, 113, 115-116, p. 13 (Header C) (Apple)<br>Purple highlighted portions at ¶¶ 41, 69, 96-98 (Apple/OPPO)<br>Green highlighted portions on pp. 5, 12, 15, 18-23, 26, 30, 31 (OPPO) | GRANTED consistent with the ruling as to ECF No. 233 (Declaration of Xiao Peng). |
| 235-01 | Exhibit GG to the Declaration of Xiao Peng | Green highlighted portions at pp. 6-13, 19-26 (OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 235-02 | Exhibit HH to the Declaration of Xiao Peng | Green highlighted portions at pp. 8, 17, 18 (OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 236 | Declaration of Xiao Peng in Support of Defendants' Opposition | Blue highlighted portions at ¶¶ 41-43, 46, 48-50, 53, 57, 60, 67-69, 73-74, 91, 93-94, 96-98, 100-101, 106, 108-109, 113, 115-116, p. 13 (Header C) (Apple)<br>Purple highlighted portions at ¶¶ 41, 69, 96-98 (Apple/OPPO)<br>Green highlighted portions on pp. 5, 12, 15, 18-23, 26, 30, 31 (OPPO) | GRANTED consistent with the ruling as to ECF No. 233 (Declaration of Xiao Peng). |

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| 236-01 | Exhibit JJ to the Declaration of Xiao Peng | Entirety (OPPO) | GRANTED consistent with the ruling as to ECF No. 220-01 (Exhibit 11 to the Declaration of Robyn Crowther). |
| 237 | Declaration of William Haughey in Support of Defendants' Opposition | Blue highlighted portions at ¶¶ 2 (pp. 1-2), 12, 14, 16, 18, 33, 38-39, 41-70, 72-75, 77-83, p. 14 (Header D), p. 16 (Header VI), p. 24 (Header VIII) (Apple) | GRANTED except for the portions addressed below. Reflects detailed information regarding confidential product design.<br>DENIED as to paragraphs 2, 14, 16, 18, 41, 44-45, 75, and 77-83. Reflects high-level discussion of design concepts. |
| 237-01 | Exhibit B to the Declaration of William Haughey | Blue highlighted portions at pp. 4, 9-31, 33, 36, 41-63, 65 (Apple) | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 219-03 (Exhibit 3 to the Declaration of Robyn Crowther). |
| 237-02 | Exhibit C to the Declaration of William Haughey | Entirety (Apple) | GRANTED consistent with the ruling as to ECF No. 219-02 (Exhibit 2 to the Declaration of Robyn Crowther). |
| 237-03 | Exhibit D to the Declaration of William Haughey | Entirety (OPPO) | DENIED. Discusses standard design processes. |
| 237-04 | Exhibit E to the Declaration of William Haughey | Entirety (OPPO) | DENIED. Discusses standard design processes. |
| 237-05 | Exhibit F to the Declaration of William Haughey | Entirety (OPPO) | DENIED. Discusses standard design processes. |
| 238 | Declaration of William Haughey in Support of Defendants' Opposition | Blue highlighted portions at ¶¶ 2 (pp. 1-2), 12, 14, 16, 18, 33, 38-39, 41-70, 72-75, 77-83, p. 14 (Header D), p. 16 (Header VI), p. 24 (Header VIII) (Apple) | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 237 (Declaration of William Haughey). |
| 238-02 | Exhibit K to the Declaration of William Haughey | Blue highlighted portions at 6:11, 6:18-19, 7:6-7, 7:13, 29:19-31:8, 32:21-24, 33:21-25, 42:1-43:2, 43:8-13, 87:3-8, 90:4-5, 93:17-97:18, 99:16, 99:21, 99:24, 100:11, 100:15, 100:18, 100:25-105:24, 114:1-120:10, 120:12-25, 121:2-25, 126:1-24, 127:2-5, 127:7-128:5, 128:8-15, 128:19-24, | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 223-02 (Exhibit 29 to the Declaration of Robyn Crowther). |



United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | | 129:1-130:4, 130:6-134:24, 135:17-18, 135:21-136:1, 136:7-139:15, 139:22-140:13, 140:15-143:3, 143:5-145:10, 145:25-146:2, 146:5, 146:7-17, 146:19, 149:19-23, 150:4-7, 151:9-152:10, 152:16-153:2, 153:9-13, 153:16-19, 153:21, 158:1-2, 158:5-6, 158:8-160:14, 160:16-164:10, 164:12-165:4, 165:9, 165:14-17, 165:19, 170:2-171:1, 171:6-7, 171:10, 171:14, 171:16-21, 171:23-25, 172:6-9, 172:13-15, 172:18, 172:20, 172:24-173:17, 178:2-180:4, 180:9-190:12; 190:14-193:25, 206:12-207:5, 207:13-22, 208:20-25, 209:2-210:5, 210:7-13, 218:2-15, 219:11-25, 220:12-13, 220:18-19, 220:21-23, 221:6-7, 221:9-10, 221:13-14, 221:17, 221:18-20, 221:22-24, 222:1-5, 222:22-223:23, 224:4-6, 224:8-11, 224:13-15, 224:17-21, 224:24-225:2; 225:4-24, 226:1-4, 226:11-227:25, 235:1-2, 235:6-7, 235:10-11, 235:13-14; 235:23, 236:8-10, 236:18-19, 236:22, 237:14, 237:18-19, 237:24-25, 238:12, 239:3, 239:10-15, 239:20-21, 239:25-240:1, 240:4, 241:6, 262:13-16, 262:19-265:25 (Apple) | |
| 238-03 | Exhibit L to the Declaration of William Haughey | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 239 | Declaration of Darren Young in Support of Defendants' Opposition | Blue highlighted portions at pp. i-iv, ¶¶ 2-4, 19, 20-25, 27, 29-32, 35, 38-39, 55-57, 59-61, 63, 66-75, 77-78, 81-84, 88-192, 194, 196, 200-241, 246, 248-253, 255-265, 266-268, 270-271, 274-275, 277-279, 281-284, 286, 288-289, 296- | GRANTED except as to the portion addressed below. Reflects detailed information regarding confidential product design.<br>DENIED as to paragraph 67. Reflects high-level discussion of design concepts. |

United States District Court
Northern District of California

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | | 298, 300-304, 306, 308-319, 321-332, 334, 339-340, 364, p. 17 (Headers 3 and 4), p. 18 (Header 5), p. 19 (Headers 8 and 9), p. 20 (Header 12), p. 21 (Header 2), p. 22 (Header VIII), p. 23 (Header A), p. 27 (Header B), p. 30 (Header 1), p. 33 (Header 2), p. 34 (Header 3), p. 39 (Headers 4, and a-b), p. 42 (Headers E and 2), p. 44 (Header 3), p. 46 (Header 4), p. 53 (Headers G and 2), p. 54 (Header 4), p. 56 (Header 6), p. 57 (Headers 7 and 8), p. 59 (Headers 10, 11 and a), p. 61 (Headers b and c), p. 62 (Header d), p. 68 (Header a), p. 69 (Headers b, d, and e), p. 70 (Header a), p. 71 (Headers d , e, and 5), p. 74 (Header 7), p. 75 (Header a), p. 76 (Headers 9 and a), p. 77 (Headers b and c), p. 78 (Header 1), p. 80 (Header X), p. 82 (Header 2), p. 85 (Header 1), p. 86 (Headers a and b) (Apple)<br><br>Purple highlighted portions at pp. ii, ¶¶ 3, 29, 31, 114-130, 139, 159, 231, 241, 248, 257-259, 267, 274-275, 277, 306, 312, p. 30 (Header C)<br><br>Green highlighted portions at pp. ii, 30, ¶¶ 3, 28, 29, 31, 114-130, 139, 159, 161, 231, 241, 248, 257-259, 265, 267, 272, 274, 275, 277, 294, 306, 312, 334 (OPPO) | |
| 239-01 | Exhibit H to the Declaration of Darren Young | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 239-02 | Exhibit I to the Declaration of Darren Young | Entirety (Apple) | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 219-03 (Exhibit 3 to the Declaration of Robyn Crowther). |

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| 239-03 | Exhibit J to the Declaration of Darren Young | Blue highlighted portions at 114:8, 114:11-18, 115:1-2, 115:9-10, 116:25-117:2 (Apple)<br><br>Pink highlighted portions at 114:8, 114:11, 114:15, 115:1 (Apple/InnoPeak)<br><br>Yellow-highlighted portions on pages 88, 89, 111-116, 123, and 124 (InnoPeak) | GRANTED consistent with the ruling as to ECF No. 223-09 (Exhibit 36 to the Declaration of Robyn Crowther). |
| 239-04 | Exhibit K to the Declaration of Darren Young | Entirety (Apple) | GRANTED consistent with the ruling as to ECF No. 219-02 (Exhibit 2 to the Declaration of Robyn Crowther). |
| 239-05 | Exhibit L to the Declaration of Darren Young | Blue highlighted portions at 96:7-9, 96:14-16, 96:18-19, 99:2, 123:10-11, 123:15-16, 123:19-20, 123:24-124:1, 124:3, 124:11, 124:13, 124:16, 124:18-20, 124:25-125:1, 125:5, 125:7-8, 125:10-16, 125:20-126:6, 126:9-13, 127:8-9, 127:11-14, 127:16-24, 128:13, 128:16-20, 128:24, 129:1-2, 129:4-5, 129:12, 129:15-17, 129:22-23, 130:3, 130:8-9, 131:4-5, 131:9-11, 132:12-13, 132:25-133:2, 134:10-11, 160:23-24, 161:3-4, 161:10-11, 161:14, 161:17-18, 161:23-24, 162:1-7, 162:9, 162:11-13, 162:21-163:2, 164:24-165:1 (Apple)<br><br>Green highlighted portions at p. 26 (OPPO) | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 219-01 (Exhibit 1 to the Declaration of Robyn Crowther). |
| 239-06 | Exhibit N to the Declaration of Darren Young | Blue highlighted portions at 6:11, 6:18-19, 7:6-7, 7:13, 29:19-31:8, 32:21-24, 33:21-25, 42:1-43:2, 43:8-13, 87:3-8, 90:4-5, 93:17-97:18, 99:16, 99:21, 99:24, 100:11, 100:15, 100:18, 100:25-105:24, 114:1-120:10, 120:12-25, 121:2-25, 126:1-24, 127:2-5, 127:7-128:5, 128:8-15, 128:19-24, 129:1-130:4, 130:6-134:24, | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 223-02 (Exhibit 29 to the Declaration of Robyn Crowther). |

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | | 135:17-18, 135:21-136:1, 136:7-139:15, 139:22-140:13, 140:15-143:3, 143:5-145:10, 145:25-146:2, 146:5, 146:7-17, 146:19, 149:19-23, 150:4-7, 151:9-152:10, 152:16-153:2, 153:9-13, 153:16-19, 153:21, 158:1-2, 158:5-6, 158:8-160:14, 160:16-165:4, 165:9, 165:14-17, 165:19, 170:2-171:1, 171:6-7, 171:10, 171:14, 171:16, 172:6-9, 172:13-15, 172:18, 172:20, 172:24-173:17, 178:2-180:4, 180:9-190:12; 190:14-193:25, 206:12-207:5, 207:13-22, 208:20-25, 209:2-210:5, 210:7-13, 218:2-15, 219:11-25, 220:12-13, 220:18-19, 220:21-23, 221:6-7, 221:9-10, 221:13-14, 221:17, 221:18-20, 221:22-24, 222:1-5, 222:22-223:23, 224:4-6, 224:8-11, 224:13-15, 224:17-21, 224:24-225:2; 225:4-24, 226:1-4, 226:11-227:25, 235:1-2, 235:6-7, 235:10-11, 235:13-14; 235:23, 236:8-10, 236:18-19, 236:22, 237:14, 237:18-19, 237:24-25, 238:12, 239:3, 239:10-15, 239:20-21, 239:25-240:1, 240:4, 241:6, 262:13-16, 262:19-265:25 (Apple) | |
| 239-07 | Exhibit O to the Declaration of Darren Young | Entirety (OPPO) | GRANTED consistent with the ruling as to ECF No. 220-01 (Exhibit 11 to the Declaration of Robyn Crowther). |
| 240 | Declaration of Darren Young in Support of Defendants' Opposition | Blue highlighted portions at pp. i-iv, ¶¶ 2-4, 19, 20-25, 27, 29-32, 35, 38-39, 55-57, 59-61, 63, 66-75, 77-78, 81-84, 88-192, 194, 196, 200-241, 246, 248-253, 255-265, 266-268, 270-271, 274-275, 277-279, 281-284, 286, 288-289, 296-298, 300-304, 306, 308-319, 321-332, 334, 339-340, 364, p. | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 239 (Declaration of Darren Young). |

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | | 17 (Headers 3 and 4), p. 18 (Header 5), p. 19 (Headers 8 and 9), p. 20 (Header 12), p. 21 (Header 2), p. 22 (Header VIII), p. 23 (Header A), p. 27 (Header B), p. 30 (Header 1), p. 33 (Header 2), p. 34 (Header 3), p. 39 (Headers 4, and a-b), p. 42 (Headers E and 2), p. 44 (Header 3), p. 46 (Header 4), p. 53 (Headers G and 2), p. 54 (Header 4), p. 56 (Header 6), p. 57 (Headers 7 and 8), p. 59 (Headers 10, 11 and a), p. 61 (Headers b and c), p. 62 (Header d), p. 68 (Header a), p. 69 (Headers b, d, and e), p. 70 (Header a), p. 71 (Headers d , e, and 5), p. 74 (Header 7), p. 75 (Header a), p. 76 (Headers 9 and a), p. 77 (Headers b and c), p. 78 (Header 1), p. 80 (Header X), p. 82 (Header 2), p. 85 (Header 1), p. 86 (Headers a and b) (Apple)<br><br>Purple highlighted portions at pp. ii, ¶¶ 3, 29, 31, 114-130, 139, 159, 231, 241, 248, 257-259, 267, 274-275, 277, 306, 312, p. 30 (Header C) (Apple/OPPO)<br><br>Green highlighted portions at pp. ii, 30, ¶¶ 3, 28, 29, 31, 114-130, 139, 159, 161, 231, 241, 248, 257-259, 265, 267, 272, 274, 275, 277, 294, 306, 312, 334 (OPPO) | |
| 240-01 | Exhibit R to the Declaration of Darren Young | Green highlighted portions at pp. 6-13, 19-26 (OPPO) | GRANTED consistent with the ruling as to ECF No. 235-01 (Exhibit GG to the Declaration of Xiao Peng). |
| 240-02 | Exhibit S to the Declaration of Darren Young | Green highlighted portions at pp. 4-6, 8-24 (OPPO) | GRANTED consistent with the ruling as to ECF No. 233-01 (Exhibit BB to the Declaration of Xiao Peng). |
| 241 | Declaration of Darren Young in | Blue highlighted portions at pp. i-iv, ¶¶ 2-4, 19, 20-25, 27- | GRANTED in part and DENIED in part consistent with the ruling as to |



United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | Support of Defendants' Opposition | 32, 35, 38-39, 55-57, 59-61, 63, 66-75, 77-78, 81-84, 88-192, 194, 196, 200-241, 246, 248-253, 255-265, 266-268, 270-271, 274-275, 277-279, 281-284, 286, 288-289, 296-298, 300-304, 306, 308-319, 321-332, 334, 339-340, 364, p. 17 (Headers 3 and 4), p. 18 (Header 5), p. 19 (Headers 8 and 9), p. 20 (Header 12), p. 21 (Header 2), p. 22 (Header VIII), p. 23 (Header A), p. 27 (Header B), p. 30 (Header 1), p. 33 (Header 2), p. 34 (Header 3), p. 39 (Headers 4, and a-b), p. 42 (Headers E and 2), p. 44 (Header 3), p. 46 (Header 4), p. 53 (Headers G and 2), p. 54 (Header 4), p. 56 (Header 6), p. 57 (Headers 7 and 8), p. 59 (Headers 10, 11 and a), p. 61 (Headers b and c), p. 62 (Header d), p. 68 (Header a), p. 69 (Headers b, d, and e), p. 70 (Header a), p. 71 (Headers d , e, and 5), p. 74 (Header 7), p. 75 (Header a), p. 76 (Headers 9 and a), p. 77 (Headers b and c), p. 78 (Header 1), p. 80 (Header X), p. 82 (Header 2), p. 85 (Header 1), p. 86 (Headers a and b) (Apple)<br><br>Purple highlighted portions at pp. ii, ¶¶ 3, 29, 31, 114-130, 139, 159, 231, 241, 248, 257-259, 267, 274-275, 277, 306, 312, p. 30 (Header C) (Apple/OPPO)<br><br>Green highlighted portions at pp. ii, 30, ¶¶ 3, 28, 29, 31, 114-130, 139, 159, 161, 231, 241, 248, 257-259, 265, 267, 272, 274, 275, 277, 294, 306, 312, 334 (OPPO) | ECF No. 239 (Declaration of Darren Young). |



United States District Court
Northern District of California

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| 241-01 | Exhibit T to the Declaration of Darren Young | Green highlighted portions at pp. 6, 8, 10-17, 20-26, 30, 32, 35-41, 44-50 (OPPO) | GRANTED consistent with the ruling as to ECF No. 233-02 (Exhibit CC to the Declaration of Xiao Peng). |
| 241-02 | Exhibit U to the Declaration of Darren Young | Green highlighted portions at pp. 5, 6, 9-11, 13-19, 22, 23, 26-28, 30-36 (OPPO) | GRANTED consistent with the ruling as to ECF No. 234-01 (Exhibit DD to the Declaration of Xiao Peng). |
| 241-03 | Exhibit V to the Declaration of Darren Young | Green highlighted portions at pp. 5-12, 14-19, 21-24, 26, 29-36, 38-43, 45-48, 50 (OPPO) | GRANTED consistent with the ruling as to ECF No. 234-02 (Exhibit EE to the Declaration of Xiao Peng). |
| 242 | Declaration of Darren Young in Support of Defendants' Opposition | Blue highlighted portions at pp. i-iv, ¶¶ 2-4, 19, 20-25, 27-32, 35, 38-39, 55-57, 59-61, 63, 66-75, 77-78, 81-84, 88-192, 194, 196, 200-241, 246, 248-253, 255-265, 266-268, 270-271, 274-275, 277-279, 281-284, 286, 288-289, 296-298, 300-304, 306, 308-319, 321-332, 334, 339-340, 364, p. 17 (Headers 3 and 4), p. 18 (Header 5), p. 19 (Headers 8 and 9), p. 20 (Header 12), p. 21 (Header 2), p. 22 (Header VIII), p. 23 (Header A), p. 27 (Header B), p. 30 (Header 1), p. 33 (Header 2), p. 34 (Header 3), p. 39 (Headers 4, and a-b), p. 42 (Headers E and 2), p. 44 (Header 3), p. 46 (Header 4), p. 53 (Headers G and 2), p. 54 (Header 4), p. 56 (Header 6), p. 57 (Headers 7 and 8), p. 59 (Headers 10, 11 and a), p. 61 (Headers b and c), p. 62 (Header d), p. 68 (Header a), p. 69 (Headers b, d, and e), p. 70 (Header a), p. 71 (Headers d , e, and 5), p. 74 (Header 7), p. 75 (Header a), p. 76 (Headers 9 and a), p. 77 (Headers b and c), p. 78 (Header 1), p. 80 (Header X), p. 82 (Header 2), p. 85 (Header 1), p. 86 (Headers a and b) (Apple)<br><br>Purple highlighted portions at | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 239 (Declaration of Darren Young). |

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | | pp. ii, ¶¶ 3, 29, 31, 114-130, 139, 159, 231, 241, 248, 257-259, 267, 274-275, 277, 306, 312, p. 30 (Header C) (Apple/OPPO)<br><br>Green highlighted portions at pp. ii, 30, ¶¶ 3, 28, 29, 31, 114-130, 139, 159, 161, 231, 241, 248, 257-259, 265, 267, 272, 274, 275, 277, 294, 306, 312, 334 (OPPO) | |
| 242-01 | Exhibit W to the Declaration of Darren Young | Green highlighted portions at pp. 5-9, 12-16 (OPPO) | GRANTED consistent with the ruling as to ECF No. 234-03 (Exhibit FF to the Declaration of Xiao Peng). |
| 242-02 | Exhibit X to the Declaration of Darren Young | Green highlighted portions at pp. 8, 17, 18 (OPPO) | GRANTED consistent with the ruling as to ECF No. 235-02 (Exhibit HH to the Declaration of Xiao Peng). |
| 253 | Amended Declaration of Xiao Peng in Support of Defendants' Opposition | Blue highlighted portions at ¶¶ 41-43, 46, 48-50, 53, 57, 60, 67-69, 70, 73-74, 91, 93, 94, 100-101, 106, 108-109, 113, 115-116, p. 13 (Header C) (Apple)<br><br>Purple highlighted portions at ¶¶ 41, 69, 96-98 (Apple/OPPO)<br><br>Green highlighted portions on pp. 5, 12, 15, 18-23, 26, 30, 31 (OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 254 | Amended Declaration of William Haughey in Support of Defendants' Opposition | Blue highlighted portions at ¶¶ 2 (pp. 1-2), 12, 14, 16, 18, 33, 38-39, 41-70, 72-75, 77-83, p. 14 (Header D), p. 16 (Header VI), p. 24 (Header VIII) (Apple) | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 237 (Declaration of William Haughey). |
| 255 | Amended Declaration of Darren Young in Support of Defendants' Opposition | Blue highlighted portions at pp. i-iv, ¶¶ 2-4, 19, 20-25, 27, 29-32, 35, 38, 39, 55-57, 59-61, 63, 66-75, 77-78, 81-84, 88-192, 194, 196, 200-241, 246, 248-253, 255-265, 266-268, 270-271, 274-275, 277- | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 239 (Declaration of Darren Young). |

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
| --- | --- | --- | --- |
| | | 279, 281-284, 286, 288-289, 296-298, 300-304, 306, 308-319, 321-332, 334, 339-340, 364, p. 18 (Headers 3-5), p. 19 (Headers 8 and 9), p. 20 (Header 12), p. 21 (Header 2), p. 22 (Header VIII), p. 23 (Header A), p. 28 (Header B), p. 30 (Header 1), p. 34 (Header 2), p. 35 (Header 3), p. 39 (Header 4), p. 40 (Headers a and b), p. 42 (Header E), p. 43 (Header 2), p. 44 (Header 3), p. 46 (Header 4), p. 53 (Headers G and 2), p. 55 (Header 4), p. 56 (Header 6), p. 57 (Headers 7 and 8), p. 59 (Headers 11 and a), p. 61 (Headers b and c), p. 62 (Header d), p. 68 (Header a), p. 69 (Headers b, d, and e), p. 70 (Header a), p. 71 (Headers d , e, and 5), p. 74 (Header 7), p. 75 (Header a), p. 76 (Headers b and c), p. 77 (Headers d and e), p. 78 (Header 1), p. 80 (Header X), p. 82 (Header 2), p. 85 (Header 1), p. 86 (Headers a and b) (Apple)<br><br>Purple highlighted portions at pp. ii, ¶¶ 3, 28-29, 31, 114-130, 139, 159, 161, 231, 241, 248, 257-259, 267, 274-275, 277, 306, 312, 334, p. 1 (Header 1) (Apple/OPPO)<br><br>Green highlighted portions at pp. ii, 2, 9-10, 30-35, 37, 41, 42, 61, 66, 68, 70-75, 78, 81-83, 89 (OPPO) | |
| 267 | Apple's Reply in Support of Motion for Preliminary Injunction | Blue highlighted portions at pp. 1, 5-8, 10, 12-13, 17-18, 21 (Apple)<br><br>Purple highlighted portions at p. 18 (Apple/OPPO)<br><br>Green highlighted portions on | GRANTED except as to the portions addressed below. Reflects detailed information regarding confidential product design.<br><br>DENIED as to 6:8-9, 7:14-24, 10:15, and 13:27. Reflects high-level |

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | | p. 18 (OPPO) | discussion of design concepts. |
| 267-03 | Exhibit 63 to the Reply Declaration of Leslie Schmidt | Entirety (Apple) | Reflects detailed information regarding confidential product design. |
| 267-04 | Exhibit 64 to the Reply Declaration of Leslie Schmidt | Entirety (Apple) | Reflects detailed information regarding confidential product design. |
| 267-05 | Exhibit 65 to the Reply Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED as to page 184. Reflects detailed information regarding design concepts.<br><br>DENIED as to the remainder. Reflects high-level discussion of design concepts and basic facts that are pertinent to the motion for preliminary injunction. |
| 267-07 | Exhibit 67 to the Reply Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED except as to the portion addressed below. Reflects detailed information regarding confidential product design.<br><br>DENIED as to page 1. Reflects basic facts and general discussion of design concepts. |
| 267-09 | Exhibit 69 to the Reply Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 267-10 | Exhibit 70 to the Reply Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED except as to the portion addressed below. Reflects detailed information regarding confidential product design.<br><br>DENIED as to 136:17-139:17. Reflects general aspects of an expert's methodology. |
| 267-11 | Exhibit 72 to the Reply Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 267-12 | Exhibit 73 to the Reply Declaration of Leslie Schmidt | Blue highlighted portions at 40:6-41:9, 41:13-15, 41:18-23, 44:24-45:21, 52:21-23, 53:9-20, 53:25, 54:2, 54:15-21, 55:13, 55:20-21, 55:23-25 | DENIED. Reflects general information regarding Apple's employment practices. |

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | | (Apple) | |
| 267-13 | Exhibit 74 to the Reply Declaration of Leslie Schmidt | Entirety (Apple) | GRANTED. Reflects confidential internal processes. |
| 267-17 | Exhibit 78 to the Reply Declaration of Leslie Schmidt | Blue highlighted portions at 68:7, 68:12, 68:17 (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 267-18 | Exhibit 79 to the Reply Declaration of Leslie Schmidt | Yellow-highlighted portions on the last page (InnoPeak) | DENIED. Reflects specific salary information that is pertinent to the motion for preliminary injunction. |
| 267-21 | Exhibit 82 to the Reply Declaration of Leslie Schmidt | Green highlighted portions at pp. 6, 7, 14, 15 (OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 267-24 | Exhibit 85 to the Reply Declaration of Leslie Schmidt | Entirety (Apple & InnoPeak) | GRANTED. Reflects detailed information regarding confidential product design. |
| 271 | Declaration of Daniel Roffman in Support of Apple's Reply | Blue highlighted portions at ¶¶ 14, 28, 56 (Apple)<br>Gray highlighted portions on pages 5, 7, 10, 12, 13 (Dr. Shi) | GRANTED. Reflects confidential code names and developments. |
| 271-01 | Exhibit 1 to the Reply Declaration of Daniel Roffman | Entirety (Apple) | GRANTED except as to the portion addressed below. Reflects detailed information regarding confidential product design.<br>DENIED as to pages InnoPeak00000613-616. Reflects general discussion of design concepts. |
| 271-02 | Exhibit 2 to the Reply Declaration of Daniel Roffman | Blue highlighted portions at 216:9-12, 216:16-17, 218:1, 218:6, 218:8, 218:12, 218:16-19, 218:25-219:2, 219:4-5, 219:9, 219:11 (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 271-10 | Exhibit 10 to the Reply Declaration of Daniel Roffman | Entirety (Apple) | GRANTED except as to the portion addressed below. Reflects detailed information regarding confidential product design.<br>DENIED as to APL-SHI-00001026. Reflects general discussion of design concepts. |



United States District Court
Northern District of California

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| 271-13 | Exhibit 14 to the Reply Declaration of Daniel Roffman | Gray highlighted portions at page 1 (Dr. Shi) | GRANTED. Reflects confidential device information. |
| 272 | Declaration of Majid Sarrafzadeh in Support of Apple's Reply | Blue highlighted portions at pp. i, ii, iv and ¶¶ 7-13, 19-20, 23-35, 38-121, 123-149, 152-183, 185-197, 199-204, 206-223, 226-241, 244-280, 282-292, 294-295, 297-301, 303-313, 315, 330, 333-335, 338, 349, 351, 353-371, 373-375, 377-378, 386-391, 393-395, 397-401, 403, 408, 415-425, 427-429, 433, p. 18 (Header d), p. 22 (Header e), p. 26 (Header f), p. 31 (Header g), p. 36 (Header a), p. 45 (Header 3), p. 46 (Header a), p. 49 (Header b), p. 50 (Header c), p. 52 (Header d), p. 53 (Header e), p. 73 (Header i), p. 74 (Header ii), p. 77 (Header iii), p. 84 (Headers i and ii) , p. 88 (Header ii), p. 89 (Header iii), p. 102 (Header A), p. 103 (Header 1), p. 104 (Header 2), and p. 129 (Header 3) (Apple)<br><br>Yellow-highlighted portion on page 117 (InnoPeak) | GRANTED except as to the portions addressed below. Reflects detailed information regarding confidential product design.<br><br>DENIED as to paragraphs 13, 330, 365, 367-369, 371, 373, 374, and 393. Reflects general discussion of design concepts. |
| 272-01 | Exhibit 1 to the Reply Declaration of Majid Sarrafzadeh | Entirety (Apple) | DENIED without prejudice to renewal. The request to seal the entirety of this document is not narrowly tailored. |
| 272-02 | Exhibit 3 to the Reply Declaration of Majid Sarrafzadeh | Blue highlighted portions at 120:1-10, 120:12-25, 121:2-123:11, 123:14-25, 126:1-24, 127:2-5, 127:7-128:5, 128:8-15, 128:19-24, 129:1-130:4, 130:6-25, 179:1-25, 181:1-184:25, 188:1-190:12, 190:14-191:25, 193:1-25, 227:1-25 (Apple) | GRANTED except for the portions addressed below. Reflects detailed information regarding confidential product design and code names.<br><br>DENIED as to 127:2-128:3 and 128:8-128:15. Reflects general information about patents, design processes, and basic facts that are pertinent to the motion for preliminary injunction. |

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| 272-04 | Exhibit 5 to the Reply Declaration of Majid Sarrafzadeh | Blue highlighted portions at 101:21-24, 145:8-14, 145:17-24, 146:2-4, 146:8-15, 146:17-23, 147:2-3, 147:5-7, 147:11, 147:16-17, 148:7-12, 148:17-20, 148:25-149:1 (Apple)<br>Yellow-highlighted portions on pages 62 and 63 (InnoPeak) | GRANTED. Reflects detailed information regarding confidential product design and code names. |
| 272-05 | Exhibit 6 to the Reply Declaration of Majid Sarrafzadeh | Entirety (Apple) | GRANTED except as to the portion addressed below. Reflects detailed information regarding design concepts.<br>DENIED as to page 143. Reflects basic facts that are pertinent to the motion for preliminary injunction. |
| 272-07 | Exhibit 8 to the Reply Declaration of Majid Sarrafzadeh | Blue highlighted portions at 114:8, 114:11-18, 115:1-2, 115:9-10 (Apple)<br>Pink highlighted portions at 114:8, 114:11, 114:15, 115:1 (Apple/InnoPeak)<br>Yellow-highlighted portions on pages 111-115 (InnoPeak) | GRANTED consistent with the ruling as to ECF No. 223-09 (Exhibit 36 to the Declaration of Robyn Crowther). |
| 272-08 | Exhibit 9 to the Reply Declaration of Majid Sarrafzadeh | Entirety (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 272-10 | Exhibit 11 to the Reply Declaration of Majid Sarrafzadeh | Entirety (Apple) | GRANTED in part and DENIED in part consistent with the ruling as to ECF No. 271-01 (Exhibit 1 to the Reply Declaration of Daniel Roffman). |
| 272-11 | Exhibit 12 to the Reply Declaration of Majid Sarrafzadeh | Blue highlighted portions at pp. 3-9 (Apple)<br>Yellow-highlighted portions on page InnoPeak00000948 (InnoPeak) | GRANTED. Reflects detailed information regarding confidential product design. |
| 272-12 | Exhibit 13 to the Reply Declaration of Majid | Entirety (OPPO) | GRANTED. Reflects detailed information regarding confidential product roadmap, research and |



United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| | Sarrafzadeh | | development, and business plans. |
| 272-13 | Exhibit 14 to the Reply Declaration of Majid Sarrafzadeh | Entirety (OPPO) | GRANTED. Reflects detailed information regarding confidential research and development. |
| 281 | Defendants' Objections to Apple's Reply | Blue highlighted portions at pp. 1, 2, 4 (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 282-01 | Exhibit 42 to the Supplemental Declaration of Robyn Crowther | Entirety (Apple) | DENIED without prejudice to renewal. The request to seal the entirety of this document is not narrowly tailored. |
| 282-02 | Exhibit 43 to the Supplemental Declaration of Robyn Crowther | Entirety (Apple) | DENIED without prejudice to renewal. The request to seal the entirety of this document is not narrowly tailored. |
| 282-03 | Exhibit 44 to the Supplemental Declaration of Robyn Crowther | Entirety (Apple) | DENIED without prejudice to renewal. The request to seal the entirety of this document is not narrowly tailored. |
| 282-04 | Exhibit 45 to the Supplemental Declaration of Robyn Crowther | Entirety (Apple) | GRANTED except as to the portion addressed below. Reflects detailed information regarding design concepts.<br><br>DENIED as to page 102. Reflects basic facts that are pertinent to the motion for preliminary injunction. |
| 283 | Supplemental Declaration of Igor Efimov in Support of Defendants' Objections | Blue highlighted portions at ¶¶ 15, 19-39 (Apple)<br><br>Pink highlighted portions at ¶¶ 19, 28 (Apple/InnoPeak)<br><br>Yellow-highlighted portion on pages 6 and 11 (InnoPeak) | GRANTED. Reflects detailed information regarding confidential product design. |
| 284 | Supplemental Declaration of William Haughey in Support of Defendants' Objections | Blue highlighted portions at p. i (table of contents) and ¶¶ 2-6, 10-34, 36-39, 41-43, 45-70, 72, p. 6 (Header 2), p. 7 (Headers a and b), p. 8 (Headers c and d), p. 9 (Header e), p. 16 (Header E) (Apple) | GRANTED except as to the portions addressed below. Reflects detailed information regarding design concepts.<br><br>DENIED as to paragraphs 2-5, 51-53, 55-57, and 72. Reflects high-level discussion of design concepts. |

United States District Court
Northern District of California

United States District Court
Northern District of California

| ECF | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| 284-03 | Exhibit T to the Supplemental Declaration of William Haughey | Blue highlighted portions at 45:10-11, 45:14-17, 45:20, 45:22, 45:24-46:4, 46:7-18, 46:20, 46:23, 46:25-47:1, 47:3-4, 47:6, 47:9-10, 47:23, 48:2-18, 48:20, 48:22 (Apple) | DENIED. Reflects high-level discussion of design concepts. |
| 285 | Supplemental Declaration of Darren Young in Support of Defendants' Objections | Blue highlighted portions at pp. i-ii and ¶¶ 4, 6, 9-13, 15-39, 41-45, 50-52, 54, 56-57, 59-71, 76-80, 84-98, 100-103, p. 4 (Header II), p. 8 (Header III), p. 22 (Header D), p. 24 (Header 2) (Apple) | GRANTED. Reflects detailed information regarding confidential product design. |
| 285-01 | Exhibit Y to the Supplemental Declaration of Darren Young | Green highlighted portions at pp. 6-12, 16-20, 24-30, 35-38 (OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 285-02 | Exhibit Z to the Supplemental Declaration of Darren Young | Entire document (OPPO) | GRANTED. Reflects detailed information regarding confidential product design. |
| 286 | Corrected Exhibit 45 to the Supplemental Declaration of Robyn Crowther | Entirety (Apple) | DENIED without prejudice to renewal. The request to seal the entirety of this document is not narrowly tailored. |
| 300 | Plaintiff's Administrative Motion For Leave To Submit Response | Blue highlighted portions at pp. 2–5 (Apple) | GRANTED except as to the portion addressed below. Reflects detailed information regarding design concepts.<br><br>DENIED as to page 3. Reflects high-level discussion of design concepts. |
| 330-02 | Declaration of Annabel H. Chang in Support of Omnibus Motion | Gray highlighted portions on page 3 (Dr. Shi) | GRANTED. Reflects confidential developments. |

## III. CONCLUSION

The record is voluminous, and some information that the parties deemed confidential was quoted or summarized in multiple documents. This Order generally treats a particular subject

matter consistently throughout the record, but some variation is necessary to account for the specificity of each disclosure and the surrounding context. For example, some exhibits are sealed in full because they are lengthy and they contain detailed, confidential information. By contrast, the briefs are generally not sealed or redacted because they describe the information in the exhibits in general terms, or they quote snippets from the exhibits without revealing more sensitive details. However, if the parties believe that this Order treats *identical* information inconsistently, the parties may request clarification of specific rulings. Additionally, some requests were denied without prejudice because they were not narrowly tailored. Finally, because time has passed since the original sealing requests were filed, the parties shall make substantial good-faith efforts to remove redactions of material that has since become public even if sealing is authorized by this Order. *See* Opp. at 3-4; *Meyers v. Kaiser Found. Health Plan Inc.*, No. 17-cv-04946-LHK, 2019 WL 120657, at *3 (N.D. Cal. Jan. 6, 2019) (finding that "compelling reasons do not exist to seal" information that has become public).

Accordingly, within 21 days of this Order, the parties shall file a joint statement setting forth any requests for clarification, along with the other party's position as to each request. By the same deadline, the parties may file narrowly-tailored requests to seal the information for which sealing was denied without prejudice. Within 14 days after the Court rules on the renewed motion to seal and resolves the requests for clarification, the parties shall re-file all materials at issue in the omnibus motion to seal with redactions that conform to the Court's orders.

**IT IS SO ORDERED.**

Dated: September 30, 2026

Eumi K. Lee
United States District Judge